**United States Bankruptcy Court**
**Northern District of Indiana**

In re: <u>New Schoonebeek Dairy, LLC</u>          Case No. _____
                    Debtor                                    Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept such fees as are ordered by the Court pursuant to 11 USC §§327, 330.

    Prior to the filing of this statement I have received $25,000.

2. All of the filing fee has been paid.
3. The source of the compensation paid to me was: Debtor
4. The source of compensation to be paid to me is: Debtor
5. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my firm.
6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _September 8, 2009_          _[signature]_
                                               R. William Jonas, Jr. 5025-71
                                               Hammerschmidt, Amaral & Jonas
                                               137 N. Michigan St.
                                               South Bend, IN 46601
                                               574-282-1231 Fax: 574-282-1234