

**U.S. Department of Justice**

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

555 One Michiana Square Bldg.                        574/236-8105
100 East Wayne Street                           FAX 574/236-8163
South Bend, Indiana 46601

Office of the United States Trustee - Region 10
South Bend, Indiana

Monthly Report
for
Debtors-in-Possession and Chapter 11 Trustees

Each month all Chapter 11 debtors must file two copies of this report with the Bankruptcy Clerk. The report must be filed with the attached reports identified below, ready for distribution to the U.S. Trustee no later than the 15th day of the month following the end of the calendar month covered by this report.

Debtor Name: _New Schoonbeck Dairy llC_  For the month ended: _FebR 2010_

Case Number: _09-34327_   Date Bankruptcy filed: _Sept 8 -2009_

| Required Documents: | Attached | Previously Submitted |
|---|---|---|
| 1. Monthly Income Statement (P&L) | X | |
| 2. Monthly Cash Flow Report (CF; 3 pages) | X | |
| 3. Statement of Operations | X | |
| 4. Other reports/documents as required by the U.S. Trustee | X | |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying reports is complete, true and correct to the best of my knowledge, information, and belief.

By _Harry Bohel_   Dated: _3/16/2010_

_Owner_ (Title)   Debtor's telephone number _260-571-3940_

Reports prepared by: _laura_   _accountant Nietzke & Faupe_
(Name)                    (Title)



**U.S. Department of Justice**

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

555 One Michiana Square Bldg.                    574/236-8105
100 East Wayne Street                            FAX 574/236-8163
South Bend, Indiana 46601

**Office of the United States Trustee – Region 10**
**South Bend, Indiana**

**Statement of Operations**
**for the Month ended** ~~Oct od~~ Febr 2010

Debtor Name: New Schoonebeek Dairy, LLC.

Case Number: 09-34327

1.   **What efforts have been made toward the presentation of a plan to creditors?**
Make updated budget ~~with~~
Plan is finalized and at trustee/court.

2.   **Has the Debtor in possession made any payments on the pre-petition unsecured debt since the filing of the bankruptcy?**
_____X_____ NO

_____ YES;  If yes, then identify to whom the payment was made, the date paid, and the amount(s).

3.   **Provide a brief narrative covering any significant events which occurred this past month.**


4.   **List the face value of accounts receivable as of the date that the bankruptcy was filed: $_____**
**What amount of these receivables is considered uncollectible? $_____.**

5.   **If assets have been sold this month in other than the ordinary course of business, provide the following information:**

    a.   assets(s) sold _____

    b.   date of sale _____

    c.   sales price _____

    d.   net amount received _____

Oprept REV.September 3, 1992                                    **Page 1 of 2**

6.     **List payments made to principals, executives, or insiders (this includes draws or cash withdrawals by individuals or partners, dividends, lease payments on property owned by insider, loans, gross salaries, etc.)**

| Payee Name | Position | Amount | Explanation |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

7.     **Schedule of insurance coverage.**

| Type of Policy | Expiration Date |
|---|---|
| Same from last month. | Same |

**Has any insurance coverage either been reduced or allowed to lapse during this month? If so, explain what changes have taken place.**

No

**If any insurance coverage will expire within 60 days from this report, explain what steps are being taken to renew existing policies or to acquire new insurance coverage. Provide the United States Trustee with a new certificate.**

8.     **Schedule of changes in personnel.**

| | | Full Time | Part Time |
|---|---|---|---|
| a. | Total number of employees at beginning of this period. | 20 | 1 |
| b. | Number hired during this period. | — | — |
| c. | Number terminated or resigned. | — | — |
| d. | Total number of employees on payroll at the end of this period. | 20 | 1 |

Oprept REV.September 3, 1992             **Page 2 of 2**

Dec 26 09 06:08a
03/15/2010 17:32 Case 09-34327-hcd    Doc 114    Filed 03/17/10 (FAX) Page 4 of 29
p.5
P.030042

Oct 11 09 11:05p
P.24

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended 2/26/10

STATUS OF TAXES

| | BEGINNING *TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| **withholding | 101.00 | 102.00 | 323.00 | 0 |
| **FICA-employee | 2027.70 | 3361.75 | 5409.45 | 0 |
| **FICA-employer | 2027.70 | 3361.75 | 5409.45 | 0 |
| unemployment | | | | |
| income | | | | |
| other - list | | | | |
| a. Subtotal | 4210.40 | 6925.50 | 11141.90 | 0 |
| **STATE AND LOCAL** | | | | |
| withholding | 3490.74 | 2572.79 | 5707.99 | 295.54 |
| sales | | | | |
| excise | | | | |
| unemployment | | | | |
| other | | | | |
| real property | | | | |
| personal property | | | | |
| other - list | | | | |
| b. Subtotal | 3490.74 | 2572.79 | 5707.99 | 295.54 |

TOTAL TAXES PAID - from a. & b. above    16,909.89
(this sum is to be listed on page 1, as tax payments

Explain the reason for any past due post-petition taxes:

**Attach photocopies of IRS Form 6123 of your FTD coupon and payment receipt to verify payments or deposits.

*the beginning tax liability should represent the liability from the prior month or, if this is the first operating report, this should be zero

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY INCOME STATEMENT

As of 2/28/10

Debtor Name   New Schonebeek Dairy LLC

Case Number _____

INCOME

| | CURRENT MONTH | YEAR TO DATE |
|---|---|---|
| Gross Receipts or Sales less: returns or allowances | 500074 | 1,122,512 |
| Cost of Goods | | |
| Beginning Inventory | | |
| Purchases | | |
| Other Costs (list) | | |
| less: ending inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| Interest | | |
| Rents | | |
| Gain (Loss) from sale of property | | |
| Other Income | | |
| Total Income | 500,891 | 1,122,512 |

GENERAL AND ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Compensation of Officers | 67858 | 132,060 |
| Salaries & Wages | 12,599 | 28,146 |
| Repairs & Maintenance | | 16,607 |
| Supplies | 5480 | |
| Bad Debts | | 50,000 |
| Rents | | |
| Payroll Taxes | 25 | 25 |
| Other Taxes | 11,611 | 23,476 |
| Interest Expense | 105,500 | 211,000 |
| Depreciation | 3098 | 3098 |
| Insurance | | |
| Travel & Entertainment | 7278 | 12,071 |
| Utilities & Telephone | 16620 | 8370 |
| Professional & Legal | | 597,013 |
| Other Expenses (Attach Schedule) | 261,781 | 1071,916 |
| Total Expenses | 481,850 | |
| Net Profit (Loss) | 18224 | 50594 |

# New Schoonebeek Dairy, LLC
## Monthly Income Statement - Detail of Other Expenses

| Other Expenses: | February |
|---|---|
| Animal Health | 36,377 |
| Bank charges | 1,474 |
| Bedding | 6,413 |
| Breeding | 5,040 |
| Custom Hire | 11,078 |
| Feed | 164,403 |
| Fuel | 16,407 |
| Milk Hauling | 8,227 |
| Marketing | 12,205 |
| Misc | 157 |
| | $ 261,781 |

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended 2|28|10

Debtor Name    New Schooneboek Dairy, LLC

Case Number

Reconciled bank balance and cash on hand from last month          (1090)
(If this is the first report, insert the cash balance as of the
petition date.)

**CASH RECEIPTS**                                          500,074
           from cash sales/receipts
           from collection of pre-petition receivables  _____
           from collection of post-petition receivables _____
           from loans                                   _____
           from contributions to captial or from gifts  _____
           other receipts (itemize on a separate sheet) _____    500,074
                  TOTAL RECEIPTS (Do not include beginning
                                            bank balance)

**CASH DISBURSEMENTS**
           inventory purchases                           17400
       *   net payments to officers/owners               5000
       *   net payments to other employees               58360
           rent payments                                _____
           lease payments                               _____
           mortgage or note payments                     39912
           adequate protection payments                 _____
           insurance                                     3099
           utilities/telephone                           7278
       **  tax payments                                  16910
           supplies                                      5400
           outside labor                                _____
           travel/entertainment                         _____
       *** payments to attorneys                         120
       *** payments to accountants                      _____
       *** payments to other professionals              _____
           U.S. Trustee Quarterly Fee                    10500
           other expenses (itemize on separate sheet)    240016
                  TOTAL DISBURSEMENTS                              446,074

           NET CASH FLOW (Total Receipts minus Total Disbursements)  54,000

Bank Balance and cash on hand at the end of the month             53,310
(beginning balance + cash receipts - cash disbursements)
   *   This figure is the actual cash paid. i.e. gross payroll
                            less taxes withheld
  **   This figure comes from page 2 of this form
 ***   Attach a copy of the court order authorizing such payments

## New Schoonebeek Dairy, LLC
### Monthly Cash Flow Report - Detail of Other Expenses

**Other Expenses:**

| | |
|---|---:|
| Animal health | 36,377 |
| Bank charges | 1,474 |
| Bedding | 6,413 |
| Breeding | 5,040 |
| Custom hire | 11,078 |
| Feed | 164,403 |
| Fuel | 16,407 |
| Milk hauling | 8,227 |
| Interest | 11,611 |
| Marketing | 12,205 |
| Misc | 157 |
| Repairs | 12,599 |
| Other taxes | 25 |
| $ | 286,016 |

PRELIMINARY
MAR 15 2010

# NEW SCHOONEBEEK DAIRY, LLC

## FINANCIAL INFORMATION
## FEBRUARY 28, 2010

PRELIMINARY

MAR 15 2010

# NEW SCHOONEBEEK DAIRY, LLC

## TABLE OF CONTENTS

|                                                                          | PAGE NUMBER |
|--------------------------------------------------------------------------|:-----------:|
| Accountant's Compilation Report                                          | 1           |
| Balance Sheet                                                            | 2 - 3       |
| Statements of Income                                                     | 4           |
| Statement of Changes in Member's Equity (Deficit)                       | 5           |
| SUPPLEMENTARY INFORMATION                                                | 6           |
| Schedule of Feed Inventory                                               | 7           |
| Schedule of Feed Expense                                                 | 8           |
| Schedule of Dairy Livestock                                              | 9           |
| Schedule of Income and Expenses Per CWT of Milk Produced and Per Cow Per Day | 10 - 11 |



PRELIMINARY
MAR 16 2010

# NEW SCHOONEBEEK DAIRY, LLC

## BALANCE SHEET
## FEBRUARY 28, 2010

### ASSETS

**CURRENT ASSETS:**

| | | |
|---|---|---:|
| Cash | $ | 53,310 |
| Commodity receivables | | 156,503 |
| Other receivables | | 28,000 |
| Inventory | | 152,773 |
| **TOTAL CURRENT ASSETS** | | 390,586 |

**PROPERTY AND EQUIPMENT - AT COST:**

| | |
|---|---:|
| Buildings | 13,495 |
| Land improvements | 160,843 |
| Machinery and equipment | 1,110,872 |
| Dairy livestock | 3,065,256 |
| **TOTAL PROPERTY AND EQUIPMENT - AT COST** | 4,350,466 |
| Accumulated depreciation | (650,930) |
| **TOTAL PROPERTY AND EQUIPMENT - AT COST** | 3,699,536 |

**OTHER ASSETS:**

| | |
|---|---:|
| Investments in cooperatives - net of reserve | 198,946 |
| Loan fees - net of amortization | 4,356 |
| **TOTAL OTHER ASSETS** | 203,302 |

| | |
|---|---:|
| **TOTAL ASSETS** | $  4,293,424 |

(Continued)

2

PRELIMINARY
MAR 15 2010

# NEW SCHOONEBEEK DAIRY, LLC

## BALANCE SHEET
## FEBRUARY 28, 2010

### LIABILITIES AND MEMBER'S EQUITY (DEFICIT)

**LIABILITIES NOT SUBJECT TO COMPROMISE**

**Current liabilities**

| | |
|---|---:|
| Accrued payroll taxes and wages | $ 22,275 |
| Accounts payable | 224,775 |
| Notes payable - Rabo AgriFinance | 2,772,954 |
| Current portion of deferred revenue | 108,000 |
| **TOTAL LIABILITIES NOT SUBJECT TO COMPROMISE** | 3,128,004 |

**LIABILITIES SUBJECT TO COMPROMISE**

**Current liabilities**

| | |
|---|---:|
| Accounts payable | 434,632 |
| Forage payable | 690,981 |
| Accrued interest | 39,855 |
| Accrued expenses | 938,000 |
| **Total current liabilities** | 2,103,468 |
| Subordinated debt | 554,478 |
| **TOTAL LIABILITIES SUBJECT TO COMPROMISE** | 2,657,946 |

| | |
|---|---:|
| **DEFERRED REVENUE** | 26,058 |
| **TOTAL LIABILITIES** | 5,812,008 |
| **MEMBER'S EQUITY (DEFICIT)** | (1,518,584) |
| **TOTAL LIABILITIES AND MEMBER'S EQUITY (DEFICIT)** | $ 4,293,424 |

See Accountant's Compilation Report.

3

# NEW SCHOONEBEEK DAIRY, LLC

## STATEMENTS OF INCOME

PRELIMINARY
MAR 15 2010

| | FOR THE ONE MONTH ENDED FEBRUARY 28, 2010 | | FOR THE TWO MONTHS ENDED FEBRUARY 28, 2010 |
|---|---|---|---|
| **REVENUE FROM OPERATIONS:** | | | |
| Milk | $ | 504,876 | $ 1,019,079 |
| Cull cow revenue | | 9,693 | 29,608 |
| Other income | | 29,430 | 57,430 |
| TOTAL REVENUE FROM OPERATIONS | | 554,451 | 1,116,569 |
| | | | |
| **OPERATING COSTS AND EXPENSES:** | | | |
| Amortization | | 500 | 1,000 |
| Animal health | | 33,629 | 79,114 |
| Bank charges | | 1,474 | 3,105 |
| Bedding | | 5,644 | 12,022 |
| Breeding | | 5,000 | 9,900 |
| Cull cow expense | | 44,936 | 97,587 |
| Custom hire | | 13,373 | 19,308 |
| Depreciation | | 18,000 | 36,000 |
| Feed | | 262,093 | 552,629 |
| Fuel | | 19,685 | 34,690 |
| Hauling and trucking | | 7,692 | 15,919 |
| Interest | | 13,726 | 29,104 |
| Wages, contract labor, benefits and taxes | | 65,513 | 138,805 |
| Marketing | | 8,626 | 17,780 |
| Miscellaneous | | 157 | 182 |
| Professional fees | | 1,695 | 3,445 |
| Repairs and maintenance | | 8,725 | 27,793 |
| Rent | | 50,526 | 101,540 |
| Supplies | | 7,551 | 13,237 |
| Utilities | | 7,279 | 13,072 |
| TOTAL OPERATING COSTS AND EXPENSES | | 581,247 | 1,211,655 |
| | | | |
| **INCOME (LOSS) FROM OPERATIONS** | | (26,796) | (95,086) |
| | | | |
| **OTHER INCOME (EXPENSE):** | | | |
| Legal and accounting fees | | - | (6,500) |
| Gain on sale - leaseback | | 9,000 | 18,000 |
| TOTAL OTHER INCOME (EXPENSE) | | 9,000 | 11,500 |
| | | | |
| **NET INCOME (LOSS)** | $ | (17,796) | $ (83,586) |

See Accountant's Compilation Report.

4

PRELIMINARY  
MAR 15 2010

# NEW SCHOONEBEEK DAIRY, LLC

## STATEMENT OF CHANGES IN MEMBER'S EQUITY (DEFICIT)
### FOR THE TWO MONTHS ENDED FEBRUARY 28, 2010

| | |
|---|---|
| **MEMBER'S EQUITY (DEFICIT), BEGINNING OF THE PERIOD** | $ (1,424,998) |
| Net income (loss) | (83,586) |
| Member's withdrawals | (10,000) |
| **MEMBER'S EQUITY (DEFICIT), END OF THE PERIOD** | $ (1,518,584) |

See Accountant's Compilation Report.          5

PRELIMINARY
MAR 1 5 2010

## SUPPLEMENTARY INFORMATION

PRELIMINARY
MAR 15 2010

# NEW SCHOONBEEK DAIRY, LLC

## SCHEDULE OF FEED INVENTORY
## FOR THE ONE MONTH ENDED FEBRUARY 28, 2010

| | Balance at 1/31/2010 | Feed Delivered | Feed Used | Shrink | Balance at 2/28/2010 |
|---|---|---|---|---|---|
| **Corn Silage 2008** | | | | | |
| Tons | 2,750 | - | - | - | 2,750 |
| Amount/ton | $ 44.31 | $ - | $ - | $ - | $ 44.31 |
| Total Dollars | $ 121,856 | $ - | $ - | $ - | $ 121,856 |
| | | | | | |
| **Haylage 2nd cutting 2009** | | | | | |
| Tons | 537 | - | 461 | 23 | 53 |
| Amount/ton | $ 55.40 | $ - | $ 55.40 | $ 55.40 | $ 55.42 |
| Total Dollars | $ 29,751 | $ - | $ 25,540 | $ 1,274 | $ 2,937 |
| | | | | | |
| **Haylage 3rd cutting 2009** | | | | | |
| Tons | 679 | - | - | - | 679 |
| Amount/ton | $ 41.21 | $ - | $ - | $ - | $ 41.21 |
| Total Dollars | $ 27,980 | $ - | $ - | $ - | $ 27,980 |
| Totals | $ 179,587 | $ - | $ 25,540 | $ 1,274 | $ 152,773 |

| Summary of Forages Used: | | Used | Shrink | Total |
|---|---|---|---|---|
| Haylage | | $ 25,540 | $ 1,274 | $ 26,814 |
| | | $ 25,540 | $ 1,274 | $ 26,814 |

See Accountant's Compilation Report.

7


PRELIMINARY
MAR 1.5 2010

**NEW SCHONEEBEEK DAIRY, LLC**

**SCHEDULE OF FEED EXPENSE**
**FOR THE MONTHS AND TWO MONTHS ENDED FEBRUARY 28, 2010**

| | 1/31/2010 | 2/28/2010 | YEAR TO DATE |
|---|---|---|---|
| **Forages Used:** | | | |
| Haylage | $    31,493 | $    26,814 | $    58,307 |
| **Total Forages Used** | 31,493 | 26,814 | 58,307 |
| | | | |
| **Other Feed Purchased:** | | | |
| Cargill Animal Nutruition Inc. | (218) | - | (218) |
| Fleck Farms | 11,579 | 28,373 | 39,952 |
| Sanimax Marketing | 13,710 | 32,983 | 46,693 |
| Synery Feeds | 157,534 | 109,756 | 267,290 |
| Pleasant Home Farm | 42,161 | 41,016 | 83,177 |
| Zeeland Farm Services Inc. | 34,277 | 23,151 | 57,428 |
| **Total Other Feed Purchased** | 259,043 | 235,279 | 494,322 |
| **Total Feed Expense** | $  290,536 | $ 262,093 | $  552,629 |
| | | | |
| | | | |
| **Per Cow Info:** | | | |
| Average Dairy Cows on the Farm | 1,759 | 1,756 | 1,758 |
| Days in Month | 31 | 28 | 59 |
| Estimated Feed Per Cow Per Day | $       5.33 | $       5.33 | $       5.33 |

See Accountant's Compilation Report.                    8

PRELIMINARY
Mar 10 2010

# NEW SCHOONEBEEK DAIRY, LLC

## SCHEDULE OF DAIRY LIVESTOCK
### FOR THE MONTHS AND THE TWO MONTHS ENDED FEBRUARY 28, 2010

| | Beginning Balance | Purchases | Sub Total | Sales | Died | Total Cull Cows | Ending Balance |
|---|---|---|---|---|---|---|---|
| **January** | | | | | | | |
| Number of cows | 1,661 | 24 | 1,685 | (20) | (8) | (28) | 1,657 |
| Average cost | $ 1,863 | $ 1,400 | $ 1,856 | $ 1,880 | $ 1,880 | $ 1,880 | $ 1,856 |
| Dollar amount | $ 3,094,443 | $ 33,600 | $ 3,128,043 | $ (37,600) | $ (15,051) | $ (52,651) | $ 3,075,392 |
| **February** | | | | | | | |
| Number of cows | 1,657 | 24 | 1,681 | (18) | (7) | (25) | 1,656 |
| Average cost | $ 1,856 | $ 1,450 | $ 1,850 | $ 1,797 | $ 1,797 | $ 1,797 | $ 1,851 |
| Dollar amount | $ 3,075,392 | $ 34,800 | $ 3,110,192 | $ (32,346) | $ (12,590) | $ (44,936) | $ 3,065,256 |
| **Year to Date** | | | | | | | |
| Number of cows | 1,661 | 48 | 1,709 | (38) | (15) | (53) | 1,656 |
| Average cost | $ 1,863 | $ 1,425 | $ 1,851 | $ 1,841 | $ 1,841 | $ 1,841 | $ 1,851 |
| Dollar amount | $ 3,094,443 | $ 68,400 | $ 3,162,843 | $ (69,946) | $ (27,641) | $ (97,587) | $ 3,085,256 |

9

See Accountants Compilation Report

PRELIMINARY
Mar 16 2010

## NEW SCHOONEBEEK DAIRY, LLC

### SCHEDULE OF INCOME AND EXPENSES
### PER CWT OF MILK PRODUCED AND PER COW PER DAY

|  | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED JANUARY 31, 2010 | | | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED FEBRUARY 28, 2010 | | | NEW SCHOONEBEEK DAIRY, LLC FOR THE TWO MONTHS ENDED FEBRUARY 28, 2010 | | |
|---|---|---|---|---|---|---|---|---|---|
|  | AMOUNT | PER CWT PRODUCED | PER COW PER DAY | AMOUNT | PER CWT PRODUCED | PER COW PER DAY | AMOUNT | PER CWT PRODUCED | PER COW PER DAY |
| Quantity of milk in cwt | 30,512 | | | 28,753 | | | 59,265 | | |
| Average number of cows milked per day | 1,520 | | | 1,524 | | | 1,522 | | |
| Pounds of milk per cow per day | 65 | | | 67 | | | 66 | | |
| Number of cull cows | 28 | | | 25 | | | 53 | | |
| Annualized herd turnover rate | 18.74% | | | 16.59% | | | 16.63% | | |
| Average cows on farm for the period | 1,759 | | | 1,756 | | | 1,758 | | |
| Number of days in period | 31 | | | 28 | | | 59 | | |
| Breakeven milk price | $ 19.08 | | | $ 18.51 | | | $ 18.80 | | |
| Breakeven milk production per cow per day | 73 | | | 71 | | | 72 | | |
| **REVENUE FROM OPERATIONS:** | | | | | | | | | |
| Milk | $ 514,203 | $ 16.85 | $ 9.43 | $ 504,876 | $ 17.56 | $ 9.43 | $ 1,019,079 | $ 17.20 | $ 9.83 |
| Livestock revenue | | | | 500 | 0.02 | 0.01 | 1,000 | 0.02 | 0.01 |
| Cull cow revenue | 19,915 | 0.68 | 0.37 | 10,452 | 0.36 | 0.21 | 78,114 | 1.33 | 0.76 |
| Other income | 28,000 | 0.92 | 0.51 | 9,680 | 0.34 | 0.20 | 29,608 | 0.50 | 0.29 |
| Other income | | | | 29,430 | 1.02 | 0.60 | 57,930 | 0.97 | 0.55 |
| TOTAL REVENUE FROM OPERATIONS | 562,118 | 18.42 | 10.31 | 554,451 | 19.28 | 11.28 | 1,116,569 | 18.84 | 10.77 |
| **OPERATING COSTS AND EXPENSES:** | | | | | | | | | |
| Amortization | 500 | 0.02 | 0.01 | 500 | 0.02 | 0.01 | 1,000 | 0.02 | 0.01 |
| Animal health | 45,465 | 1.49 | 0.83 | 33,629 | 1.17 | 0.68 | 79,114 | 1.33 | 0.76 |
| Bank charges | 1,631 | 0.05 | 0.03 | 1,474 | 0.05 | 0.03 | 3,105 | 0.05 | 0.03 |
| Bedding | 6,378 | 0.21 | 0.12 | 5,844 | 0.20 | 0.11 | 12,022 | 0.20 | 0.12 |
| Breeding | 4,900 | 0.16 | 0.08 | 5,000 | 0.17 | 0.10 | 9,900 | 0.17 | 0.10 |
| Cull cow expense | 52,651 | 1.73 | 0.97 | 44,938 | 1.56 | 0.91 | 97,587 | 1.65 | 0.94 |
| Custom hire | 5,935 | 0.19 | 0.11 | 13,373 | 0.47 | 0.27 | 19,308 | 0.33 | 0.19 |
| Depreciation | 18,000 | 0.59 | 0.33 | 18,000 | 0.63 | 0.37 | 36,000 | 0.61 | 0.35 |
| Feed | 250,536 | 8.52 | 5.33 | 252,093 | 8.12 | 5.33 | 502,629 | 9.32 | 5.33 |
| Fuel | 15,005 | 0.49 | 0.28 | 19,685 | 0.68 | 0.40 | 34,690 | 0.59 | 0.33 |
| Hauling - milk | 8,227 | 0.27 | 0.15 | 7,692 | 0.27 | 0.16 | 15,919 | 0.27 | 0.15 |
| Insurance | | | | 5,398 | 0.19 | 0.11 | 5,398 | 0.09 | 0.05 |
| Interest | 15,376 | 0.50 | 0.28 | 13,728 | 0.48 | 0.28 | 29,104 | 0.49 | 0.28 |
| Wages, contract labor, benefits & taxes | 73,282 | 2.40 | 1.34 | 65,613 | 2.28 | 1.33 | 138,905 | 2.34 | 1.34 |
| Marketing | 9,154 | 0.30 | 0.17 | 8,626 | 0.30 | 0.18 | 17,780 | 0.30 | 0.17 |
| Miscellaneous | 25 | | | 157 | 0.01 | | 182 | 0.00 | |
| Professional fees | 1,750 | 0.06 | 0.03 | 1,665 | 0.06 | 0.03 | 3,445 | 0.06 | 0.03 |
| Repairs & maintenance | 19,058 | 0.62 | 0.35 | 8,725 | 0.30 | 0.16 | 27,783 | 0.47 | 0.27 |
| Rent | 51,014 | 1.67 | 0.94 | 50,526 | 1.76 | 1.03 | 101,540 | 1.71 | 0.98 |
| Supplies | 5,885 | 0.19 | 0.10 | 7,551 | 0.26 | 0.16 | 13,237 | 0.22 | 0.13 |
| Taxes | | | | 25 | | | 25 | | |
| Utilities | 5,759 | 0.19 | 0.11 | 7,271 | 0.25 | 0.15 | 13,072 | 0.22 | 0.13 |
| TOTAL OPERATING COSTS AND EXPENSES | 630,406 | 20.65 | 11.57 | 581,241 | 20.23 | 11.81 | 1,211,655 | 20.44 | 11.69 |
| INCOME (LOSS) FROM OPERATIONS | $ (68,290) | $ (2.23) | $ (1.26) | $ (26,795) | $ (0.95) | $ (0.53) | $ (95,086) | $ (1.60) | $ (0.92) |

(Continued)

PRELIMINARY
Mar 15, 2010

# NEW SCHOONEBEEK DAIRY, LLC

## SCHEDULE OF INCOME AND EXPENSES
## PER CWT OF MILK PRODUCED AND PER COW PER DAY

NIETZKE & FAUPEL, PC
DAIRY AVERAGES - NINE MONTHS ENDED
SEPTEMBER 30, 2009

| | | PER CWT | PER COW |
| --- | --- | --- | --- |
| | | PRODUCED | PER DAY |
| Quantity of milk in cwt | 322,556 | | |
| Average number of cows milked per day | 1,621 | | |
| Pounds of milk per cow per day | 73 | | |
| Number of cull cows | 523 | | |
| Annualized herd turnover rate | 34.28% | | |
| Average cows on farm for the period | 2,040 | | |
| Number of days in period | 273 | | |
| Breakeven milk price | $ 16.67 | | |
| Breakeven milk production per cow per day | 94 | | |
| | AMOUNT | | |
| REVENUE FROM OPERATIONS: | | | |
| Milk | $ 4,215,494 | $ 13.06 | $ 7.57 |
| Livestock revenue | 141,094 | 0.44 | 0.25 |
| Cull cow revenue | 221,142 | 0.69 | 0.40 |
| Other income | 110,995 | 0.34 | 0.20 |
| TOTAL REVENUE FROM OPERATIONS | 4,688,725 | 14.53 | 8.42 |
| | | | |
| OPERATING COSTS AND EXPENSES: | | | |
| Amortization | 9,458 | 0.03 | 0.02 |
| Animal health | 176,464 | 0.55 | 0.32 |
| Bank charges | 4,169 | 0.01 | 0.01 |
| Bedding | 48,480 | 0.15 | 0.09 |
| Breeding | 40,701 | 0.13 | 0.07 |
| Cull cow expense | 980,173 | 3.04 | 1.76 |
| Custom hire | 97,158 | 0.30 | 0.17 |
| Depreciation | 352,309 | 1.09 | 0.63 |
| Feed | 2,590,513 | 8.03 | 4.65 |
| Fuel | 72,521 | 0.22 | 0.13 |
| Hauling - milk | 93,225 | 0.29 | 0.17 |
| Insurance | 40,079 | 0.12 | 0.07 |
| Interest | 265,047 | 0.82 | 0.48 |
| Wages, contract labor, benefits & taxes | 508,014 | 1.57 | 0.91 |
| Marketing | 84,439 | 0.26 | 0.15 |
| Miscellaneous | 7,533 | 0.02 | 0.01 |
| Professional fees | 37,672 | 0.12 | 0.07 |
| Repairs & maintenance | 101,131 | 0.31 | 0.18 |
| Rent | 148,216 | 0.46 | 0.27 |
| Supplies | 152,097 | 0.47 | 0.27 |
| Taxes | 22,766 | 0.07 | 0.04 |
| Utilities | 91,914 | 0.28 | 0.17 |
| TOTAL OPERATING COSTS AND EXPENSES | 5,924,095 | 18.34 | 10.84 |
| INCOME (LOSS) FROM OPERATIONS | $ (1,235,370) | $ (3.81) | $ (2.22) |

See Accountant's Completion Report

11

PRELIMINARY
MAR 15. 2010

# NEW SCHOONEBEEK DAIRY, LLC

**FINANCIAL STATEMENTS**
**INCOME TAX BASIS**
**FEBRUARY 28, 2010**

# NEW SCHOONEBEEK DAIRY, LLC

## STATEMENT OF ASSETS, LIABILITIES
## AND MEMBER'S EQUITY (DEFICIT)
## INCOME TAX BASIS
## FEBRUARY 28, 2010

PRELIMINARY

### ASSETS
**CURRENT ASSETS:**

| | | |
|---|---|---:|
| Cash | $ | 53,310 |
| **TOTAL CURRENT ASSETS** | | 53,310 |
| | | |
| **PROPERTY AND EQUIPMENT - AT COST:** | | |
| Land improvements | $ | 160,843 |
| Buildings | | 13,495 |
| Machinery and equipment | | 1,125,234 |
| Dairy livestock | | 7,433,741 |
| **TOTAL PROPERTY AND EQUIPMENT - AT COST** | | 8,733,313 |
| Accumulated depreciation | | (5,708,029) |
| **NET PROPERTY AND EQUIPMENT - AT COST** | | 3,025,284 |
| | | |
| **OTHER ASSETS:** | | |
| Investments in cooperatives | | 163,056 |
| Loan fees - net of amortization | | 4,356 |
| **TOTAL OTHER ASSETS** | | 167,412 |
| | | |
| **TOTAL ASSETS** | $ | 3,246,006 |

### LIABILITIES AND MEMBER'S EQUITY (DEFICIT)

| | | |
|---|---|---:|
| **LIABILITIES NOT SUBJECT TO COMPROMISE:** | | |
| **Current:** | | |
| Payroll taxes | $ | 296 |
| Notes payable - Rabo AgriFinance | | 2,772,954 |
| **TOTAL CURRENT LIABILITIES** | | 2,773,250 |
| **TOTAL LIABILITIES NOT SUBJECT TO COMPROMISE** | | 2,773,250 |
| | | |
| **LIABILITIES SUBJECT TO COMPROMISE:** | | |
| Subordinated debt | | 554,478 |
| **TOTAL LIABILITIES SUBJECT TO COMPROMISE** | | 554,478 |
| **TOTAL LIABILITIES** | | 3,327,728 |
| | | |
| **MEMBER'S EQUITY (DEFICIT):** | | |
| Beginning equity (deficit) | | (122,318) |
| Member's (withdrawals) | | (10,000) |
| Net income | | 50,596 |
| **TOTAL MEMBER'S EQUITY (DEFICIT)** | | (81,722) |
| | | |
| **TOTAL LIABILITIES AND MEMBER'S EQUITY (DEFICIT)** | $ | 3,246,006 |

See Accountant's Compilation Report.

# NEW SCHOONEBEEK DAIRY, LLC

PRELIMINARY    **STATEMENTS OF INCOME AND EXPENSES**
**INCOME TAX BASIS**

| | ONE MONTH ENDED FEBRUARY 28, 2010 | TWO MONTHS ENDED FEBRUARY 28, 2009 |
|---|---|---|
| **INCOME:** | | |
| Milk | $ 450,499 | $ 1,015,154 |
| Livestock revenue | 10,452 | 11,992 |
| Cull cow revenue | 9,693 | 37,456 |
| Other income | 29,430 | 58,910 |
| **TOTAL INCOME** | 500,074 | 1,123,512 |
| | | |
| **EXPENSES:** | | |
| Amortization expense | 500 | 1,000 |
| Animal health | 36,377 | 82,612 |
| Bank charges | 1,474 | 3,105 |
| Bedding | 6,413 | 13,806 |
| Breeding | 5,040 | 8,200 |
| Custom hire, manure hauling & other | 11,078 | 16,761 |
| Depreciation | 105,000 | 210,000 |
| Feed | 164,403 | 394,457 |
| Fuel | 16,407 | 31,412 |
| Hauling and trucking | 8,227 | 17,022 |
| Insurance | 3,098 | 3,098 |
| Interest | 11,611 | 23,476 |
| Wages, contract labor, benefits & taxes | 67,858 | 132,060 |
| Marketing | 12,205 | 25,506 |
| Miscellaneous | 157 | 182 |
| Professional fees | 120 | 1,870 |
| Repairs and maintenance | 12,599 | 28,146 |
| Rent | - | 50,000 |
| Supplies | 5,480 | 10,607 |
| Taxes | 25 | 25 |
| Utilities | 7,278 | 13,071 |
| **TOTAL EXPENSES** | 475,350 | 1,066,416 |
| | | |
| **INCOME (LOSS) FROM OPERATIONS** | 24,724 | 57,096 |
| | | |
| **OTHER (EXPENSE):** | | |
| Legal fees | (6,500) | (6,500) |
| **TOTAL OTHER (EXPENSE)** | (6,500) | (6,500) |
| | | |
| **NET INCOME (LOSS)** | $ 18,224 | $ 50,596 |

See Accountant's Compilation Report.

**PRELIMINARY**

4:17 PM
03/15/10

## New Schoonebeek Dairy, LLC.
## General Journal Entries
### February 2010

| Type | Date | Memo | Account | Debit | Credit |
|------|------|------|---------|-------|--------|
| General Journal | 2/28/2010 | Record February payroll liab | 3003 · Accrued Federal Withholding | | 162.00 |
| | | Record February payroll liab | 3001 · Accrued Medicare Withholding | | 1,281.98 |
| | | Record February payroll liab | 3002 · Accrued FICA Withholding | | 5,481.52 |
| | | Record February payroll liab | 3004 · Accrued State Tax Withholding | | 2,572.79 |
| | | Record February payroll liab | 770 · Payroll Expense | 9,498.29 | |
| | | | | 9,498.29 | 9,498.29 |
| General Journal | 2/28/2010 | Record depreciation | 2452 · A/D - Dairy Cows | | 92,800.00 |
| | | Record depreciation | 2453 · A/D - Improvements - Land | | 1,200.00 |
| | | Record depreciation | 2454 · A/D - Machinery & Equipment | | 11,000.00 |
| | | Record depreciation | 720 · Depreciation | 105,000.00 | |
| | | | | 105,000.00 | 105,000.00 |
| General Journal | 2/28/2010 | Record amortization | 805 · Amortization | 500.00 | |
| | | Record amortization | 270 · Loan fees - Net | | 500.00 |
| | | | | 500.00 | 500.00 |
| **TOTAL** | | | | **114,998.29** | **114,998.29** |

# PRELIMINARY

**New Schoonebeek Dairy, LLC.**
**General Ledger**
As of February 28, 2010

4:18 PM
03/18/10
Cash Basis

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| | | | | | | | 140.00 | (688.86) |
| 115 · Wells Fargo | | | | | 615 · Bank Char... | | | (829.86) |
| Check | 2/1/2010 | debit | | | -SPLIT- | 28,617.57 | | 27,987.71 |
| Deposit | 2/1/2010 | | | Deposit | 8033 · Livestock ... | | 3,800.00 | 24,087.71 |
| Check | 2/1/2010 | 9533 | Friarwood Tire | | 7451 · Diesel | | 1,738.78 | 22,350.93 |
| Check | 2/1/2010 | 9585 | North Central Co-op | | 650 · Custom Hire | | 1,629.00 | 20,721.93 |
| Check | 2/1/2010 | 9567 | Hon's LLC | | 8032 · Machiner... | | 453.89 | 20,268.13 |
| Check | 2/1/2010 | 9576 | Tri-W, Inc | | 8033 · Livestock ... | | 333.72 | 19,934.41 |
| Check | 2/1/2010 | | Monsch Manufacturing | | 8033 · Livestock ... | | 302.69 | 19,631.82 |
| Check | 2/1/2010 | debit | Tractor Supply Co. | | 8032 · Machiner... | | 75.00 | 19,556.52 |
| Check | 2/1/2010 | debit | Jessica Weiss | | 615 · Supplies | | 118.63 | 19,436.89 |
| Check | 2/1/2010 | 9586 | Harland Clarke | | 6104 · Supplies | | 2,125.89 | 17,311.00 |
| Check | 2/2/2010 | debit | Lextron Animal Heath | | 7705 · Other Pay... | | 208.52 | 17,102.48 |
| Check | 2/2/2010 | 9580 | AT & T | | -SPLIT- | | 4,216.40 | 12,886.08 |
| Check | 2/2/2010 | 9572 | Wells Fargo | | 3004 · Accrued ... | | 4,243.25 | 8,642.83 |
| Check | 2/3/2010 | debit | Indiana Department of Revan... | | 7702 · Salary | | 3,368.24 | 5,274.59 |
| Check | 2/3/2010 | 9569 | Anthem | | 6034 · Milkhouse... | | 1,724.43 | 3,550.16 |
| Check | 2/3/2010 | 9570 | Dave's Dairy Service | | 7451 · Diesel | | 1,547.58 | 2,002.58 |
| Check | 2/3/2010 | 9577 | North Central Co-op | | 77051 · Rent for ... | | 1,014.00 | 988.58 |
| Check | 2/3/2010 | 9580 | Ken Miller | | 620 · Taxes | | 24.75 | 963.83 |
| Check | 2/3/2010 | 9513 | Bureau of motor vehicles | | 7453 · Propane | | 15.01 | 948.82 |
| Check | 2/3/2010 | 9574 | Speedway | Deposit | -SPLIT- | 7,706.00 | | 8,654.82 |
| Deposit | 2/4/2010 | debit | | | 7302 · Commodi... | | 7,000.00 | 1,654.82 |
| Check | 2/4/2010 | debit | Zeeland Farm Services | | 6104 · Supplies | | 3,500.00 | (1,845.18) |
| Check | 2/4/2010 | 9522 | MVM Vet. Supply Company | | 625 · Breeding | | 1,380.00 | (3,225.18) |
| Check | 2/4/2010 | 9521 | ABS Global, Inc | | 676 · Breeding | | 1,260.00 | (4,485.18) |
| Check | 2/4/2010 | 9560 | ABS Global, Inc | | -SPLIT- | | 1,070.66 | (5,555.84) |
| Check | 2/4/2010 | debit | Wal-Mart | | 7452 · Gasoline | | 81.22 | (5,617.06) |
| Check | 2/4/2010 | debit | | | 615 · Bank Char... | | 175.00 | (8,792.06) |
| Check | 2/4/2010 | | Sanimax Marketing | | 7302 · Commodi... | | 3,200.00 | (9,992.06) |
| Check | 2/4/2010 | debit | | Deposit | 8001 · Milk Adva... | 79,679.43 | | 70,687.37 |
| Deposit | 2/5/2010 | | | | 7302 · Commodi... | | 18,064.13 | 54,623.24 |
| Check | 2/5/2010 | 9581 | Synergy Foods | | 7302 · Commodi... | | 14,062.84 | 40,560.40 |
| Check | 2/5/2010 | 9585 | Synergy Feeds | | -SPLIT- | | 4,815.52 | 35,744.88 |
| Check | 2/5/2010 | 9597 | Dairy Veterinary Managemen... | | 650 · Custom Hire | | 1,818.00 | 33,926.88 |
| Check | 2/5/2010 | 9620 | Hon's LLC | | 7453 · Propana | | 1,695.05 | 32,231.83 |
| Check | 2/5/2010 | 9582 | Warren Hoosier / Blue Flame | | 7453 · Propane | | 1,381.74 | 30,850.09 |
| Check | 2/5/2010 | 9599 | Felipe Morales Gutierrez | | 7702 · Hourly | | 924.02 | 30,026.07 |
| Check | 2/5/2010 | 9601 | Pablo Molina | | 7702 · Hourly | | 693.54 | 29,132.53 |
| Check | 2/5/2010 | 9602 | Luis Alberto Cervantes | | 7702 · Hourly | | 837.27 | 28,245.26 |
| Check | 2/5/2010 | 9600 | marco Antonio | | 7702 · Hourly | | 651.14 | 27,394.12 |
| Check | 2/5/2010 | 9542 | Gavino Ramos Ramos | | 7702 · Hourly | | 836.38 | 26,557.74 |
| Check | 2/5/2010 | 9609 | Gavino Ramos Ramos | | 7702 · Hourly | | 814.82 | 25,742.92 |
| Check | 2/5/2010 | 9603 | Juan Garcia | | 7702 · Hourly | | 768.59 | 24,974.33 |
| Check | 2/5/2010 | 9607 | Guillermo Lopez | | 7702 · Hourly | | 488.39 | 24,485.94 |
| Check | 2/5/2010 | 9606 | Jay P Murphy | | 7703 · Salary | | 457.66 | 24,028.28 |
| Check | 2/5/2010 | 9588 | Amir Ben-Yenoshua | | 7563 · Vehicle In... | | 295.30 | 23,732.98 |
| Check | 2/5/2010 | 9584 | Farm Bureau Insurance | | 615 · Bank Char... | | 25.00 | 23,707.98 |
| Check | 2/5/2010 | debit | | | 7702 · Hourly | | 1,109.72 | 22,618.26 |
| Check | 2/5/2010 | 9613 | Angel Vicencio | | 7702 · Hourly | | 331.23 | 22,187.03 |
| Check | 2/5/2010 | 9822 | Mike Bekel | | 220 · Dairy Cows | | 17,400.00 | 4,787.03 |
| Check | 2/5/2010 | 9592 | Ayres Farms, Inc | | 615 · Bank Char... | | 5,948.00 | (1,158.97) |
| Check | 2/5/2010 | 9589 | Yarrout Dairy, L.L.C. | | -SPLIT- | | 350.00 | (1,508.97) |
| Check | 2/8/2010 | debit | | | 7702 · Hourly | | 2,130.00 | (3,638.97) |
| Check | 2/8/2010 | 9584 | Delavai Direct | | 8154 · Office Su... | | 1,125.15 | (4,764.12) |
| Check | 2/8/2010 | 9595 | Santos Lopez | | 7452 · Gasoline | | 101.59 | (4,865.71) |
| Check | 2/8/2010 | debit | Staples | | 7452 · Gasoline | | 53.79 | (4,919.50) |
| Check | 2/8/2010 | debit | Circle K | | 615 · Bank Char... | | 53.44 | (4,972.94) |
| Check | 2/8/2010 | debit | Shell Oil | | 960 · Bankruptcy ... | | 175.00 | (5,147.94) |
| Check | 2/8/2010 | debit | | | 620 · Bonding | | 6,500.00 | (11,647.94) |
| Check | 2/10/2010 | debit | US Trustee | | 8033 · Livestock ... | | 2,430.76 | (14,078.70) |
| Check | 2/10/2010 | 9568 | LaFontaine Gravel, Inc. | | 7451 · Diesel | | 1,497.81 | (15,576.51) |
| Check | 2/10/2010 | 9576 | Trousl Equipment | | 6104 · Supplies | | 1,438.96 | (17,015.47) |
| Check | 2/10/2010 | 9579 | North Central Co-op | | 8032 · Machiner... | | 1,024.00 | (18,039.47) |
| Check | 2/10/2010 | 9629 | Lextron Animal Health | | 8153 · Farm Sup... | | 344.16 | (18,683.31) |
| Check | 2/10/2010 | 9617 | Plevna Implement | | 615 · Bank Char... | | 245.00 | (19,268.47) |
| Check | 2/10/2010 | 9571 | 1st AYD Corporation | | -SPLIT- | | 8,750.00 | (19,018.47) |
| Check | 2/10/2010 | debit | | | 77051 · Rent for ... | | 500.00 | (28,518.47) |
| Check | 2/11/2010 | debit | Sanimax Marketing | | 615 · Bank Char... | | 140.00 | (28,664.47) |
| Check | 2/11/2010 | 9623 | Ken Miller | | 7451 · Diesel | | 2,282.58 | (29,942.35) |
| Check | 2/11/2010 | debit | | | 5001 · Milk Adva... | 86,707.66 | | 57,765.31 |
| Check | 2/11/2010 | 9626 | North Central Co-op | Deposit | -SPLIT- | | 3,762.30 | 54,003.01 |
| Deposit | 2/11/2010 | | | | 7302 · Commodi... | | 25,072.19 | 20,930.82 |
| Check | 2/11/2010 | 9637 | Wells Fargo | | -SPLIT- | | 6,680.04 | 28,060.78 |
| Check | 2/11/2010 | 9618 | Synergy Feeds | | -SPLIT- | | 3,759.50 | 19,291.78 |
| Check | 2/11/2010 | 9627 | Dairy Veterinary Managemen... | | 650 · Custom Hire | | 14,075.25 | 5,216.53 |
| Check | 2/11/2010 | 9583 | USDA | | -SPLIT- | | 0.60 | 5,215.53 |
| Check | 2/11/2010 | 9649 | Flesh Farms | Service Charge | 615 · Bank Char... | 50,529.56 | | 55,745.49 |
| Deposit | 2/12/2010 | | | | -SPLIT- | | 5,405.92 | 50,339.57 |
| Sales Receipt | 2/16/2010 | | Dairy Farmers of America, Inc. | | 6104 · Supplies | | 3,982.31 | 46,357.26 |
| Check | 2/16/2010 | 9632 | Lextron Animal Health | | 610 · Bedding | | 2,802.80 | 43,554.49 |
| Check | 2/16/2010 | 9635 | LaFontaine Gravel, Inc. | | 7552 · Life Insur... | | 2,512.10 | 41,042.39 |
| Check | 2/16/2010 | 9638 | Farm Bureau Insurance | | -SPLIT- | | 1,836.00 | 39,204.39 |
| Check | 2/16/2010 | 9631 | Delavai Direct | | 650 · Custom Hire | | 1,395.14 | 37,809.22 |
| Check | 2/16/2010 | 9647 | Hon's LLC | | 8034 · Milkhouse... | | 1,301.17 | 36,508.05 |
| Check | 2/16/2010 | 9636 | Deva's Dairy Service | | 7702 · Hourly | | 430.00 | 36,078.05 |
| Check | 2/16/2010 | 9621 | Adolfo Carmona | | 610 · Animal He... | | 329.70 | 35,748.35 |
| Check | 2/16/2010 | 9639 | Darling International | | 8633 · Livestock ... | | 298.57 | 35,449.78 |
| Check | 2/16/2010 | debit | Plevna Implement | | 7705 · Other Pay... | | 175.93 | 35,273.85 |
| Check | 2/16/2010 | 9643 | AT & T | | 8033 · Livestock ... | | 79.95 | 35,193.90 |
| Check | 2/16/2010 | debit | Plevna Implement | | 6305 · Internet | | | |
| Check | 2/16/2010 | debit | Miami-Cass | | | | | |

**4:19 PM**
**03/15/10**
**Cash Basis**

# PRELIMINARY

**New Schoonebeek Dairy, LLC.**
**General Ledger**
**As of February 28, 2010**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| Check | 2/16/2010 | debit | Southside Supply | | 6032 - Machiner... | | 76.97 | 35,116.93 |
| Check | 2/16/2010 | debit | Circle K | | 7462 - Gasoline | | 55.37 | 35,061.56 |
| Check | 2/16/2010 | debit | Plevna Implement | | 6003 - Livestock ... | | 61.26 | 34,990.30 |
| Check | 2/16/2010 | debit | Speedway | | 7462 - Gasoline | | 55.75 | 34,934.55 |
| Check | 2/16/2010 | debit | Plevna Implement | | 8153 - Farm Sup... | | 41.26 | 34,893.29 |
| Check | 2/16/2010 | debit | Lowe's | | 8153 - Farm Sup... | | 28.14 | 34,867.15 |
| Check | 2/16/2010 | debit | Sirloin Stockade | | 7905 - Other | | 22.22 | 34,844.93 |
| Check | 2/16/2010 | debit | Subway | | 7704 - Employee... | | 20.33 | 34,824.60 |
| Check | 2/17/2010 | debit | Harry Bekel | | 410 - Drawings - ... | | 5,000.00 | 29,824.60 |
| Check | 2/17/2010 | 9644 | Western Valley Refuse | | 6303 - Garbage | | 167.09 | 29,637.51 |
| Check | 2/17/2010 | 9645 | Nipsco | | 77052 - Utilities t... | | 71.33 | 29,566.18 |
| Deposit | 2/18/2010 | | | Deposit | 515 - Cull Cows ... | 4,888.95 | | 34,435.13 |
| Check | 2/18/2010 | 9618 | Synergy Feeds | | 7302 - Commodit... | | 17,652.48 | 16,782.65 |
| Check | 2/18/2010 | 9675 | Fountain Community | | 77051 - Rent for ... | | 1,675.00 | 15,207.65 |
| Check | 2/18/2010 | 9512 | Cesar Garcia Melina | | 7702 - Hourly | | 1,107.17 | 14,100.48 |
| Check | 2/18/2010 | 9507 | Roberto Juarez Texquia | | 7702 - Hourly | | 987.10 | 13,103.38 |
| Check | 2/18/2010 | debit | Plevna Implement | | 6032 - Machiner... | | 555.59 | 12,547.79 |
| Check | 2/18/2010 | debit | Big K of Wabash | | 8153 - Farm Sup... | | 329.13 | 12,218.66 |
| Check | 2/18/2010 | 9640 | 1st AYD Corporation | | 8153 - Farm Sup... | | 312.00 | 11,906.66 |
| Check | 2/18/2010 | 9641 | Gordon & Associates Profess... | | 8004 - Legal Fees | | 120.00 | 11,786.66 |
| Check | 2/18/2010 | debit | Southside Supply | | 6003 - Livestock ... | | 79.34 | 11,707.32 |
| Deposit | 2/18/2010 | | | Deposit | 5001 - Milk Adva... | 84,317.51 | | 96,024.83 |
| Check | 2/19/2010 | debit | Zeeland Farm Services | | 7302 - Commodit... | | 10,150.00 | 85,874.83 |
| Check | 2/19/2010 | debit | Sanimax Marketing | | 7302 - Commodit... | | 4,600.00 | 81,074.83 |
| Check | 2/19/2010 | 9530 | Sanimax Marketing | | 7302 - Commodit... | | 14,232.55 | 66,842.38 |
| Check | 2/19/2010 | 9652 | Dairy Veterinary Managemen... | | -SPLIT- | | 5,333.50 | 61,508.88 |
| Check | 2/19/2010 | 9674 | Juan Hernandez | | 770 - Payroll Exp... | | 2,149.00 | 59,359.88 |
| Check | 2/19/2010 | 9608 | Guadalupe Perez | | 7702 - Hourly | | 1,121.30 | 58,237.92 |
| Check | 2/19/2010 | | | | 7702 - Hourly | | 1,115.34 | 57,122.28 |
| Check | 2/19/2010 | 9686 | Felipe Morales Gutierrez | | 7702 - Hourly | | 1,072.91 | 56,049.37 |
| Check | 2/19/2010 | | | | 7702 - Hourly | | 989.58 | 55,059.79 |
| Check | 2/19/2010 | 9014 | Alfredo Martinez | | 770 - Payroll Exp... | | 988.01 | 54,071.78 |
| Check | 2/19/2010 | 9678 | Eduardo Morales | | 7702 - Hourly | | 972.91 | 53,098.87 |
| Check | 2/19/2010 | | | | 7702 - Hourly | | 814.90 | 52,283.97 |
| Check | 2/19/2010 | debit | Duke Energy | | 77052 - Utilities t... | | 620.22 | 51,663.75 |
| Check | 2/19/2010 | debit | Wal-Mart | | 8153 - Farm Sup... | | 127.88 | 51,535.87 |
| Check | 2/19/2010 | debit | Speedway | | 7462 - Gasoline | | 90.22 | 51,475.65 |
| Check | 2/19/2010 | debit | Tractor Supply Co. | | 8153 - Farm Sup... | | 42.78 | 51,432.87 |
| Check | 2/22/2010 | 9685 | Wells Fargo | | -SPLIT- | | 3,163.20 | 48,269.67 |
| Check | 2/22/2010 | 9654 | Angel Vicondo | | 7702 - Hourly | | 865.89 | 47,273.78 |
| Check | 2/22/2010 | 9668 | Roberto Juarez Texquia | | 7702 - Hourly | | 871.98 | 46,401.90 |
| Check | 2/22/2010 | 9671 | Mike Bekel | | 7702 - Hourly | | 298.08 | 46,103.72 |
| Check | 2/22/2010 | 9687 | Pleasant Home Farm Inc. | | 7304 - Corn Silage | | 22,161.00 | 23,942.72 |
| Check | 2/22/2010 | 9650 | Horta LLC | | 660 - Custom Hire | | 2,034.00 | 21,908.72 |
| Check | 2/22/2010 | 9650 | Cesar Garcia Malina | | 7702 - Hourly | | 1,333.91 | 20,574.81 |
| Check | 2/22/2010 | 9634 | Ralph Enrick | | 6101 - Herd Lim... | | 1,164.00 | 19,410.81 |
| Check | 2/22/2010 | 9679 | Juan Garcia | | 7702 - Hourly | | 940.16 | 18,470.65 |
| Check | 2/22/2010 | 9669 | Roberto Juarez Texquia | | 7702 - Hourly | | 923.62 | 17,547.03 |
| Check | 2/22/2010 | 9679 | Edgar Reyes | | 7702 - Hourly | | 896.38 | 16,650.65 |
| Check | 2/22/2010 | 9670 | Pablo Maine | | 7702 - Hourly | | 867.64 | 15,783.01 |
| Check | 2/22/2010 | 9672 | marco Antonio | | 7702 - Hourly | | 814.30 | 14,968.71 |
| Check | 2/22/2010 | 9682 | Agustin Serrano | | 7702 - Hourly | | 770.72 | 14,197.99 |
| Check | 2/22/2010 | 9665 | Luis Alberto Cervantes | | 7702 - Hourly | | 749.34 | 13,448.65 |
| Check | 2/22/2010 | 9673 | Juan Garcia | | 7702 - Hourly | | 744.49 | 12,704.16 |
| Check | 2/22/2010 | 9667 | Gavino Ramos Ramos | | 7702 - Hourly | | 692.19 | 12,011.97 |
| Check | 2/22/2010 | 9648 | Town of La Fontaine MunicI... | | 77052 - Utilities t... | | 866.19 | 11,455.78 |
| Check | 2/22/2010 | 9661 | Santos Lopez | | 7702 - Hourly | | 517.37 | 10,938.41 |
| Check | 2/22/2010 | 9642 | meinders equipment | | 6033 - Livestock ... | | 367.60 | 10,570.81 |
| Check | 2/22/2010 | debit | Plevna Implement | | 8033 - Livestock ... | | 247.33 | 10,323.48 |
| Check | 2/22/2010 | 9684 | Margarita Ramirez | | 7702 - Hourly | | 209.00 | 10,114.48 |
| Check | 2/22/2010 | 9655 | La Pablonita | | 815 - Bank Char... | | 188.00 | 9,926.48 |
| Check | 2/22/2010 | 9660 | Embarq | | 6302 - Telephone | | 155.56 | 9,770.90 |
| Check | 2/22/2010 | debit | Marathon | | 7462 - Gasoline | | 46.90 | 9,724.00 |
| Check | 2/22/2010 | 9653 | Hoosier Blue Flame | | 7453 - Propane | | 2,153.50 | 7,571.00 |
| Check | 2/22/2010 | 9610 | Eduardo Morales | | 7702 - Hourly | | 1,091.41 | 6,479.59 |
| Check | 2/22/2010 | 9605 | Juan Garcia | | 7702 - Hourly | | 1,062.62 | 5,416.97 |
| Check | 2/22/2010 | 9611 | Edgar Rivera | | 7702 - Hourly | | 958.02 | 4,458.95 |
| Check | 2/22/2010 | 9681 | Alfredo Martinez | | 770 - Payroll Exp... | | 905.63 | 3,553.42 |
| Check | 2/22/2010 | 9596 | Roberto Juarez Texquia | | 7702 - Hourly | | 985.77 | 2,987.65 |
| Check | 2/22/2010 | 9677 | Guillermo Lopez | | 7702 - Hourly | | 659.93 | 2,007.72 |
| Check | 2/22/2010 | 9651 | Embarq | | 6302 - Telephone | | 541.38 | 1,466.34 |
| Check | 2/22/2010 | debit | WalMart | | 6154 - Office Su... | | 193.48 | 1,272.86 |
| Check | 2/23/2010 | debit | Super 8 Motels | | 7805 - Other | | 134.43 | 1,138.43 |
| Check | 2/23/2010 | debit | Marathon | | 7452 - Gasoline | | 43.26 | 1,095.17 |
| Deposit | 2/23/2010 | | | Deposit | 510 - Heifer Calv... | 9,000.00 | | 10,095.17 |
| Check | 2/24/2010 | 9683 | North Central Co-op | | 7452 - Gasoline | | 5,076.64 | 5,018.53 |
| Check | 2/24/2010 | debit | Indiana Gas Co | | 77052 - Utilities t... | | 1,054.26 | 3,964.27 |
| Check | 2/24/2010 | 9688 | Indiana State Board of Anima... | | 610 - Animal He... | | 1,000.00 | 2,964.27 |
| Check | 2/25/2010 | 9573 | Indiana Department of Reven... | | 8004 - Accrued ... | | 1,524.74 | 1,439.53 |
| Check | 2/25/2010 | 9655 | Detawd Direct | | -SPLIT- | | 1,204.21 | 235.32 |
| Check | 2/25/2010 | debit | Speedway | | 7452 - Gasoline | | 21.39 | 213.94 |
| Deposit | 2/25/2010 | | | Deposit | 5001 - Milk Adva... | 76,994.94 | | 77,208.88 |
| Check | 2/26/2010 | debit | Zeeland Farm Services | | 7302 - Commodit... | | 6,000.00 | 71,208.88 |
| Check | 2/26/2010 | debit | Sanimax Marketing | | 7302 - Commodit... | | 4,000.00 | 67,208.88 |
| Check | 2/26/2010 | debit | Wabash County REMC | | 6201 - Electric | | 6,314.03 | 60,894.85 |
| Check | 2/26/2010 | 9686 | Dairy Veterinary Managemen... | | -SPLIT- | | 2,601.50 | 58,293.35 |
| Check | 2/26/2010 | 9619 | | | 6252 - Supplies/... | | 2,450.00 | 55,843.35 |
| Check | 2/26/2010 | debit | Wabash County REMC | | 77052 - Utilities t... | | 2,258.56 | 53,634.49 |
| Check | 2/26/2010 | debit | Southside Supply | | 8153 - Farm Sup... | | 79.63 | 53,554.86 |
| Check | 2/26/2010 | debit | Wabash County REMC | | 77052 - Utilities t... | | 189.58 | 53,365.28 |

Page 2

PRELIMINARY

**NEW SCHOONEBEEK DAIRY, LLC**

**STATEMENT OF ASSETS, LIABILITIES
AND MEMBER'S EQUITY (DEFICIT)
INCOME TAX BASIS
FEBRUARY 28, 2010**

### ASSETS

**CURRENT ASSETS:**

| | | |
|---|---|---:|
| Cash | $ | 53,310 |
| **TOTAL CURRENT ASSETS** | | 53,310 |

**PROPERTY AND EQUIPMENT - AT COST:**

| | | |
|---|---|---:|
| Land improvements | $ | 160,843 |
| Buildings | | 13,495 |
| Machinery and equipment | | 1,125,234 |
| Dairy livestock | | 7,433,741 |
| **TOTAL PROPERTY AND EQUIPMENT - AT COST** | | 8,733,313 |
| Accumulated depreciation | | (5,708,029) |
| **NET PROPERTY AND EQUIPMENT - AT COST** | | 3,025,284 |

**OTHER ASSETS:**

| | |
|---|---:|
| Investments in cooperatives | 163,056 |
| Loan fees – net of amortization | 4,356 |
| **TOTAL OTHER ASSETS** | 167,412 |

| | | |
|---|---|---:|
| **TOTAL ASSETS** | $ | 3,246,006 |

### LIABILITIES AND MEMBER'S EQUITY (DEFICIT)

**LIABILITIES NOT SUBJECT TO COMPROMISE:**

Current:

| | | |
|---|---|---:|
| Payroll taxes | $ | 296 |
| Notes payable - Rabo AgriFinance | | 2,772,954 |
| **TOTAL CURRENT LIABILITIES** | | 2,773,250 |
| **TOTAL LIABILITIES NOT SUBJECT TO COMPROMISE** | | 2,773,250 |

**LIABILITIES SUBJECT TO COMPROMISE:**

| | |
|---|---:|
| Subordinated debt | 554,478 |
| **TOTAL LIABILITIES SUBJECT TO COMPROMISE** | 554,478 |
| **TOTAL LIABILITIES** | 3,327,728 |

**MEMBER'S EQUITY (DEFICIT):**

| | |
|---|---:|
| Beginning equity (deficit) | (122,318) |
| Member's (withdrawals) | (10,000) |
| Net income | 50,596 |
| **TOTAL MEMBER'S EQUITY (DEFICIT)** | (81,722) |

| | | |
|---|---|---:|
| **TOTAL LIABILITIES AND MEMBER'S EQUITY (DEFICIT)** | $ | 3,246,006 |

See Accountant's Compilation Report.

**PRELIMINARY**

### NEW SCHOONEBEEK DAIRY, LLC

## STATEMENTS OF INCOME AND EXPENSES
## INCOME TAX BASIS

| | ONE MONTH ENDED FEBRUARY 28, 2010 | TWO MONTHS ENDED FEBRUARY 28, 2009 |
|---|---|---|
| **INCOME:** | | |
| Milk | $ 450,499 | $ 1,015,154 |
| Livestock revenue | 10,452 | 11,992 |
| Cull cow revenue | 10,510 | 37,273 |
| Other income | 29,430 | 58,910 |
| **TOTAL INCOME** | 500,891 | 1,123,329 |
| | | |
| **EXPENSES:** | | |
| Amortization expense | 500 | 1,000 |
| Animal health | 36,377 | 82,612 |
| Bank charges | 1,474 | 3,105 |
| Bedding | 6,413 | 13,806 |
| Breeding | 5,040 | 8,200 |
| Custom hire, manure hauling & other | 11,078 | 16,761 |
| Depreciation | 105,000 | 210,000 |
| Feed | 165,220 | 394,274 |
| Fuel | 16,407 | 31,412 |
| Hauling and trucking | 8,227 | 17,022 |
| Insurance | 3,098 | 3,098 |
| Interest | 11,611 | 23,476 |
| Wages, contract labor, benefits & taxes | 67,858 | 132,060 |
| Marketing | 12,205 | 25,506 |
| Miscellaneous | 157 | 182 |
| Professional fees | 120 | 1,870 |
| Repairs and maintenance | 12,599 | 28,146 |
| Rent | - | 50,000 |
| Supplies | 5,480 | 10,607 |
| Taxes | 25 | 25 |
| Utilities | 7,278 | 13,071 |
| **TOTAL EXPENSES** | 476,167 | 1,066,233 |
| | | |
| **INCOME (LOSS) FROM OPERATIONS** | 24,724 | 57,096 |
| | | |
| **OTHER (EXPENSE):** | | |
| Legal fees | (6,500) | (6,500) |
| **TOTAL OTHER (EXPENSE)** | (6,500) | (6,500) |
| | | |
| **NET INCOME (LOSS)** | $ 18,224 | $ 50,596 |

See Accountant's Compilation Report.

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to:

Nancy J. Gargula
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2349

Alex Edgar
100 E Wayne Street
One Michiana Square
RM 555
South Bend, IN 46601

by first-class mail, postage fully prepaid on this the 17th day of March, 2010.

R. William Jonas, Jr. (5025-71)