UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                    )
                                          )
NEW SCHOONEBEEK DAIRY, LLC,               )        CASE NO.  09-34327-hcd
            Debtor.                       )        Chapter 11

## DEBTOR'S DISCLOSURE STATEMENT, DATED JUNE 28, 2010

### *Table of Contents*

|     |                                                              |        |
| --- | ------------------------------------------------------------ | ------ |
| I.  | Introduction ................................................ | 2-3    |
| II. | Background .................................................. | 3-5    |
| III.| Summary of Plan and Treatment of Claim and Equity Interests .. | 5-10   |
| IV. | Confirmation Requirements and Procedures ................... | 10-18  |
| V.  | Exhibits .................................................... | 15-56  |

## I.    INTRODUCTION

This is the disclosure statement (the "Disclosure Statement") in the chapter 11 case of New Schoonebeek Diary, LLC.  This Disclosure Statement contains information about the Debtor and describes the Chapter 11 Plan (the "Plan") filed by New Schoonebeek Dairy, LLC on January __, 2010. A full copy of the Plan is attached to this Disclosure Statement as Exhibit A.  *Your rights may be affected.  You should read the Plan and this Disclosure Statement carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.*

The proposed distributions under the Plan are discussed at pages __-__ of this Disclosure Statement.  [General unsecured creditors are classified in Class 3, and will receive a distribution of 10 % of their allowed claims, to be distributed on or before June 30, 2011.]

### A.    Purpose of This Document

This Disclosure Statement describes:

- The Debtor and significant events during the bankruptcy case,
- How the Plan proposes to treat claims or equity interests of the type you hold (*i.e.,* what you will receive on your claim or equity interest if the plan is confirmed).
- Who can vote on or object to the Plan,
- What factors the Bankruptcy Court (the "Court") will consider when deciding whether to confirm the Plan,
- Why the Debtor believes the Plan is feasible, and how the treatment of your claim or equity interest under the Plan compares to what you would receive on your claim or equity interest in liquidation, and
- The effect of confirmation of the Plan.

Be sure to read the Plan as well as the Disclosure Statement.  This Disclosure Statement describes the Plan, but it is the Plan itself that will, if confirmed, establish your rights.

### B.    Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing

The Court has not yet confirmed the Plan described in this Disclosure Statement.  This section describes the procedures pursuant to which the Plan will or will not be confirmed.

#### 1.    *Time and Place of the Hearing to [Finally Approve This Disclosure Statement and] Confirm the Plan*

The hearing at which the Court will determine whether to confirm the Plan will take place on [insert date] , at [insert time], in Room 201, Robert K. Rodibaugh United State Bankruptcy Courthouse, 401 S. Michigan Street, South Bend, Indiana.

#### 2.    *Deadline For Voting to Accept or Reject the Plan*

If you are entitled to vote to accept or reject the plan, vote on the enclosed ballot and return the ballot in the enclosed envelope to the Debtor's counsel, R. William Jonas, Jr., Hammerschmidt,

Amaral & Jonas, 137 N. Michigan Street, South Bend, Indiana, 46601. See section IV.A. below for a discussion of voting eligibility requirements.

Your ballot must be received by _____ or it will not be counted.

### 3. *Deadline For Objecting to the Confirmation of the Plan*

Objections to the confirmation of the Plan must be filed with the Court and served upon counsel for the Debtor and the United States Trustee by _____.

### 4. *Identity of Person to Contact for More Information*

If you want additional information about the Plan, you should contact Counsel for the Debtor, R. William Jonas, Jr., Hammerschmidt, Amaral & Jonas, 137 N. Michigan Street, South Bend Indiana, 46601.

### C.   **Disclaimer**

***The Court has approved this Disclosure Statement as containing adequate information to enable parties affected by the Plan to make an informed judgment about its terms. The Court has not yet determined whether the Plan meets the legal requirements for confirmation, and the fact that the Court has approved this Disclosure Statement does not constitute an endorsement of the Plan by the Court, or a recommendation that it be accepted.***

## II.   **BACKGROUND**

### A.   **Description and History of the Debtor's Business**

The Debtor is a limited liability company organized under the laws of the State of Indiana. Since 2004, the Debtor has been in the business of operating a dairy. The dairy is comprised of about 1700 dairy cows, approximately 1600 of which are owned by the debtor and 100 of which are owned by Amir Ben-Yehoshua.

### B.   **Insiders of the Debtor**

The Debtor has only one insider as defined in §101(31) of the United States Bankruptcy Code (the "Code"). Harry Bekel is the owner of all of the interest in New Schoonebeek Dairy, LLC, and is responsible for all of the Debtor's management decisions. Mr. Bekel has been paid by the Debtor the sum of $84,000 during the period from September 2007 through September 2008. He was paid the sum of $72,000 during the twelve months prior to the commencement of the Debtor's bankruptcy case because he reduced his salary to $5,000 per month in the six months preceding the filing of this case.. Mr. Bekel has been paid at the rate of $5,000 per month during the pendency of this Chapter 11 case.

### C.   **Management of the Debtor Before and During the Bankruptcy**

During the two years prior to the date on which the bankruptcy petition was filed, the Debtor was managed by Harry Bekel. Mr. Bekel has continued to manage the Debtor during the Debtor's Chapter 11 case.

After the effective date of the order confirming the Plan, Harry Bekel will continue to manage the Debtor's dairy operation. HIs responsibilities and compensation will remain the same as they have been throughout this case.

### D.    Events Leading to Chapter 11 Filing

This filing is the result of a precipitous drop in milk prices in late 2008 and early 2009. Prices dropped by 40% over previous highs while feed costs remained at near-record levels. The market appears to be completing its adjustment as feed costs are down by as much as 40% and milk prices are recovering from a drastic low of $9 per 100 pounds to the current $14.50 per 100 pounds. Prices are expected to return to $16.00 or higher by summer 2010.

### E.    Significant Events During the Bankruptcy Case

The following are the significant events occurring during the Debtor's bankruptcy case:

- The Court has approved Hammerschmidt, Amaral & Jonas as counsel for the Debtor. The Court has approved Nietzke & Faupel, PC, as accountant for the Debtor.
- The Debtor negotiated and has had approved cash collateral and adequate protection orders with the major secured creditor, RaboAgrifance.
- The Debtor has negotiated and had approved Title Retention and Forage Production and Nutrient Utilization Agreements with Pleasant Home Farms; these agreements were necessary to provide feed for the dairy cattle and land on which to spread manure produced by the dairy herd in accord with Indiana environmental laws.
- The Debtor has worked to renegotiate its lease to reduce operating costs.
- The Debtor has reduced expenses for feeding the dairy cattle and disposing of waste produced by the herd. Combined with the recovery of the market price of milk, these measure have allowed the Debtor to return to profitability and propose a feasible Plan of Reorganization.

### F.    Projected Recovery of Avoidable Transfers

The Debtor does not intend to pursue preference, fraudulent conveyance, or other avoidance actions.

### G.    Claims Objections

Except to the extent that a claim is already allowed pursuant to a final non-appealable order, the Debtor reserves the right to object to claims. Therefore, even if your claim is allowed for voting purposes, you may not be entitled to a distribution if an objection to your claim is later upheld. The procedures for resolving disputed claims are set forth in Article V of the Plan.

### H.    Current and Historical Financial Conditions

The identity and fair market value of the estate's assets are listed in Exhibit B. The valuations are based on the Debtor's opinion, after consultation with Rabo Agrifinance and others in the dairy industry.

The Debtor's most recent financial statement issued before bankruptcy, which was provided to the U.S. Trustee for the Initial Debtor Conference, is attached as Exhibit C.

A summary of the Debtor's periodic operating reports filed since the commencement of the Debtor's bankruptcy case is set forth in Exhibit D.

## III.    SUMMARY OF THE PLAN OF REORGANIZATION AND TREATMENT OF CLAIMS AND EQUITY INTERESTS

### A.    What is the Purpose of the Plan of Reorganization?

As required by the Code, the Plan places claims and equity interests in various classes and describes the treatment each class will receive. The Plan also states whether each class of claims or equity interests is impaired or unimpaired. If the Plan is confirmed, your recovery will be limited to the amount provided by the Plan.

### B.    Unclassified Claims

Certain types of claims are automatically entitled to specific treatment under the Code. They are not considered impaired, and holders of such claims do not vote on the Plan. They may, however, object if, in their view, their treatment under the Plan does not comply with that required by the Code. As such, the Plan Proponent has *not* placed the following claims in any class:

### 1.    *Administrative Expenses*

Administrative expenses are costs or expenses of administering the Debtor's chapter 11 case which are allowed under § 507(a)(2) of the Code. Administrative expenses also include the value of any goods sold to the Debtor in the ordinary course of business and received within 20 days before the date of the bankruptcy petition. The Code requires that all administrative expenses be paid on the effective date of the Plan, unless a particular claimant agrees to a different treatment.

The following chart lists the Debtor's estimated administrative expenses, and their proposed treatment under the Plan:

| Type | Estimated Amount Owed | Proposed Treatment |
|---|---|---|
| Expenses Arising in the Ordinary Course of Business After the Petition Date (Bekel Leasing) | $110,000 | Paid in full according to the written agreement of the parties. |
| The Value of Goods Received in the Ordinary Course of Business Within 20 Days Before the Petition Date | -0- | Paid in full on the effective date of the Plan, or according to terms of obligation if later |
| Professional Fees, as approved by the Court. | $10,000 | Paid in full on the effective date of the Plan, or according to separate written agreement, or according to court order if such fees have not |

| | | been approved by the Court on the effective date of the Plan |
|---|---|---|
| Clerk's Office Fees | -0- | Paid in full on the effective date of the Plan |
| Other administrative expenses | -0- | Paid in full on the effective date of the Plan or according to separate written agreement |
| Office of the U.S. Trustee Fees | -0- | Paid in full on the effective date of the Plan |
| TOTAL | $120,000 | |

### 2.    *Priority Tax Claims*

Priority tax claims are unsecured income, employment, and other taxes described by § 507(a)(8) of the Code. Unless the holder of such a § 507(a)(8) priority tax claim agrees otherwise, it must receive the present value of such claim, in regular installments paid over a period not exceeding 5 years from the order of relief.

The Indiana Department of Revenue has filed a priority claim of $4,064; if not defeated by the Debtor, this claim will be paid in full on the effective date of the plan.

### C.    **Classes of Claims and Equity Interests**

The following are the classes set forth in the Plan, and the proposed treatment that they will receive under the Plan:

### 1.    *Classes of Secured Claims*

Allowed Secured Claims are claims secured by property of the Debtor's bankruptcy estate (or that are subject to setoff) to the extent allowed as secured claims under § 506 of the Code. If the value of the collateral or setoffs securing the creditor's claim is less than the amount of the creditor's allowed claim, the deficiency will be classified as a general unsecured claim.

The following chart lists all classes containing Debtor's secured prepetition claims and their proposed treatment under the Plan:

| Class # | Description | Insider? (Yes or No) | Impairment | Treatment | |
|---------|-------------|---------------------|------------|-----------|---|
| | *Secured claim of:* RaboAgrifinance | | Impaired | [Monthly] Pmt | = 16,566.00 |
| | | | | Pmts Begin | = July 2010 |
| | Collateral description = Dairy cattle, equipment and 2008 feed | | | Pmts End | = July 2030 |
| | Allowed Secured Amount = $3,305,576.10 | | | [Balloon pmt] | = N/A |
| | | | | Interest rate % | = 4.25% |
| | Priority of lien = 1st | | | Treatment of Lien | = retain |
| | Principal owed = $_____ Pre-pet. arrearage = $_____ | | | [Additional payment required to cure defaults] | = N/A |
| | Total claim = $2,675,325.14 | | | | |
| | | | | | |

### 2.    *Classes of Priority Unsecured Claims*

Certain priority claims that are referred to in §§ 507(a)(1), (4), (5), (6), and (7) of the Code are required to be placed in classes. The Code requires that each holder of such a claim receive cash on the effective date of the Plan equal to the allowed amount of such claim. However, a class of holders of such claims may vote to accept different treatment.

The following chart lists all classes containing claims under §§ 507(a)(1), (4), (5), (6), and (a)(7) of the Code and their proposed treatment under the Plan:

| Class # | Description | Impairment | Treatment |
|---------|-------------|------------|-----------|
| | Priority unsecured claim pursuant to Section [insert] Total amt of claims = $ | [State whether impaired or unimpaired] | NONE |
| 0 | Priority unsecured claim pursuant to Section [insert] Total amt of claims = $ | [State whether impaired or unimpaired] | |

3.    *Class of General Unsecured Claims*

General unsecured claims are not secured by property of the estate and are not entitled to priority under § 507(a) of the Code. [Insert description of §1122(b) convenience class if applicable.]

The following chart identifies the Plan's proposed treatment of Class 3, which contains general unsecured claims against the Debtor:

| Class # | Description | Impairment | Treatment | |
|---------|-------------|------------|-----------|--|
| | | | | |
| | General Unsecured Class | Impaired | Monthly Pmt<br>Pmts Begin<br>Pmts End<br>[Balloon pmt]<br>Interest rate % from [date]<br>Estimated percent of claim paid | = N/A<br>= 6/30/2011<br>=6/30/2011<br>= 247,208.22<br><br>= 0<br>=10% |

4.    *Class of Equity Interest Holders*

Equity interest holders are parties who hold an ownership interest (*i.e.*, equity interest) in the Debtor. In a corporation, entities holding preferred or common stock are equity interest holders. In a partnership, equity interest holders include both general and limited partners. In a limited liability company ("LLC"), the equity interest holders are the members. Finally, with respect to an individual who is a debtor, the Debtor is the equity interest holder.

The following chart sets forth the Plan's proposed treatment of the class of equity interest holders: [There may be more than one class of equity interests in, for example, a partnership case, or a case where the prepetition debtor had issued multiple classes of stock.]

| Class # | Description | Impairment | Treatment |
|---------|-------------|------------|-----------|
| | Equity interest holders | Impaired | Retain, subject to duty to pay unsecured claims. |

D.    **Means of Implementing the Plan**

1.    *Source of Payments*

Payments and distributions under the Plan will be funded by the following:

The Debtor's continued operation of the dairy.

      2.     *Post-confirmation Management*

The Post-Confirmation Managers of the Debtor, and their compensation, shall be as follows:

| Name | Affiliations | Insider (yes or no)? | Position | Compensation |
|------|-------------|---------------------|----------|--------------|
| Harry Bekel | | Yes | Manager | $5,000/mo |
| | | | | |
| | | | | |

### E.    **Risk Factors**

The proposed Plan has the following risks:

Dairy farming is especially risky because the Debtor cannot set the price for his product. Instead, the market price is set by external factors and the Debtor must live with the results. In addition, herd health issues can affect the Debtor's ability to meet the plan requirements. Debtor's history of management and herd health have been good. However, because the Debtor cannot control the market price of milk, the operation will always be risky.

### F.    **Executory Contracts and Unexpired Leases**

The Plan, in Exhibit 5.1, lists all executory contracts and unexpired leases that the Debtor will assume under the Plan. Assumption means that the Debtor has elected to continue to perform the obligations under such contracts and unexpired leases, and to cure defaults of the type that must be cured under the Code, if any. Exhibit 5.1 also lists how the Debtor will cure and compensate the other party to such contract or lease for any such defaults.

If you object to the assumption of your unexpired lease or executory contract, the proposed cure of any defaults, or the adequacy of assurance of performance, you must file and serve your objection to the Plan within the deadline for objecting to the confirmation of the Plan, unless the Court has set an earlier time.

All executory contracts and unexpired leases that are not listed in Exhibit 5.1 will be rejected under the Plan. Consult your adviser or attorney for more specific information about particular contracts or leases.

If you object to the rejection of your contract or lease, you must file and serve your objection to the Plan within the deadline for objecting to the confirmation of the Plan.

*The Deadline for Filing a Proof of Claim Based on a Claim Arising from the Rejection of a Lease or Contract Is April 1, 2010.* Any claim based on the rejection of a contract or lease will be barred if the proof of claim is not timely filed, unless the Court orders otherwise.

G.    **Tax Consequences of Plan**

*Creditors and Equity Interest Holders Concerned with How the Plan May Affect Their Tax Liability Should Consult with Their Own Accountants, Attorneys, And/Or Advisors.*

The following are the anticipated tax consequences of the Plan: [List the following general consequences as a minimum: (1) Tax consequences to the Debtor of the Plan; (2) General tax consequences on creditors of any discharge, and the general tax consequences of receipt of plan consideration after confirmation.]

IV.    **CONFIRMATION REQUIREMENTS AND PROCEDURES**

To be confirmable, the Plan must meet the requirements listed in §§ 1129(a) or (b) of the Code. These include the requirements that: the Plan must be proposed in good faith; at least one impaired class of claims must accept the plan, without counting votes of insiders; the Plan must distribute to each creditor and equity interest holder at least as much as the creditor or equity interest holder would receive in a chapter 7 liquidation case, unless the creditor or equity interest holder votes to accept the Plan; and the Plan must be feasible. These requirements are <u>not</u> the only requirements listed in § 1129, and they are not the only requirements for confirmation.

A.    **Who May Vote or Object**

Any party in interest may object to the confirmation of the Plan if the party believes that the requirements for confirmation are not met.

Many parties in interest, however, are not entitled to vote to accept or reject the Plan. A creditor or equity interest holder has a right to vote for or against the Plan only if that creditor or equity interest holder has a claim or equity interest that is both (1) allowed or allowed for voting purposes and (2) impaired.

In this case, the Plan Proponent believes that classes 2 and 3 are impaired and that holders of claims in each of these classes are therefore entitled to vote to accept or reject the Plan.

1.    *What Is an Allowed Claim or an Allowed Equity Interest?*

Only a creditor or equity interest holder with an allowed claim or an allowed equity interest has the right to vote on the Plan. Generally, a claim or equity interest is allowed if either (1) the Debtor has scheduled the claim on the Debtor's schedules, unless the claim has been scheduled as disputed, contingent, or unliquidated, or (2) the creditor has filed a proof of claim or equity interest, unless an objection has been filed to such proof of claim or equity interest. When a claim or equity interest is not allowed, the creditor or equity interest holder holding the claim or equity interest cannot vote unless the

Court, after notice and hearing, either overrules the objection or allows the claim or equity interest for voting purposes pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure.

### *The deadline for filing a proof of claim in this case was January 11, 2010.*

#### 2. *What Is an Impaired Claim or Impaired Equity Interest?*

As noted above, the holder of an allowed claim or equity interest has the right to vote only if it is in a class that is *impaired* under the Plan. As provided in § 1124 of the Code, a class is considered impaired if the Plan alters the legal, equitable, or contractual rights of the members of that class.

#### 3. *Who is **Not** Entitled to Vote*

The holders of the following five types of claims and equity interests are *not* entitled to vote:
- holders of claims and equity interests that have been disallowed by an order of the Court;

- holders of other claims or equity interests that are not "allowed claims" or "allowed equity interests" (as discussed above), unless they have been "allowed" for voting purposes.

- holders of claims or equity interests in unimpaired classes;

- holders of claims entitled to priority pursuant to §§ 507(a)(2), (a)(3), and (a)(8) of the Code; and

- holders of claims or equity interests in classes that do not receive or retain any value under the Plan;

- administrative expenses.

### *Even If You Are Not Entitled to Vote on the Plan, You Have a Right to Object to the Confirmation of the Plan.*

#### 4. *Who Can Vote in More Than One Class*

A creditor whose claim has been allowed in part as a secured claim and in part as an unsecured claim, or who otherwise hold claims in multiple classes, is entitled to accept or reject a Plan in each capacity, and should cast one ballot for each claim.

### B. **Votes Necessary to Confirm the Plan**

If impaired classes exist, the Court cannot confirm the Plan unless (1) at least one impaired class of creditors has accepted the Plan without counting the votes of any insiders within that class, and (2) all impaired classes have voted to accept the Plan, unless the Plan is eligible to be confirmed by Acram down@ on non-accepting classes, as discussed later in Section [B.2.].

1.    *Votes Necessary for a Class to Accept the Plan*

A class of claims accepts the Plan if both of the following occur: (1) the holders of more than one-half (1/2) of the allowed claims in the class, who vote, cast their votes to accept the Plan, and (2) the holders of at least two-thirds (2/3) in dollar amount of the allowed claims in the class, who vote, cast their votes to accept the Plan.

A class of equity interests accepts the Plan if the holders of at least two-thirds (2/3) in amount of the allowed equity interests in the class, who vote, cast their votes to accept the Plan.

2.    *Treatment of Nonaccepting Classes*

Even if one or more impaired classes reject the Plan, the Court may nonetheless confirm the Plan if the nonaccepting classes are treated in the manner prescribed by § 1129(b) of the Code. A plan that binds nonaccepting classes is commonly referred to as a Acram down@ plan. The Code allows the Plan to bind nonaccepting classes of claims or equity interests if it meets all the requirements for consensual confirmation except the voting requirements of § 1129(a)(8) of the Code, does not Adiscriminate unfairly,@ and is Afair and equitable@ toward each impaired class that has not voted to accept the Plan.

***You should consult your own attorney if a "cramdown" confirmation will affect your claim or equity interest, as the variations on this general rule are numerous and complex.***

C.    **Liquidation Analysis**

To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such claim and equity interest holders would receive in a chapter 7 liquidation. A liquidation analysis is attached to this Disclosure Statement as Exhibit E. In a liquidation, secured creditors would receive nothing.

D.    **Feasibility**

The Court must find that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor, unless such liquidation or reorganization is proposed in the Plan.

1.    *Ability to Initially Fund Plan*

The Plan Proponent believes that the Debtor will have enough cash on hand on the effective date of the Plan to pay all the claims and expenses that are entitled to be paid on that date. Tables showing the amount of cash on hand on the effective date of the Plan, and the sources of that cash are attached to this disclosure statement as Exhibit F.

2.    *Ability to Make Future Plan Payments And Operate Without Further Reorganization*

The Plan Proponent must also show that it will have enough cash over the life of the Plan to make the required Plan payments.

The Plan Proponent has provided projected financial information. Those projections are listed in Exhibit G.

The Plan Proponent's financial projections show that the Debtor will have an aggregate annual average cash flow, after paying operating expenses and post-confirmation taxes, of $____. The final Plan payment to unsecured creditors is expected to be paid on June 30, 2011.

[Summarize the numerical projections, and highlight any assumptions that are not in accord with past experience. Explain why such assumptions should now be made.]

**You Should Consult with Your Accountant or other Financial Advisor If You Have Any Questions Pertaining to These Projections.**

## V.    EFFECT OF CONFIRMATION OF PLAN

### A.    DISCHARGE OF DEBTOR

Discharge. On the effective date of the Plan, the Debtor shall be discharged from any debt that arose before confirmation of the Plan, subject to the occurrence of the effective date, to the extent specified in § 1141(d)(1)(A) of the Code. However, the Debtor shall not be discharged from any debt imposed by the Plan. After the effective date of the Plan your claims against the Debtor will be limited to the debts imposed by the Plan.

### B.    Modification of Plan

The Plan Proponent may modify the Plan at any time before confirmation of the Plan. However, the Court may require a new disclosure statement and/or revoting on the Plan.

[If the Debtor is not an individual, add the following: AThe Plan Proponent may also seek to modify the Plan at any time after confirmation only if (1) the Plan has not been substantially consummated *and* (2) the Court authorizes the proposed modifications after notice and a hearing.@]

[If the Debtor is an individual, add the following: AUpon request of the Debtor, the United States trustee, or the holder of an allowed unsecured claim, the Plan may be modified at any time after confirmation of the Plan but before the completion of payments under the Plan, to (1) increase or reduce the amount of payments under the Plan on claims of a particular class, (2) extend or reduce the time period for such payments, or (3) alter the amount of distribution to a creditor whose claim is provided for by the Plan to the extent necessary to take account of any payment of the claim made other than under the Plan.@]

## C.    **Final Decree**

Once the estate has been fully administered, as provided in Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Plan Proponent, or such other party as the Court shall designate in the Plan Confirmation Order, shall file a motion with the Court to obtain a final decree to close the case. Alternatively, the Court may enter such a final decree on its own motion.

New Schoonebeek Dairy, LLC

By: _____

Harry Bekel

_____

R. William Jonas, Jr. (#5025-71)
Attorney for Debtor
Hammerschmidt, Amaral & Jonas
137 N. Michigan St.
South Bend, IN 46601

# EXHIBITS

**Exhibit A** -  Copy of Proposed Plan of Reorganization

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                              )
                                    )
NEW SCHOONEBEEK DAIRY, LLC,         )        CASE NO.  09-34327-hcd
          Debtor.                   )        Chapter 11

## DEBTOR'S PLAN OF REORGANIZATION, DATED JUNE 23, 2010

### ARTICLE I
### SUMMARY

This Plan of Reorganization (the "Plan") under chapter 11 of the Bankruptcy Code (the "Code") proposes to pay creditors of New Schoonebeek Dairy, LLC (the "Debtor") from [specify sources of payment, such as an infusion of capital, loan proceeds, sale of assets, cash flow from operations, or future income].

This Plan provides for ____1____ classes of secured claims; __1__ classes of unsecured claims; and __1__ classes of equity security holders. Unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan has valued at approximately $.10 cents on the dollar. This Plan also provides for the payment of administrative and priority claims.

All creditors and equity security holders should refer to Articles III through VI of this Plan for information regarding the precise treatment of their claim. A disclosure statement that provides more detailed information regarding this Plan and the rights of creditors and equity security holders has been circulated with this Plan. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

### ARTICLE II
### CLASSIFICATION OF CLAIMS AND INTERESTS

2.01    Class 1.    All allowed claims entitled to priority under § 507 of the Code (except administrative expense claims under § 507(a)(2), and priority tax claims under § 507(a)(8)).

2.02    Class 2.    The claim of Rabo Agrifinance , to the extent allowed as a secured claim under § 506 of the Code.

2

2.03    Class 3.        All unsecured claims allowed under § 502 of the Code.


2.04    Class 4 .      Equity interests of the Debtor.

### ARTICLE III
### TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS,
### U.S. TRUSTEES FEES, AND PRIORITY TAX CLAIMS

3.01    Unclassified Claims.  Under section §1123(a)(1), administrative expense claims, and priority tax claims are not in classes.

3.02    Administrative Expense Claims.   Each holder of an administrative expense claim allowed under § 503 of the Code will be paid in full on the effective date of this Plan (as defined in Article VII), in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor.

3.03    Priority Tax Claims.  Each holder of a priority tax claim will be paid in full on the effective date of the plan.

3.04    United States Trustee Fees.  All fees required to be paid by 28 U.S.C. §1930(a)(6) (U.S. Trustee Fees) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code. Any U.S. Trustee Fees owed on or before the effective date of this Plan will be paid on the effective date.


### ARTICLE IV
### TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN

4.01    Claims and interests shall be treated as follows under this Plan:

| Class | Impairment | Treatment |
|-------|-----------|-----------|
| Class 1 - Priority Claims | Unimpaired | Class 1 is unimpaired by this Plan, and each holder of a Class 1 Priority Claim will be paid in full, in cash, upon the later of the effective date of this Plan as defined in Article VII, or the date on which such claim is allowed by a final non-appealable order. |
| Class 2 – Secured Claim of Rabo Agrifinance, Inc. | Impaired | Rabo Agrifinance, Inc. made two loans in the debtor. The loans are referred to by the bank and the debtor as the "herd loan" including interest at the default rate was $2,650,502.97. The amount due on the "feed loan, including interest at the default rate, was $652,398.05. At the date of filing, the bank had expended $2,675.08 in legal fees and expenses.<br><br>The bank's total claim of $3,305,576.10 was secured by collateral with a value of $3,369,096.00, making it a fully secured creditor.<br><br>Under the cash collateral orders and adequate protection agreements that have been in place since the filing of this case, New Schoonebeek Dairy has paid to Rabo Agrifinance, as of June 15, 2010, funds sufficient to reduce the remaining balance to $2,675,352.14 to be dealt with through this plan of reorganization. Further reduction will take place as a result of additional payments while confirmation of this plan is pending.<br><br>The Debtor proposes to consolidate the remaining debt on both loans and the remaining debt would be secured by the same pre-petition collateral, plus post-petition acquisition of property of the same type and description. The balance would be paid by the debtor, with interest at 4.25% per annum, over 240 months. For cash flow purposes, the Debtor projects that monthly payments would not exceed $16,850.00. |

| Class 3 - General Unsecured Creditors | Impaired | General unsecured creditors will be paid, through issuance of promissory notes from the debtor due on or before June 30, 2011, a sum equal to 10% of their allowed claims. |
|---|---|---|
| Class 4 - Equity Security Holders of the Debtor | Impaired | Harry Bekel is the owner of 100% of the outstanding interest in New Schoonebeek Dairy, LLC. Bekel will be paid his salary of $60,000 per year as approved by this court. Harry Bekel will retain his interest in New Schoonebeek Dairy, LLC and will not receive any distribution in excess of his salary for the year 2010. After unsecured creditors have been paid, Bekel will have full ownership of New Schoonebeek Dairy, LLC and authority over its operations. |

## ARTICLE V
## ALLOWANCE AND DISALLOWANCE OF CLAIMS

5.01    Disputed Claim. A disputed claim is a claim that has not been allowed or disallowed by a final non-appealable order, and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

5.02    Delay of Distribution on a Disputed Claim. No distribution will be made on account of a disputed claim unless such claim is allowed by a final non-appealable order.

5.03    Settlement of Disputed Claims. The Debtor will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## ARTICLE VI
## PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES

6.01    Assumed Executory Contracts and Unexpired Leases.

(a)    The Debtor REJECTS the following executory contracts and/or unexpired leases effective upon the effective date of this Plan as provided in Article VII:

Lease with Bekel Leasing, except to the extent modified by agreement between the parties.

5

(b)     The Debtor will be conclusively deemed to have assumed all executor contracts and/or unexpired leases not expressly rejected under Section 6.01(a) above, or before the effective date of this Plan.

Any proof of claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than 30 days after the effective date of this Plan.

## ARTICLE VII
## MEANS FOR IMPLEMENTATION OF THE PLAN

The Debtor will fund plan payments through dairy operations. The Debtor will continue to be owned, managed and operated by Harry Bekel. Mr. Bekel will maintain the herd level at approximately 1700 and will continue his agreement with a key employee, herdsman Amir Ben-Yehoshua.

Bekel will continue to be paid his court-approved salary of $60,000 per year until all payments to unsecured creditors required by this plan have been completed. Thereafter, Bekel will be re-vested with full ownership and authority of New Schoonebeek Dairy, LLC.

## ARTICLE VIII
## GENERAL PROVISIONS

8.01    Definitions and Rules of Construction.  The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan, and they are supplemented by the following definitions:

> Debtor means "New Schoonebeek Dairy, LLC."
> Petition Date means September 8, 2009.

8.02    Effective Date of Plan. The effective date of this Plan is the eleventh business day following the date of the entry of the order of confirmation.  But if a stay of the confirmation order is in effect on that date, the effective date will be the first business day after that date on which no stay of the confirmation order is in effect, provided that the confirmation order has not been vacated.

8.03    Severability.   If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

8.04    Binding Effect.   The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

6

8.05   Captions.  The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

8.06   Controlling Effect.   Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Indiana govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.

## ARTICLE IX
## DISCHARGE

9.01.   Discharge.  On the confirmation date of this Plan, the debtor will be discharged from any debt that arose before confirmation of this Plan, subject to the occurrence of the effective date, to the extent specified in § 1141(d)(1)(A) of the Code, except that the Debtor will not be discharged of any debt: (i) imposed by this Plan; (ii) of a kind specified in § 1141(d)(6)(A) if a timely complaint was filed in accordance with Rule 4007(c) of the Federal Rules of Bankruptcy Procedure; or (iii) of a kind specified in § 1141(d)(6)(B).

Respectfully submitted,

New Schoonebeek Dairy, LLC

By: _____
Harry Bekel

_____
R. William Jonas, Jr. (#5025-71)
Attorney for Debtor
Hammerschmidt, Amaral & Jonas
137 N. Michigan St.
South Bend, IN 46601

**Exhibit B** - Identity and Value of Material Assets of Debtor

| | | |
|---|---|---|
| 1. | Vehicles: Chevy Truck | $500.00 |
| 2. | Office Equipment: 4 Computers; Fax/printer; TV; Cameras; Table lockers; 2 Closets; 2 Chairs | $4,500.00 |
| 3. | Machinery & Equipment | $600,000.00 |
| 4. | Inventory: Cornsilage, Haylage | $616,696.00 |
| 5. | Animals: 1684 Dairy Cows | $1,852,400.00 |

**Exhibit C -**  Prepetition Financial Statements
(to be taken from those filed with the court)

# NEW SCHOONEBEEK DAIRY, LLC

## FINANCIAL INFORMATION
### JUNE 30, 2009 AND 2008

**NEW SCHOONEBEEK DAIRY, LLC**
**TABLE OF CONTENTS**

|  | PAGE NUMBER |
|---|---|
| **Accountant's Compilation Report** | 1 |
| Balance Sheets | 2 - 3 |
| Statements of Income | 4 |
| Statements of Changes in Member's Equity (Deficit) | 5 |
| **SUPPLEMENTARY INFORMATION** | 6 |
| Schedule of Feed Inventory | 7 |
| Schedule of Feed Expense | 8 |
| Schedule of Dairy Livestock | 9 |
| Schedule of Income and Expenses Per CWT of Milk Produced and Per Cow Per Day | 10 |



Partners: Jeffrey P. Bushey, CPA    Donald C. Faupel, CPA
Consultant: Allan W. Nietzke, CPA
Principals: Eugene R. Gascho, COO
Brian V. Hazard, CPA    JoAnn E. Lakie, CPA

Members of: Michigan Association of Certified Public Accountants • American Institute of Certified Public Accountants    *CPA's You Can Count On*

## Accountant's Compilation Report

New Schoonebeek Dairy, LLC
La Fontaine, IN 46940

We have compiled the accompanying balance sheets of New Schoonebeek Dairy, LLC (a limited liability company) as of June 30, 2009 and 2008 and the related statements of income for the three and six months then ended and changes in member's equity for the six months then ended, and the accompanying supplementary information contained on pages 6 to 10, which is presented only for supplementary analysis purposes, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

A compilation is limited to presenting, in the form of financial statements and supplementary schedules, information that is the representation of the Member. We have not audited or reviewed the accompanying financial statements or supplementary information and, accordingly, do not express an opinion or any other form of assurance on them. However, we did become aware of a departure from generally accepted accounting principles that is described in the following paragraph.

Generally accepted accounting principles require that dairy livestock be valued at cost less accumulated depreciation. The Member has informed us that the Company has elected not to depreciate the dairy livestock and to value them at cost. The effects of this departure from generally accepted accounting principles on financial position, results of operations and cash flows have not been determined.

The Member has elected to omit substantially all of the disclosures and the statements of cash flows required by generally accepted accounting principles. If the omitted disclosures and statements of cash flows were included in the financial statements, they might influence the user's conclusions about the Company's financial position, results of operations, and its cash flows. Accordingly, these financial statements are not designed for those who are not informed about such matters.

Certain errors resulting in an overstatement of net income in the amount of $196,536, an overstatement of dairy livestock in the amount of $91,536 and an understatement of accrued expenses of $105,000 as of March 31, 2009 was discovered subsequent to the issuance of our report dated May 12, 2009.

An error resulting in an overstatement of previously reported member's equity and an understatement of accrued expenses in the amount of $50,000 as of December 31, 2008 was discovered subsequent to the issuance of our our report dated February 3, 2009. Accordingly, the accompanying financial statements have been adjusted to reflect the correction of the errors.

*Nietzke & Faupel P.C.*

NIETZKE & FAUPEL, P.C.
PIGEON, MICHIGAN

August 3, 2009

Circular 230 Disclosure: To the extent the above contains an opinion on one or more federal tax issues, such opinion was not written to be used and cannot be used for the purpose of avoiding penalties.

1

7274 Hartley St. • Box 499 • Pigeon, MI 48755        email@nfcpa.com            41 E. Main St. • Sebewaing, MI 48759
989.453.3122 • Fax 989.453.2219                www.nfcpa.com                989.883.3122 • Fax 989.883.3400

## NEW SCHOONEBEEK DAIRY, LLC

### BALANCE SHEETS

|  | JUNE 30, | |
|  | 2009 | 2008 |
| --- | --- | --- |
| **ASSETS** | | |
| **CURRENT ASSETS:** | | |
| Cash | | $ 17,078 |
| Commodity receivables | $ 117,137 | 238,153 |
| Other receivables | 36,463 | 66,491 |
| Inventory | 634,588 | 518,579 |
| Prepaid expenses | 15,000 | 78,000 |
| **TOTAL CURRENT ASSETS** | 803,188 | 918,301 |
| **PROPERTY AND EQUIPMENT - AT COST:** | | |
| Buildings | 13,495 | 13,495 |
| Land improvements | 160,843 | 160,843 |
| Machinery and equipment | 1,110,872 | 1,086,272 |
| Dairy livestock | 3,396,422 | 3,776,640 |
| **TOTAL PROPERTY AND EQUIPMENT - AT COST** | 4,681,632 | 5,037,250 |
| Less: Accumulated depreciation | (517,779) | (303,261) |
| **TOTAL PROPERTY AND EQUIPMENT - AT COST** | 4,163,853 | 4,733,989 |
| **OTHER ASSETS:** | | |
| Investments in cooperatives - net of reserve | 172,929 | 130,692 |
| Loan fees - net of amortization | 10,307 | 44,988 |
| Organization fees - net of amortization | | 548 |
| **TOTAL OTHER ASSETS** | 183,236 | 176,228 |
| **TOTAL ASSETS** | $ 5,150,277 | $ 5,828,518 |

(Continued)                               2

# NEW SCHOONEBEEK DAIRY, LLC

## BALANCE SHEETS

|  | JUNE 30, | |
| --- | --- | --- |
|  | 2009 | 2008 |
| **LIABILITIES AND MEMBER'S EQUITY (DEFICIT)** | | |
| **CURRENT LIABILITIES:** | | |
| Bank float | $ 19,793 | |
| Accounts payable | 492,917 | $ 495,698 |
| Forage payable | 727,910 | 143,908 |
| Accrued interest | 8,870 | 66,438 |
| Accrued expenses | 588,000 | 18,000 |
| Accrued payroll taxes and wages | 32,236 | 31,799 |
| Notes payable - Rabo AgriFinance | 3,069,981 | 2,806,255 |
| **TOTAL CURRENT LIABILITIES** | 4,939,707 | 3,562,098 |
| **SUBORDINATED DEBT** | 554,478 | 458,755 |
| **TOTAL LIABILITIES** | 5,494,185 | 4,020,853 |
| **DEFERRED REVENUE** | 206,058 | 314,058 |
| **MEMBER'S EQUITY (DEFICIT)** | (549,966) | 1,493,607 |
| **TOTAL LIABILITIES AND MEMBER'S EQUITY (DEFICIT)** | $ 5,150,277 | $ 5,828,518 |

See Accountant's Compilation Report.

3

**NEW SCHOONEBEEK DAIRY, LLC**

**STATEMENTS OF INCOME**

| | FOR THE THREE MONTHS ENDED JUNE 30, | | FOR THE SIX MONTHS ENDED JUNE 30, | |
|---|---|---|---|---|
| | 2009 | 2008 | 2009 | 2008 |
| **REVENUE FROM OPERATIONS:** | | | | |
| Milk | $ 1,396,582 | $ 2,270,461 | $ 2,849,053 | $ 4,640,845 |
| Livestock revenue | 4,665 | 10,800 | 9,015 | 17,493 |
| Cull cow revenue | 29,513 | 47,036 | 95,193 | 132,519 |
| Other income | 167,321 | 129,528 | 273,252 | 277,821 |
| **TOTAL REVENUE FROM OPERATIONS** | 1,598,081 | 2,457,825 | 3,226,513 | 5,068,678 |
| | | | | |
| **OPERATING COSTS AND EXPENSES:** | | | | |
| Amortization | 2,500 | 11,000 | 13,500 | 22,000 |
| Animal health | 130,697 | 118,107 | 275,665 | 245,876 |
| Bank charges | 2,576 | 4,228 | 4,938 | 4,623 |
| Bedding | 28,358 | 24,915 | 48,168 | 47,994 |
| Breeding | 11,563 | 11,552 | 33,903 | 30,312 |
| Cull cow expense | 351,949 | 266,862 | 648,011 | 578,854 |
| Custom hire | 52,772 | 207,212 | 109,892 | 350,325 |
| Depreciation | 52,000 | 40,000 | 104,000 | 80,000 |
| Feed | 939,914 | 1,127,774 | 2,000,150 | 2,145,439 |
| Fuel | 40,013 | 38,884 | 78,038 | 75,455 |
| Hauling and trucking | 27,234 | 36,184 | 53,308 | 74,923 |
| Insurance | 9,917 | 13,652 | 23,782 | 22,872 |
| Interest | 37,639 | 45,792 | 71,950 | 100,391 |
| Wages, contract labor, benefits and taxes | 184,783 | 209,757 | 417,624 | 403,077 |
| Marketing | 32,671 | 34,353 | 64,496 | 68,673 |
| Miscellaneous | 1,524 | 3,124 | 2,091 | 8,420 |
| Professional fees | 7,121 | 9,550 | 11,897 | 18,001 |
| Repairs and maintenance | 38,309 | 77,965 | 69,540 | 130,120 |
| Rent | 231,714 | 240,906 | 471,954 | 480,810 |
| Supplies | 23,503 | 51,224 | 51,526 | 85,520 |
| Taxes | 7,076 | 9,000 | 14,540 | 20,963 |
| Utilities | 34,086 | 19,051 | 60,785 | 37,028 |
| **TOTAL OPERATING COSTS AND EXPENSES** | 2,247,919 | 2,601,092 | 4,629,758 | 5,031,676 |
| **INCOME (LOSS) FROM OPERATIONS** | (649,838) | (143,267) | (1,403,245) | 37,002 |
| **OTHER INCOME:** | | | | |
| Gain on sale - leaseback | 27,000 | 27,000 | 54,000 | 54,000 |
| **NET INCOME (LOSS)** | $ (622,838) | $ (116,267) | $ (1,349,245) | $ 91,002 |

See Accountant's Compilation Report.                4

## NEW SCHOONEBEEK DAIRY, LLC

## STATEMENTS OF CHANGES IN MEMBER'S EQUITY (DEFICIT)

| | FOR THE SIX MONTHS ENDED JUNE 30, | |
|---|---|---|
| | **2009** | **2008** |
| **MEMBER'S EQUITY, JANUARY 1,** | $ 889,564 | $ 1,485,632 |
| Prior period adjustment | (50,000) | |
| **MEMBER'S EQUITY, JANUARY 1, AS RESTATED** | 839,564 | |
| Net income (loss) | (1,349,245) | 91,002 |
| Member's withdrawals | (40,285) | (83,027) |
| **MEMBER'S EQUITY (DEFICIT), JUNE 30,** | $ (549,966) | $ 1,493,607 |

See Accountant's Compilation Report.                5

**SUPPLEMENTARY INFORMATION**

# NEW SCHOONEBEEK DAIRY, LLC
## SCHEDULE OF FEED INVENTORY
### FOR THE QUARTER ENDED JUNE 30, 2009

| | Balance at 3/31/2009 | Feed Delivered | Feed Used | Shrink | Balance at 6/30/2009 |
|---|---|---|---|---|---|
| **Haylage 3rd cutting 2008** | | | | | |
| Tons | 541 | - | 492 | 49 | - |
| Amount/ton | $ 52.77 | $ - | $ 52.77 | $ 52.77 | $ - |
| Total Dollars | $ 28,549 | $ - | $ 25,963 | $ 2,586 | $ - |
| **Haylage 4th cutting 2008** | | | | | |
| Tons | 780 | - | 709 | 71 | - |
| Amount/ton | $ 51.16 | $ - | $ 51.16 | $ 51.16 | $ - |
| Total Dollars | $ 39,901 | $ - | $ 36,269 | $ 3,632 | $ - |
| **Haylage 5th cutting 2008** | | | | | |
| Tons | 989 | - | 313 | 31 | 645 |
| Amount/ton | $ 44.85 | $ - | $ 44.85 | $ 44.85 | $ 44.85 |
| Total Dollars | $ 44,354 | $ - | $ 14,037 | $ 1,390 | $ 28,927 |
| **Straw 2008** | | | | | |
| Tons | 85 | - | 85 | - | - |
| Amount/ton | $ 116.13 | $ - | $ 116.13 | $ - | $ - |
| Total Dollars | $ 9,871 | $ - | $ 9,871 | $ - | $ - |
| **Corn Silage 2008** | | | | | |
| Tons | 16,009 | - | 5,074 | 507 | 10,428 |
| Amount/ton | $ 44.32 | $ - | $ 44.32 | $ 44.32 | $ 44.32 |
| Total Dollars | $ 709,520 | $ - | $ 224,880 | $ 22,470 | $ 462,170 |
| **Haylage 1st cutting 2009** | | | | | |
| Tons | - | 1,757 | - | - | 1,757 |
| Amount/ton | $ - | $ 41.20 | $ - | $ - | $ 41.20 |
| Total Dollars | $ - | $ 72,380 | $ - | $ - | $ 72,380 |
| **Haylage 2nd cutting 2009** | | | | | |
| Tons | - | 1,726 | - | - | 1,726 |
| Amount/ton | $ - | $ 41.20 | $ - | $ - | $ 41.20 |
| Total Dollars | $ - | $ 71,111 | $ - | $ - | $ 71,111 |
| **Totals** | $ 832,195 | $ 143,491 | $ 311,020 | $ 30,078 | $ 634,588 |

| Summary of Forages Used: | Used | Shrink | Total |
|---|---|---|---|
| Corn Silage | $ 224,880 | $ 22,470 | $ 247,350 |
| Haylage | 76,269 | 7,608 | 83,877 |
| Staw | 9,871 | | 9,871 |
| | $ 311,020 | $ 30,078 | $ 341,098 |

See Accountant's Compilation Report.          7

## NEW SCHOONEBEEK DAIRY, LLC
## SCHEDULE OF DAIRY LIVESTOCK
## FOR THE QUARTERS AND TWO QUARTERS ENDED JUNE 30, 2009

| | Beginning Balance | Purchases | Sub Total | Sales | Died | Total Cull Cows | Ending Balance |
|---|---|---|---|---|---|---|---|
| **1st Quarter (As restated)** | | | | | | | |
| Number of Cows | 1,971 | 87 | 2,058 | (101) | (54) | (155) | 1,903 |
| Average Cost | 1,923 | 1,550 | 1,907 | 1,910 | 1,910 | 1,910 | 1,907 |
| Dollar Amount | $ 3,790,233 | $ 134,850 | $ 3,925,083 | $ (192,910) | $ (103,152) | $ (296,062) | $ 3,629,021 |
| **2nd Quarter** | | | | | | | |
| Number of Cows | 1,903 | 77 | 1,980 | (125) | (57) | (182) | 1,798 |
| Average Cost | 1,907 | 1,550 | 1,893 | 1,934 | 1,934 | 1,934 | 1,889 |
| Dollar Amount | $ 3,629,021 | $ 119,350 | $ 3,748,371 | $ (241,750) | $ (110,199) | $ (351,949) | $ 3,396,422 |
| **Year to Date** | | | | | | | |
| Number of Cows | 1,971 | 164 | 2,135 | (226) | (111) | (337) | 1,798 |
| Average Cost | 1,923 | 1,550 | 1,894 | 1,923 | 1,923 | 1,923 | 1,889 |
| Dollar Amount | $ 3,790,233 | $ 254,200 | $ 4,044,433 | $ (434,660) | $ (213,351) | $ (648,011) | $ 3,396,422 |

See Accountant's Compilation Report.

**NEW SCHOONEBEEK DAIRY, LLC**
**SCHEDULE OF FEED EXPENSE**
**FOR THE QUARTER AND THE TWO QUARTERS ENDED JUNE 30, 2009**

|  | FOR THE QUARTERS ENDED | | YEAR TO DATE |
|---|---|---|---|
|  | 3/31/2009 | 6/30/2009 |  |
| **Forages Used:** |  |  |  |
| Corn Silage | $ 244,159 | $ 247,350 | $ 491,509 |
| Haylage | 101,534 | 83,877 | 185,411 |
| Staw | 34,610 | 9,871 | 44,481 |
| Alfalfa Hay | 30,000 | - | 30,000 |
| **Total Forages Used** | 410,303 | 341,098 | 751,401 |
|  |  |  |  |
| **Other Feed Purchased:** |  |  |  |
| Belstra Milling Corp. | 213,000 | 256,000 | 469,000 |
| Cargill Inc. | 42,979 | 52,572 | 95,551 |
| Land O'Lakes Purina Feed, LLC | 31,650 | 27,320 | 58,970 |
| North Central Co-op | 258,000 | 258,007 | 516,007 |
| Flach Farms | 28,735 | 37,176 | 65,911 |
| R & S Farms | 15,569 | 6,714 | 22,283 |
| Cumberland Valley | - | 354 | 354 |
| Zeeland Farm Services | - | 35,673 | 35,673 |
| **Total Other Feed Purchased** | 589,933 | 673,816 | 1,263,749 |
| **Total Feed Before Adjustments** | 1,000,236 | 1,014,914 | 2,015,150 |
|  |  |  |  |
| **Adjustments:** |  |  |  |
| Accrued Feed | 60,000 | (60,000) | - |
| Prepaid Feed | - | (15,000) | (15,000) |
| **Total Feed Expense** | $ 1,060,236 | $ 939,914 | $ 2,000,150 |
|  |  |  |  |
|  |  |  |  |
| **Per Cow Info:** |  |  |  |
| Average Dairy Cows on the Farm | 2,036 | 1,950 | 1,993 |
| Days in Quarter | 90 | 91 | 181 |
| Estimated Feed Per Cow Per Day | $ 5.79 | $ 5.30 | $ 5.54 |

See Accountant's Compilation Report.                    8

# NEW SCHOONEBEEK DAIRY, LLC
## SCHEDULE OF INCOME AND EXPENSES
### PER CWT OF MILK PRODUCED AND PER COW PER DAY

| | NEW SCHOONEBEEK DAIRY, LLC — For the three months ended March 31, 2009 (As restated) | | | NEW SCHOONEBEEK DAIRY, LLC — For the three months ended June 30, 2009 | | | NEW SCHOONEBEEK DAIRY, LLC — For the six months ended June 30, 2009 | | | NIETZKE & FAUPEL, PC — Dairy Averages - three months ended March 31, 2009 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Amount | Per CWT Produced | Per Cow Per Day | Amount | Per CWT Produced | Per Cow Per Day | Amount | Per CWT Produced | Per Cow Per Day | Amount | Per CWT Produced | Per Cow Per Day |
| Quantity of Milk in CWT | 106,064 | | | 108,902 | | | 214,966 | | | 102,018 | | |
| Average Number of Cows Milked Per Day | 1,571 | | | 1,612 | | | 1,592 | | | 1,591 | | |
| Pounds of Milk Per Cow Per Day | 75 | | | 74 | | | 75 | | | 71 | | |
| Number of Cull Cows | 155 | | | 182 | | | 337 | | | 193 | | |
| Annualized Herd Turnover Rate | 30.87% | | | 37.44% | | | 34.10% | | | 40.55% | | |
| Average Cows on Farm for the Period | 2,036 | | | 1,950 | | | 1,993 | | | 1,929 | | |
| Number of Days in Period | 90 | | | 91 | | | 181 | | | 90 | | |
| Breakeven Milk Price | $20.78 | | | $18.79 | | | $19.76 | | | $18.38 | | |
| Breakeven Milk Production Per Cow Per Day | 114 | | | 109 | | | 111 | | | 97 | | |
| **REVENUE FROM OPERATIONS:** | | | | | | | | | | | | |
| Milk | $1,452,471 | 13.69 | 7.93 | $1,396,582 | 12.82 | 7.87 | $2,849,053 | 13.25 | 7.90 | $1,373,757 | 13.47 | 7.91 |
| Livestock Revenue | 4,350 | 0.04 | 0.02 | 4,666 | 0.04 | 0.03 | 9,015 | 0.04 | 0.02 | 32,777 | 0.32 | 0.19 |
| Cull Cow Revenue | 65,680 | 0.62 | 0.36 | 29,513 | 0.27 | 0.17 | 95,193 | 0.44 | 0.26 | 79,449 | 0.78 | 0.46 |
| Other Income | 105,931 | 1.00 | 0.58 | 167,321 | 1.54 | 0.94 | 273,252 | 1.27 | 0.76 | 21,493 | 0.21 | 0.12 |
| **TOTAL REVENUE FROM OPERATIONS** | 1,628,432 | 15.35 | 8.89 | 1,598,081 | 14.67 | 9.01 | 3,226,513 | 15.00 | 8.94 | 1,507,476 | 14.78 | 8.68 |
| **OPERATING COSTS AND EXPENSES:** | | | | | | | | | | | | |
| Amortization Expense | 11,000 | 0.10 | 0.06 | 2,500 | 0.02 | 0.01 | 13,500 | 0.06 | 0.04 | 2,972 | 0.03 | 0.02 |
| Animal Health | 144,968 | 1.37 | 0.79 | 130,697 | 1.20 | 0.74 | 275,665 | 1.28 | 0.76 | 59,399 | 0.58 | 0.34 |
| Bank Charges | 2,362 | 0.02 | 0.01 | 2,576 | 0.02 | 0.01 | 4,938 | 0.02 | 0.01 | 1,383 | 0.01 | 0.01 |
| Bedding | 19,810 | 0.19 | 0.11 | 28,358 | 0.26 | 0.16 | 48,168 | 0.22 | 0.13 | 18,265 | 0.18 | 0.11 |
| Breeding Expense | 22,340 | 0.21 | 0.12 | 11,563 | 0.11 | 0.07 | 33,903 | 0.16 | 0.09 | 14,803 | 0.15 | 0.09 |
| Cull Cow Expense | 296,062 | 2.79 | 1.62 | 351,949 | 3.23 | 1.98 | 648,011 | 3.01 | 1.80 | 365,838 | 3.59 | 2.11 |
| Custom Hire, Manure Hauling & Other | 57,120 | 0.54 | 0.31 | 52,772 | 0.48 | 0.30 | 109,892 | 0.51 | 0.30 | 38,014 | 0.37 | 0.22 |
| Depreciation | 52,000 | 0.49 | 0.28 | 52,000 | 0.48 | 0.29 | 104,000 | 0.48 | 0.29 | 117,459 | 1.15 | 0.68 |
| Feed Expense | 1,060,286 | 9.99 | 5.79 | 939,914 | 8.63 | 5.30 | 2,000,150 | 9.30 | 5.54 | 842,561 | 8.26 | 4.85 |
| Fuel | 38,025 | 0.36 | 0.21 | 40,013 | 0.37 | 0.23 | 78,038 | 0.36 | 0.22 | 26,750 | 0.26 | 0.15 |
| Hauling - Milk | 26,074 | 0.25 | 0.14 | 27,224 | 0.25 | 0.15 | 53,308 | 0.25 | 0.15 | 39,246 | 0.38 | 0.23 |
| Insurance | 13,865 | 0.13 | 0.08 | 9,917 | 0.09 | 0.06 | 23,782 | 0.11 | 0.07 | 11,759 | 0.12 | 0.07 |
| Interest Expense | 34,311 | 0.32 | 0.19 | 37,639 | 0.35 | 0.21 | 71,950 | 0.33 | 0.20 | 82,355 | 0.81 | 0.47 |
| Wages, Contract Labor, Benefits & Taxes | 232,841 | 2.19 | 1.27 | 184,783 | 1.70 | 1.04 | 417,624 | 1.94 | 1.16 | 172,355 | 1.69 | 0.99 |
| Marketing | 31,825 | 0.30 | 0.17 | 32,671 | 0.30 | 0.18 | 64,496 | 0.30 | 0.18 | 27,354 | 0.27 | 0.16 |
| Miscellaneous | 567 | 0.01 | - | 1,524 | 0.01 | 0.01 | 2,091 | 0.01 | 0.01 | 2,717 | 0.03 | 0.02 |
| Professional Fees | 4,776 | 0.05 | 0.03 | 7,121 | 0.07 | 0.04 | 11,897 | 0.06 | 0.03 | 11,716 | 0.11 | 0.07 |
| Repairs & Maintenance | 31,231 | 0.29 | 0.17 | 38,309 | 0.35 | 0.22 | 69,540 | 0.32 | 0.19 | 36,799 | 0.36 | 0.21 |
| Rent & Lease Expense | 240,240 | 2.26 | 1.31 | 231,714 | 2.13 | 1.31 | 471,954 | 2.20 | 1.31 | 52,792 | 0.52 | 0.30 |
| Supplies | 28,023 | 0.26 | 0.15 | 23,503 | 0.22 | 0.13 | 51,526 | 0.24 | 0.14 | 51,208 | 0.50 | 0.29 |
| Taxes - Property & License Fees | 7,464 | 0.07 | 0.04 | 7,076 | 0.06 | 0.04 | 14,540 | 0.07 | 0.04 | 7,205 | 0.07 | 0.04 |
| Utilities | 26,699 | 0.25 | 0.15 | 34,086 | 0.31 | 0.19 | 60,785 | 0.28 | 0.17 | 25,988 | 0.25 | 0.15 |
| **TOTAL OPERATING COSTS AND EXPENSES** | 2,381,839 | 22.44 | 13.00 | 2,247,919 | 20.64 | 12.67 | 4,629,758 | 21.51 | 12.83 | 2,009,208 | 19.69 | 11.58 |
| **(LOSS) FROM OPERATIONS** | $(753,407) | (7.09) | (4.11) | $(649,838) | (5.97) | (3.66) | $(1,403,245) | (6.51) | (3.89) | $(501,732) | (4.91) | (2.90) |

**Exhibit D** - [Most Recently Filed Postpetition Operating Report][Summary of Postpetition Operating Reports]

| | Dec-09 | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 |
|---|---|---|---|---|---|---|
| **Income:** | | | | | | |
| Milk | $568,927.00 | $514,203.00 | $504,876.00 | $517,197.00 | $528,874.00 | |
| Livestock revenue | $1,920.00 | $0.00 | $0.00 | $4,065.00 | $9,825.00 | |
| Cull cow revenue | $13,028.00 | $19,915.00 | $9,693.00 | $12,664.00 | $14,569.00 | |
| Gain on sale - Leaseback | | $9,000.00 | $9,000.00 | $0.00 | $0.00 | |
| Other income | $113,838.00 | $28,000.00 | $29,430.00 | $29,300.00 | $29,312.00 | |
| | | | | | | |
| Total Income | $697,713.00 | $571,118.00 | $552,999.00 | $563,226.00 | $582,580.00 | $649,319.00 |
| | | | | | | |
| **Expenses:** | | | | | | |
| Amortization expense | $851.00 | $500.00 | $500.00 | $500.00 | $500.00 | $0.00 |
| Animal health | $51,292.00 | $45,485.00 | $33,629.00 | $49,288.00 | $46,834.00 | $51,238.00 |
| Bank charges | $192.00 | $1,631.00 | $1,474.00 | $1,538.00 | $711.00 | $1,303.00 |
| Bedding | $7,377.00 | $6,378.00 | $5,644.00 | $7,329.00 | $3,549.00 | $8,067.00 |
| Breeding | $3,720.00 | $4,900.00 | $5,000.00 | $4,100.00 | $6,520.00 | $4,184.00 |
| Cull cow expense | $0.00 | $52,651.00 | $44,936.00 | $0.00 | $0.00 | $0.00 |
| Custom hire, manure hauling & other | $46,578.00 | $5,935.00 | $13,373.00 | $3,924.00 | $0.00 | $0.00 |
| Depreciation | $169,142.00 | $18,000.00 | $18,000.00 | $105,000.00 | $105,000.00 | $105,500.00 |
| Feed | $247,052.00 | $290,536.00 | $262,093.00 | $286,127.00 | $249,234.00 | $238,101.00 |
| Fuel | $12,794.00 | $15,005.00 | $19,685.00 | $11,907.00 | $12,196.00 | $12,017.00 |
| Hauling and trucking | $8,628.00 | $8,227.00 | $7,692.00 | $7,692.00 | $8,698.00 | $8,782.00 |
| Insurance | $9,033.00 | $0.00 | $0.00 | $2,446.00 | $14,384.00 | $2,941.00 |
| Interest | $11,815.00 | $15,378.00 | $13,726.00 | $10,323.00 | $10,915.00 | $11,148.00 |
| Legal/Accounting Expenses | $0.00 | $6,500.00 | $0.00 | $0.00 | $6,500.00 | $8,435.00 |
| Wages, contract labor, benefits & taxes | $69,651.00 | $73,292.00 | $65,513.00 | $63,341.00 | $76,937.00 | $64,772.00 |
| Marketing | $12,996.00 | $9,154.00 | $8,626.00 | $11,501.00 | $12,852.00 | $12,728.00 |
| Miscellaneous | $754.00 | $25.00 | $157.00 | $233.00 | $60.00 | $285.00 |
| Professional fees | $4,045.00 | $1,750.00 | $1,695.00 | $5,547.00 | $2,750.00 | $807.00 |
| Repairs and maintenance | $19,482.00 | $19,068.00 | $8,725.00 | $6,626.00 | $11,999.00 | $11,237.00 |
| Rent | $40,000.00 | $51,014.00 | $50,526.00 | $56,157.00 | $40,991.00 | $42,672.00 |
| Supplies | $6,416.00 | $5,686.00 | $7,551.00 | $7,250.00 | $5,393.00 | $7,534.00 |
| Taxes | $0.00 | $0.00 | $0.00 | $665.00 | $0.00 | $11,424.00 |
| Utilities | $11,674.00 | $5,793.00 | $7,279.00 | $6,885.00 | $537.00 | $18,179.00 |
| | | | | | | |
| Total Expenses | $733,492.00 | $636,908.00 | $575,824.00 | $648,379.00 | $616,560.00 | $621,354.00 |



**U.S. Department of Justice**

_United States Trustee, Region 10_
_Central & Southern Districts of Illinois_
_Northern & Southern Districts of Indiana_

_555 One Michiana Square Bldg._          _574/236-8105_
_100 East Wayne Street_                    _FAX 574/236-8163_
_South Bend, Indiana 46601_

Office of the United States Trustee - Region 10
South Bend, Indiana

Monthly Report
for
Debtors-in-Possession and Chapter 11 Trustees

Each month all Chapter 11 debtors must file two copies of this report with the Bankruptcy Clerk. The report must be filed with the attached reports identified below, ready for distribution to the U.S. Trustee no later than the 15th day of the month following the end of the calendar month covered by this report.

Debtor Name: _New Schoonebeek Dairy IIC_ For the month ended: _May 2010_

Case Number: _09-34327_          Date Bankruptcy filed: _Sept 8 2009_

| Required Documents: | Attached | Previously Submitted |
|---|---|---|
| 1. Monthly Income Statement (P&L) | X | ___ |
| 2. Monthly Cash Flow Report (CF; 3 pages) | X | ___ |
| 3. Statement of Operations | X | ___ |
| 4. Other reports/documents as required by the U.S. Trustee | X | ___ |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying reports is complete, true and correct to the best of my knowledge, information, and belief.

By _Harry Bekel_          Dated: _6/16/2010_

_Owner_ (Title) Debtor's telephone number _260-571-3940_

Reports prepared by: _Laura / Harry Bekel   Accountant/Owner_
(Name)                        (Title)



**U.S. Department of Justice**

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

555 One Michiana Square Bldg.
100 East Wayne Street
South Bend, Indiana 46601

574/236-8105
FAX 574/236-8163

## Office of the United States Trustee – Region 10
## South Bend, Indiana

### Statement of Operations
for the Month ended ___Oct 09___

Debtor Name: _New Schoonebeek Dairy, LLC._

Case Number: ___09-34327___

1. What efforts have been made toward the presentation of a plan to creditors?
Make updated budget ~~with~~ Plan is ready to present.

2. Has the Debtor in possession made any payments on the pre-petition unsecured debt since the filing of the bankruptcy?

   ___X___ NO

   _____ YES; If yes, then identify to whom the payment was made, the date paid, and the amount(s).

3. Provide a brief narrative covering any significant events which occurred this past month.

4. List the face value of accounts receivable as of the date that the bankruptcy was filed: $_____
What amount of these receivables is considered uncollectible? $_____.

5. If assets have been sold this month in other than the ordinary course of business, provide the following information:

   a.   assets(s) sold _____

   b.   date of sale _____

   c.   sales price _____

   d.   net amount received _____

Oprept REV.September 3, 1992

Page 1 of 2

6.     List payments made to principals, executives, or insiders (this includes draws or cash withdrawals by individuals or partners, dividends, lease payments on property owned by insider, loans, gross salaries, etc.)

| Payee Name | Position | Amount | Explanation |
|------------|----------|--------|-------------|
|            |          |        |             |
|            |          |        |             |
|            |          |        |             |

7.     Schedule of insurance coverage.

| Type of Policy | Expiration Date |
|----------------|-----------------|
| Same from last month. | Same |
|                |                 |

Has any insurance coverage either been reduced or allowed to lapse during this month?  If so, explain what changes have taken place.
  No.

If any insurance coverage will expire within 60 days from this report, explain what steps are being taken to renew existing policies or to acquire new insurance coverage.  Provide the United States Trustee with a new certificate.

8.     Schedule of changes in personnel.

|    |                                                              | Full Time | Part Time |
|----|--------------------------------------------------------------|-----------|-----------|
| a. | Total number of employees at beginning of this period.       | 20        | 2         |
| b. | Number hired during this period.                             | ←2        |           |
| c. | Number (terminated) or resigned.                             | ←2        |           |
| d. | Total number of employees on payroll at the end of this period. | 20     | 2         |

Oprept REV.September 3, 1992

Page 2 of 2

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended May 31, 2010

## STATUS OF TAXES

| | BEGINNING "TAX LIABILITY | AMOUNT WITH-HELD OR ACCURED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| **withholding | 130.00 | 134.00 | 164.00 | 104.00 |
| **FICA-employee | 1507.80 | 3299.21 | 3151.90 | 1715.11 |
| **FICA-employee | 1507.90 | 3299.21 | 3151.90 | 1715.11 |
| unemployment | | | | |
| income | | | | |
| other - list | | | | |
| a. Subtotal | 3271.72 | 6733.42 | 6469.92 | 3534.22 |
| **STATE AND LOCAL** | | | | |
| withholding | 6006.20 | 2561.78 | 2328.37 | 6238.61 |
| sales | | | | |
| excise | | | | |
| unemployment | | | | |
| other | | | | |
| real property | | | | |
| personal property | | | | |
| other - list | | | | |
| b. Subtotal | 6006.20 | 2561.78 | 2328.37 | 6238.61 |

TOTAL TAXES PAID - from a. & b. above    8790    (this sum is to be listed on page 1, see tax payments)

Explain the reason for any past due post-petition taxes:

_____

*the beginning tax liability should represent the liability from the prior month or, if this is the first operating report, this should be zero

**Attach photocopies of IRS Form 6123 of your FTD coupon and payment receipt to verify payments or deposits.

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended __May 31, 2010__

Debtor Name __New Schoonbeek Dairy, LLC__

Case Number _____

Reconciled bank balance and cash on hand from last month                    41,041
(If this is the first report, insert the cash balance as of the
petition date.)

**CASH RECEIPTS**                                            (07,687
    from cash sales/receipts
    from collection of pre-petition receivables
    from collection of post-petition receivables
    from loans
    from contributions to capital or from gifts
    other receipts (itemize on a separate sheet)               (07,687
        TOTAL RECEIPTS (Do not include beginning
                     bank balance)

**CASH DISBURSEMENTS**
    inventory purchases                                        33600
    net payments to officers/owners                            5000
    net payments to other employees                            58477
    rent payments                                              42672
    lease payments
    mortgage or note payments                                  19,591
    adequate protection payments
    insurance                                                  2941
    utilities/telephone                                        1817 9
    tax payments                                               8798
    supplies                                                   7555
    outside labor
    travel/entertainment
    payments to attorneys                                      7260
    payments to accountants                                    1175
    payments to other professionals                           807
    U.S. Trustee Quarterly Fee
    other expenses (itemize on separate sheet                  370,514
        TOTAL DISBURSEMENTS                            573,849

    NET CASH FLOW (Total Receipts minus Total Disbursements)  33,838

Bank Balance and cash on hand at the end of the month                        75,479
(beginning balance + cash receipts - cash disbursements)
*    This figure is the actual cash paid, i.e. gross payroll
            less taxes withheld
**  This figure comes from page 2 of this form
*** Attach a copy of the court order authorizing such payments

## New Schoonebeek Dairy, LLC
### Monthly Cash Flow Report - Detail of Other Expenses

| Other Expenses: | May |
|---|---|
| Animal health | 51,238 |
| Bank charges | 1,303 |
| Bedding | 8,067 |
| Breeding | 4,184 |
| Custom hire | - |
| Feed | 236,101 |
| Fuel | 12,017 |
| Milk hauling | 8,782 |
| Interest | 11,148 |
| Marketing | 12,728 |
| Misc | 285 |
| Repairs | 11,237 |
| Other taxes | 11,424 |
| $ | 370,514 |

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY INCOME STATEMENT

As of May 31, 2010

**Debtor Name** New Schoonebeek Dairy, LLC

**Case Number**

| | | CURRENT MONTH | YEAR TO DATE |
|---|---|---|---|
| **INCOME** | | | |
| | Gross Receipts or Sales | 649,319 | 2,917,637 |
| | less: returns or allowances | | |
| | **Cost of Goods** | | |
| | Beginning Inventory | | |
| | Purchases | | |
| | Other Costs (list) | | |
| | less: ending inventory | | |
| | Cost of Goods Sold | | |
| | Gross Profit | | |
| | Interest | | |
| | Rents | | |
| | Gain (Loss) from sale of property | | |
| | Other Income | 649,319 | 2,917,637 |
| | Total Income | | |

**GENERAL AND ADMINISTRATIVE EXPENSES**

| | | | |
|---|---|---|---|
| Compensation of Officers | | 64,777 | 337,110 |
| Salaries & Wages | | 11,337 | 58,028 |
| Repairs & Maintenance | | 7,534 | 30,784 |
| Supplies | | | |
| Bad Debts | | 42,612 | 184,319 |
| Rents | | | |
| Payroll Taxes | | 11,424 | 12,114 |
| Other Taxes | | 11,148 | 55,805 |
| Interest Expense | | 105,500 | 577,500 |
| Depreciation | | 2,941 | 22,868 |
| Insurance | | | |
| Travel & Entertainment | | 18,179 | 38,673 |
| Utilities & Telephone | | 9,242 | 32,409 |
| Professional & Legal | | 336,705 | 1,655,061 |
| Other Expenses (Attach Schedule) | | 621,364 | 2,960,201 |
| Total Expenses | | | |
| Net Profit (Loss) | | 27,965 | (42,572) |

## New Schoonebeek Dairy, LLC
### Monthly Income Statement - Detail of Other Expenses

| Other Expenses: | May | YTD |
|---|---|---|
| Animal Health | 51,238 | 231,972 |
| Bank charges | 1,303 | 6,657 |
| Bedding | 8,067 | 32,751 |
| Breeding | 4,184 | 23,004 |
| Custom Hire | - | 20,685 |
| Feed | 238,101 | 1,166,919 |
| Fuel | 12,017 | 67,532 |
| Milk Hauling | 8,782 | 42,194 |
| Marketing | 12,728 | 62,587 |
| Misc | 285 | 760 |
| | $ 336,705 | $ 1,655,061 |

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to:

Nancy J. Gargula
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2349

Alex Edgar
100 E Wayne Street
One Michiana Square
RM 555
South Bend, IN 46601

by first-class mail, postage fully prepaid on this the 21st day of June, 2010.

R. William Jonas, Jr. (5025-71)

## Miscellaneous:

<u>09-34327-hcd New Schoonebeek Dairy, LLC</u>

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 3 (South Bend Division) |
| Assets: y | Judge: hcd | Case Flag: PlnDue, DsclsDue, NTCAPR |

### U.S. Bankruptcy Court

### Northern District of Indiana

Notice of Electronic Filing

The following transaction was received from R. William Jonas entered on 6/21/2010 at 8:13 AM EDT and filed on 6/21/2010

**Case Name:**      New Schoonebeek Dairy, LLC
**Case Number:**    <u>09-34327-hcd</u>
**Document Number:** <u>129</u>

**Docket Text:**
Cash Flow Statement for period from May 1, 2010 to May 31, 2010 Filed by Debtor New Schoonebeek Dairy, LLC (Jonas, R.)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**DOC062110.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1006806559 [Date=6/21/2010] [FileNumber=14196926-0] [a830f79a4039ba08c963be6a91a3abddbc8585f71b453b42a2adcd9adc94ff05dc 213c9c2719c54f6084dad04f4bad33751c08799cd8ceb66d02aba90c417424]]

**09-34327-hcd Notice will be electronically mailed to:**

W. David Arnold on behalf of Creditor Bekel Leasing, LLC
darnold@rcolaw.com

Matthew J. Connelly on behalf of Creditor North Central Cooperative
lsavitz@bcjslaw.com

Alexander L. Edgar on behalf of U.S. Trustee Nancy Gargula
Alexander.L.Edgar@usdoj.gov

Nancy J. Gargula
USTPRegion10.SO.ECF@usdoj.gov

R. William Jonas on behalf of Debtor New Schoonebeek Dairy, LLC          49
rwj.haj@sbcglobal.net, krh.haj@sbcglobal.net

Jay P. Kennedy on behalf of Creditor Rabo Agrifinance, Inc.
jpk@kgrlaw.com

Douglas C. Lehman on behalf of Creditor Pleasant Home Farm, Inc.
doug@lehmanlaw.net

Stephen L. Wilson on behalf of Creditor First Farmers Bank & Trust
stephen.wilson@ffbt.com

**09-34327-hcd Notice will not be electronically mailed to:**

Stan Bertsch
DeLaval Direct
Branch Manager of Indiana
4300 E. 100 N. Dustman Rd
Bluffton, IN 46714

James Earl Derck
LaFontaine Gravel, Inc.
212 W. Kendall
LaFontaine, IN 46940

Barry Eppley, President
Pleasant Home Farm, Inc.
711 W. St. Rd. 124
Wabash, IN 46992

Hammerschmidt, Amaral & Jonas on behalf of Debtor New Schoonebeek Dairy, LLC
137 N. Michigan St.
South Bend, IN 46601

Linda E. Kobliska on behalf of Creditor Rabo Agrifinance, Inc.
P.O. Box 668
Cedar Falls, IA 50613

Michael S. Messenger on behalf of Creditor Bekel Leasing, LLC
Robison, Curphey & O'Connell
Four Seagate, Ninth Floor
Toledo, OH 43604

### Exhibit E – Liquidation Analysis

***Plan Proponent's Estimated Liquidation Value of Assets***

**Assets**

| | | | |
|---|---|---|---|
| a. | Cash on hand | $ | 41,641.00 |
| b. | Accounts receivable | $ | |
| c. | Inventory | $ | 7,467,941.00 |
| d. | Office furniture & equipment | $ | |
| e. | Machinery & equipment | $ | 1,125,234.00 |
| f. | Automobiles | $ | |
| g. | Buildings & Leasehold improvements | $ | 174,338.00 |
| h. | Customer list | $ | |
| i. | Investment property (such as stocks, bonds or other financial assets) | $ | 163,058.00 |
| j. | Lawsuits or other claims against third-parties | $ | |
| k. | Other intangibles (such as avoiding powers actions) | $ | 3,358.00 |

   ***Total Assets at Liquidation Value***   **$ 8,975,570.00**

**Less:**
Secured creditors' recoveries     **$ 3,305,576.10**

**Less:**
Chapter 7 trustee fees and expenses   $ 15,000.00

**Less:**
Chapter 11 administrative expenses   $ 125,000.00

**Less:**
Priority claims, excluding administrative expense claims  $ 0.00

**[Less:**
Debtor's claimed exemptions]     $ 0.00

(1) Balance for unsecured claims    $ 0.00

(2) Total dollar amount of unsecured claims  $ 247,000.00

***Percentage of Claims Which Unsecured Creditors Would Receive Or Retain in a Chapter 7 Liquidation:***  0%  [Divide (1) by (2)]

***Percentage of Claims Which Unsecured Creditors Will Receive or Retain under the Plan:***  10%

**Exhibit F** – Cash on hand on the effective date of the Plan

| | |
|---|---|
| **Cash on hand on effective date of the Plan:** | $ 45,000.00 |
| *Less* B<br><br>Amount of administrative expenses payable on effective date of the Plan | - 10,000.00 |
| Amount of statutory costs and charges | - |
| Amount of cure payments for executory contracts | - 30,000.00 |
| Other Plan Payments due on effective date of the Plan | - |
| Balance after paying these amounts............... | $  5,000.00 |

The sources of the cash Debtor will have on hand by the effective date of the Plan are estimated as follows:

| | |
|---|---|
| $  5,000.00 | Cash in Debtor's bank account now |
| +  40,000.00 | Additional cash Debtor will accumulate from net earnings between now and effective date of the Plan [state the basis for such projections] |
| +  0.00 | Borrowing [separately state terms of repayment] |
| +  0.00 | Capital Contributions |
| + | Other |
| $  45,000.00 | Total [This number should match "cash on hand" figure noted above |

**Exhibit G** B  Projections of Cash Flow and Earnings for Post-Confirmation Period

**6/28 Update 2010**

Golden Cresting Corporation
Weekly Cash Flow Detail

|  | Jan. | | | | | Febr. | | | | March. | | | | April. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | 1/1 | 1/8 | 1/15 | 1/22 | 1/29 | 2/5 | 2/12 | 2/19 | 2/25 | 3/4 | 3/11 | 3/18 | 3/25 | 4/2 | 4/9 | 4/16 | 4/23 |
| Beginning Cash Balance | 52,026 | 56,639 | 45,097 | 28,601 | 13,216 | (27,443) | (7,714) | (21,206) | (52,860) | (61,705) | (27,985) | (39,735) | (43,626) | (49,626) | (23,824) | (56,240) | 4/23 |
| **Collections / Sources of Funds** | | | | | | | | | | | | | | | | | |
| Interim DFA payments | 78,843 | 90,408 | 88,277 | 68,485 | 55,611 | 79,679 | 88,708 | 84,318 | 78,985 | 91,272 | 79,054 | 84,895 | 84,900 | 67,000 | 64,800 | 64,800 | |
| True-Up DFA Payments | | | 151,057 | | | | | 102,000 | | | | 156,500 | | | | 181,000 | |
| Calves | | | 1,620 | | 1,450 | 1,450 | | 1,450 | | 940 | | | | | | 1,900 | |
| Cull Cows Sold | | 4,800 | 4,318 | 3,000 | 3,000 | 3,000 | 3,000 | 2,600 | 2,500 | 3,000 | 2,000 | 3,000 | 2,000 | 4,000 | 1,200 | 3,800 | |
| Other | 28,000 | | | | 1,480 | 28,000 | | | 1,450 | 28,200 | | | | 28,000 | | | |
| Total | 106,669 | 151,547 | 290,557 | 100,056 | 63,307 | 84,086 | 91,994 | 188,582 | 85,385 | 61,507 | 53,085 | 204,660 | 117,682 | 55,372 | 42,178 | 195,290 | |
| **Expenses / Uses of Cash:** | | | | | | | | | | | | | | | | | |
| Animal Health | 10,000 | 10,000 | 10,000 | 10,000 | 6,000 | 9,000 | 9,000 | 9,000 | 9,500 | 9,000 | 13,000 | 13,500 | 13,000 | 10,000 | 9,000 | 10,000 | |
| Bank Charge | | | 250 | | 1,350 | | | | 1,500 | | | | 500 | 500 | | 500 | |
| Bedding | | | 2,500 | 3,500 | 1,500 | 2,000 | 2,000 | 1,400 | 2,000 | 1,750 | 1,700 | 2,250 | 1,750 | 2,000 | 2,250 | 2,000 | |
| Breeding | 1,000 | 1,000 | 1,000 | 750 | 750 | 1,250 | 1,250 | 1,250 | 1,300 | 1,000 | 1,000 | 1,000 | 500 | 1,500 | 1,750 | 1,500 | |
| Cull Cow Expense | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | 16,800 | | | | 17,400 | 12,500 | 7,000 | 7,500 | 10,000 | |
| Custom Hire | 2,000 | 1,500 | 1,500 | 1,000 | 1,000 | 2,000 | 2,000 | 2,000 | 1,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,750 | 2,000 | 1,750 | |
| Feed | 42,500 | 42,500 | 42,500 | 42,500 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 46,000 | 42,000 | 42,000 | 42,000 | 40,000 | 40,000 | 40,000 | |
| Fuel | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 4,500 | 4,500 | 4,500 | 3,000 | 2,500 | 3,000 | 3,250 | 3,250 | 2,500 | 2,500 | 2,500 | |
| Hauling & Trucking | | | | | | | | | | | | | | | | | |
| Insurance | 1,430 | | 2,650 | | 3,500 | | | 4,215 | | 5,880 | | | 4,200 | | | | |
| Salaries, wages & benefits | 24,000 | | 27,000 | | 19,000 | 6,500 | 19,000 | 5,000 | 20,800 | 5,946 | 19,000 | 5,000 | 18,000 | 5,946 | 18,500 | 8,000 | |
| Marketing | | | | | | | | | | | | | | | | | |
| Rent | 2,000 | | 50,000 | | | 4,000 | | 53,000 | | 2,250 | 1,150 | 1,150 | 50,065 | 2,250 | 1,150 | 38,000 | |
| Supplies | 1,000 | 1,000 | 1,000 | 1,000 | 1,100 | 1,350 | 1,350 | 1,350 | 1,450 | 1,750 | 1,750 | 1,750 | 1,750 | 1,500 | 1,250 | 1,250 | |
| Utilities | 500 | | 5,425 | 1,500 | 8,500 | | | 2,500 | 6,000 | | 3,000 | | 5,500 | | | | |
| repair/maintenance | 4,000 | 3,500 | 3,000 | 2,500 | 2,500 | 3,500 | 3,600 | 3,000 | 3,100 | 3,500 | 3,000 | 3,000 | 2,500 | 2,500 | 2,500 | 2,500 | |
| Pasture Home Farm | | | | | | | | 22,000 | | 10,000 | | 33,000 | | | 6,016 | 30,000 | |
| Taxes | 3,500 | 2,250 | 3,300 | 3,300 | 3,250 | | 3,300 | 3,000 | 3,300 | | 3,200 | | 3,500 | | 4,000 | | 3,750 |
| Other | 500 | 25,000 | 500 | | | 500 | | 3,000 | 4,000 | | | 1,750 | | 1,750 | | 6,500 | |
| Total | 112,030 | 106,550 | 205,601 | 86,850 | 110,750 | 92,400 | 103,200 | 170,019 | 98,650 | 89,496 | 92,800 | 126,050 | 151,290 | 79,196 | 98,416 | 150,000 | |
| **Net Cash Balance Before (Borrowing) / Paydown** | 56,639 | 45,097 | 84,966 | 28,601 | 13,216 | (27,443) | (21,206) | (1,457) | (61,705) | (61,705) | (27,985) | 76,610 | (43,626) | (23,824) | (56,240) | 45,280 | (28,640) |
| Draw / (Paydown) on Line | - | - | 10,000 | - | - | - | | 10,000 | | | | 10,000 | | | | | |
| Herd Note | | | 11,665 | | | | | 11,681 | | | | 10,324 | | | | 10,000 | |
| Working Cap Note | | | 33,000 | | | | | 29,912 | | | | 25,524 | | | | 41,500 | |
| Total | | | 58,285 | | | | | 51,523 | | | | 45,848 | | | | 51,500 | |
| | 56,639 | 45,097 | 28,601 | 13,216 | (27,443) | (7,714) | (21,206) | (52,860) | (61,705) | (27,985) | (39,735) | 30,782 | (43,626) | (23,824) | (56,240) | (8,249) | (22,840) |

Case 09:84327-lbd   Doc 782   Filed 05/28/10   Page 54 of 57

Handwritten column notes across top:

- **May. 3.1 milij H** / $485,000
- **June 3milij pounds** / (475 cows)(1 pv 3pdays) / estimated $16.50/100th / $1/80,000 total / Ind Final Paym 7/16 (2010)
- **6/20 Update** / $485,000 total
- **July $16.50/100wt 3milij pounds** / (475 cows x7 p x 3 days) / $485,000 total Payment / Ind final paym 8/15 $485,000)
- **Aug 3.1milij Pound** / Sr* estimated / (475 x 72 x 3)* / $485,000 total $135,000 fu / Ind final Sept 15

**Golden Casting Corporation — Weekly Cash Flow Detail**

| | 4/30 | 5/7 | 5/14 | 5/21 | 5/28 | 6/4 | 6/11 | 6/18 | 6/25 | 7/2 | 7/9 | 7/16 | 7/23 | 7/30 | 8/6 | 8/13 | 8/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | (22,840) | (13,969) | (21,459) | 64,761 | (7,297) | (22,147) | (12,729) | 5,977 | 4,677 | (203) | (3,399) | (324) | 12,567 | (1,533) | (4,433) | 5,687 | 5,567 |
| **Collections / Sources of Fund** | | | | | | | | | | | | | | | | | |
| Martin DFA Payments | 70,500 | 92,500 | 98,600 | 88,900 | 94,400 | 85,200 | 88,100 | 87,100 | 85,000 | 65,000 | 85,000 | 65,000 | 70,000 | 70,000 | 90,000 | 90,000 | 90,000 |
| True-Up DFA Payments | | | 145,000 | | | | | 112,000 | | | | 135,000 | | | | 145,000 | |
| Calves | 5,000 | | 1,870 | 7,000 | 7,000 | | | 1,900 | | | 6,325 | 1,780 | | | | | |
| Cull Cows Sold | 4,200 | 4,000 | 6,500 | 7,000 | 8,500 | 2,000 | 2,000 | 1,500 | 1,000 | 1,500 | 2,000 | 1,200 | 3,500 | 4,000 | 6,500 | 2,500 | |
| Other | | 28,000 | | | | 28,000 | | | | 28,000 | | | | 28,000 | 2,380 | 3,500 | |
| Total | 56,880 | 111,310 | 230,511 | 160,661 | 102,603 | 93,063 | 77,377 | 208,477 | 90,077 | 94,287 | 69,926 | 202,688 | 85,867 | 100,467 | 94,557 | 243,187 | |
| **Expenses / Uses of Cash** | | | | | | | | | | | | | | | | | |
| Animal Health | 9,000 | 8,500 | 9,000 | 8,500 | 9,000 | 8,590 | 8,090 | 9,000 | 8,500 | 9,000 | 9,000 | 10,000 | 10,000 | 8,750 | 11,000 | 11,000 | 11,000 |
| Bank Charge | | 500 | | | 500 | 500 | | | 500 | | | | | | | 1,500 | 1,500 |
| Bedding | 2,000 | 1,750 | 2,000 | 1,750 | 2,000 | 2,000 | 2,000 | 1,750 | 3,000 | 2,000 | 2,000 | 1,500 | 2,000 | 1,500 | 2,000 | 1,500 | 1,500 |
| Breeding | 1,500 | 1,750 | 1,750 | 1,500 | 1,300 | 1,760 | 1,750 | 1,500 | 1,500 | 1,750 | 1,500 | 1,590 | 1,750 | 1,750 | 1,500 | 1,500 | 1,500 |
| Cull Cow Expense | | | 36,000 | 35,000 | 34,300 | 9,800 | 5,000 | 10,000 | 5,000 | 5,000 | 5,000 | 33,000 | 10,000 | 15,000 | 15,000 | 25,000 | 25,000 |
| Custom Hire | 1,750 | 1,500 | 1,750 | 1,500 | 1,750 | 2,000 | 2,000 | 2,000 | 2,000 | 1,750 | 2,000 | 2,000 | 2,000 | 1,750 | 1,000 | 1,000 | 1,000 |
| Feed | 40,650 | 42,000 | 42,000 | 42,000 | 42,000 | 43,000 | 43,000 | 43,000 | 43,000 | 42,000 | 44,000 | 44,000 | 44,000 | 42,000 | 44,000 | 42,000 | 42,000 |
| Fuel | 2,250 | 2,500 | 2,500 | 2,750 | 2,250 | 2,750 | 2,500 | 2,250 | 2,500 | 2,250 | 2,000 | 2,250 | 2,500 | 2,250 | 2,000 | 2,250 | 2,500 |
| Hauling & Trucking | 4,219 | | | | | | | | | | | 4,219 | | | | | |
| Insurance | 24,500 | 24,500 | | 24,500 | | 23,846 | 24,500 | 24,500 | 1,430 | 23,946 | | 25,000 | | 18,000 | | 18,000 | 18,000 |
| Salaries, wages & benefits | | | | | | | | | | | | 38,000 | | | 8,000 | | |
| Marketing | | | | | | | | | | | | | | 5,580 | | | |
| Rent | 1,250 | 2,250 | 36,000 | 1,150 | 1,150 | 2,250 | 1,150 | 36,000 | | 2,250 | 1,250 | 36,000 | 1,150 | 1,159 | 3,150 | 52,000 | 52,000 |
| Supplies | 1,580 | 1,580 | 1,750 | 1,500 | 1,750 | 1,500 | 1,750 | 1,500 | 1,750 | 1,750 | 1,500 | 1,750 | 1,750 | 1,500 | 1,500 | 1,500 | 1,500 |
| Utilities | 8,200 | | | | 10,000 | | | | 9,500 | | | | 10,500 | | | | |
| Repairs/maintenance | 2,250 | 3,000 | | 3,000 | 2,250 | 2,500 | 2,500 | 2,500 | 2,500 | 2,000 | 2,000 | 2,000 | 1,750 | 1,750 | 1,750 | 1,500 | 1,500 |
| Pleasant Home Farm | | | | 41,308 | | | | 35,000 | | | | 3,500 | | | | | |
| Taxes | 1,750 | 4,000 | | 3,500 | 11,500 | 4,080 | 1,750 | 3,550 | | 4,000 | | 6,500 | 4,000 | 4,000 | 1,750 | 3,500 | 3,500 |
| Other | | | | | | | | | | | | 6,500 | | | | | |
| Total | 69,254 | 132,869 | 134,750 | 167,958 | 124,750 | 105,776 | 71,400 | 172,500 | 91,180 | 97,696 | 70,250 | 173,219 | 87,400 | 104,900 | 88,000 | 163,793 | 163,793 |
| **Net Cash Balance Before (Borrowing) / Paydown** | (13,969) | (21,459) | 95,761 | (7,297) | (22,147) | (12,729) | 5,977 | 35,977 | 91,180 | (3,399) | (324) | 29,417 | (1,533) | (4,433) | 5,687 | 79,417 | 79,417 |
| **Draw / (Paydown) on Line:** | | | | | | | | | | | | | | | | | |
| Herd Note | | 10,000 | 10,000 | | | | | 18,000 | | | | | | | | | |
| Working Cap Note | | 21,000 | 21,000 | | | | | 21,000 | | | | 18,850 | | | | 16,850 | 16,850 |
| Total | (13,969) | (21,459) | 64,761 | (7,297) | (22,147) | (12,729) | 5,977 | 4,677 | (203) | (3,399) | (324) | 12,567 | (1,533) | (4,433) | 5,687 | 62,567 | 56,417 |

Golden Casting Corporation
Weekly Cash Flow Detail - V

**Handwritten column annotations (top):**

- Sept. 3 mill. P.P.d — $77/mout (1450x73x30) — Total Paym. $510,000 — (Incl. Final $135,000 Paym.) — Oct. 15
- Oct. 3.2 mill. Pymts — $77.75/mout '(74 Pymts — Total Paym. $510,000 — Incl. Final $158,000) Nov 15
- Nov. 3.24 mill Pymts — $77.75 est/mout — Total Paym $555,000 — (Payd Incl Final $160,000) — 12/15
- Dec. 3.4 mill Pymts — $75 Px1500Cowsx3d — $17.75 est/mout — Total Paym $580,000 — (Incl Final $160,000 — Jan 15 201
- 6/28 Update 2010 — 6/28 budget

| Date | 927 | 9.3.2010 | 9.10.2010 | 9.17.2010 | 9.24.2010 | 10.1.2010 | 10.8.2010 | 10.15.10 | 10.22.10 | 10.29.10 | 11.5.2010 | 11.12.10 | 11.19.10 | 11.26.10 | 12.3.10 | 12.10.10 | 12.17.10 | 12.24.10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | 55,417 | 22,837 | 52,137 | 34,987 | 98,287 | 86,457 | 85,807 | 47,857 | 90,257 | 71,357 | 65,027 | 77,057 | 90,107 | 157,757 | 171,857 | 174,527 | 177,877 | 228,977 |
| **Collections / Sources of Fund** | | | | | | | | | | | | | | | | | | |
| Interim DFA payments | 90,000 | 92,500 | 92,500 | 95,000 | 95,000 | 75,000 | 75,000 | 80,000 | 80,000 | 80,000 | 97,500 | 97,500 | 100,000 | 100,000 | 82,500 | 82,500 | 85,000 | 85,000 |
| True-Up DFA Payments | | | | 135,000 | 158,000 | 158,000 | $35,000 | | | | | | 158,000 | 160,000 | | | | 160,000 |
| Calves | 6,500 | 6,500 | 1,800 | 1,800 | | | | | | | | | 1,750 | 158,000 | | | | |
| Calf Cows Sold | 3,500 | 3,000 | 4,000 | 6,000 | 5,000 | 3,500 | 3,500 | 5,000 | 1,750 | 7,000 | 4,500 | 5,000 | 1,750 | 7,000 | 3,000 | 3,500 | 1,750 | 7,000 |
| Other | 28,000 | 28,000 | | 5,000 | | 28,000 | 1,900 | 1,900 | 4,000 | 4,500 | 1,500 | 4,000 | 3,500 | 3,500 | 28,000 | 4,000 | 3,500 | 4,000 |
| Total | 148,817 | 152,837 | 148,837 | 272,787 | 198,287 | 199,457 | 165,897 | 267,857 | 176,007 | 162,857 | 195,827 | 181,057 | 363,857 | 285,257 | 285,357 | 263,777 | 426,877 | 324,827 |
| **Expense / Uses of Cash:** | | | | | | | | | | | | | | | | | | |
| Animal Health | 10,000 | 11,000 | 11,000 | 10,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,990 | 11,000 | 10,500 | 10,500 | 10,500 | 10,500 | 10,000 | 10,000 | 10,000 | 10,000 |
| Bank Charge | | | | 1,000 | | | | 500 | | | | 290 | 290 | | | | 250 | |
| Bedding | 2,000 | 2,000 | 1,750 | 2,000 | 1,750 | 1,750 | 1,500 | 2,000 | 1,750 | 1,750 | 2,000 | 2,000 | 2,000 | 1,750 | 2,000 | 1,500 | 1,500 | 1,500 |
| Breeding | 1,750 | 2,000 | 1,500 | 1,750 | 2,000 | 1,750 | 2,000 | 2,001 | 1,755 | 2,800 | 1,750 | 2,000 | 1,750 | 2,000 | 1,750 | 1,750 | 1,750 | 1,750 |
| Cull Cow Expense | 25,000 | 20,000 | 25,000 | 33,000 | 20,000 | 25,000 | 20,000 | 33,000 | 15,000 | 20,000 | 22,500 | 20,000 | 33,000 | 22,500 | 15,000 | 22,500 | 33,000 | 20,000 |
| Custom Hire | 7,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,000 | 2,000 | 1,500 | 2,000 | 1,500 | 2,500 | 33,000 | 3,000 |
| Feed | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 | 44,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 |
| Hauling & Trucking | 3,000 | 2,750 | 3,250 | 3,500 | 3,500 | 4,000 | 3,500 | 3,500 | 3,250 | 3,500 | 3,000 | 3,590 | 3,000 | 3,250 | 3,000 | 2,500 | 2,500 | 2,500 |
| Insurance | 1,430 | 4,300 | | 1,430 | 1,430 | 4,300 | 4,300 | | 1,430 | | 4,300 | | | | | | 4,300 | |
| Salaries, wages & benefits | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,500 | 18,500 | 1,430 | 24,500 | 4,300 | 24,090 | | 1,430 | | 23,500 | |
| Marketing | | | | | | | 5,000 | | | | | | | | | 24,500 | | |
| Rent | 1,150 | 3,150 | 53,150 | 1,160 | 3,150 | 3,150 | 1,159 | 1,150 | 1,150 | 1,150 | 1,150 | 1,150 | 53,620 | 1,150 | 1,150 | 1,150 | 53,590 | 1,150 |
| Supplies | 1,750 | 2,000 | 1,750 | 1,750 | 1,750 | 1,500 | 2,000 | 1,750 | 1,750 | 2,000 | 1,750 | 1,750 | 1,750 | 2,000 | 1,500 | 1,750 | 1,750 | 1,750 |
| Utilities | 11,000 | | | | 12,500 | | | | 8,500 | | | | 8,000 | | | | | |
| repair/maintenance | 2,000 | 2,500 | 1,500 | 1,500 | 2,000 | 2,000 | 2,500 | 1,750 | 2,000 | 2,000 | 2,000 | 1,500 | 1,500 | 1,500 | 2,000 | 1,750 | 2,000 | 2,000 |
| Pleasant Home Farm | 4,000 | 3,500 | | 4,000 | | 3,500 | 3,500 | | 4,000 | 3,500 | 3,500 | 4,000 | | 4,000 | 3,500 | 1,750 | 4,000 | |
| Taxes | | | | | | 1,500 | | | | 1,500 | | | | | 1,500 | | | |
| Other | | | | | | | | | | | | | | | | | | |
| Total | 126,080 | 113,650 | 157,650 | 111,838 | 113,650 | 117,050 | 160,750 | 104,650 | 97,839 | 118,150 | 118,150 | 90,850 | 179,250 | 96,400 | 110,830 | 85,900 | 161,050 | 83,000 |
| Net Cash Balance Before (Borrowing) / Paydown | 22,837 | 52,137 | 34,987 | 86,457 | 85,807 | 47,857 | 107,107 | 71,357 | 65,027 | 77,057 | 90,107 | 174,697 | 171,857 | 174,527 | 177,877 | 245,927 | 241,927 | |
| Draw / (Paydown) on Line | | | | | | | | | | | | | | | | | | |
| Herd Note | | | | | 16,850 | | 16,850 | | | | 18,850 | | | | | 16,850 | | |
| Working Cap Note | 22,837 | 52,137 | 34,987 | 98,287 | 85,457 | 85,807 | 90,257 | 71,357 | 65,027 | 77,057 | 90,107 | 157,757 | 171,857 | 174,527 | 177,877 | 228,977 | 241,327 | |
| Total | | | | | | | | | | | | | | | | | | |

6/20 Update

| Golden Casting Corporation Weekly Cash Flow Detail - W | | | | | |
|---|---|---|---|---|---|
| Date : | 12.31.10 | 1.07.2011 | 1.14.2011 | 1.21.2011 | 1.28.2011 |
| Beginning Cash Balance | 241,327 | 250,677 | | | |
| Collection / Source of Fund | | | | | |
| Interim DFA payments | 85,000 | | | | |
| True-Up DFA Payments | | | 160,000 | | |
| Calves | | | | | |
| Cull Cows Sold | 4,500 | | | | |
| Other | 28,000 | 1,500 | | | |
| Total | 358,827 | | | | |
| Expenses / Uses of Cash | | | | | |
| Animal Health | 10,000 | | | | |
| Bank Charge | | | | | |
| Bedding | 1,750 | | | | |
| Breeding | 1,750 | | | | |
| Cull Cow Expense | 27,500 | | | | |
| Custom Hire | 1,000 | | | | |
| Feed | 42,000 | | | | |
| Fuel | 2,500 | | | | |
| Hauling & Trucking | | | | | |
| Insurance | | 1,430 | | | |
| Salaries, wages & benefits | 6,000 | | | | |
| Marketing | | | | | |
| Rent | 1,150 | | | | |
| Supplies | 1,750 | | | | |
| Utilities | 7,500 | | | | |
| repair/maintenance | 1,750 | | | | |
| Pleasant Horse Farm | | | | | |
| Taxes | | | | | |
| Other | 3,500 | 1,500 | | | |
| Total | 108,150 | | | | |
| Add: difference checks written to clients | | | | | |
| Net Cash Balance Before (Borrowing) / Paydown | 250,677 | | | | |
| Draw / ((Paydown) on Line: | | | | | |
| Herd Note | | | | | |
| Working Cap Note | | | | | |
| Total | 250,677 | | | | |

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to:

Nancy J. Gargula
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2349

Alex Edgar
100 E Wayne Street
One Michiana Square
RM 555
South Bend, IN 46601

by first-class mail, postage fully prepaid on this the 28th day of June, 2010.

R. William Jonas, Jr. (5025-71)