

**U.S. Department of Justice**

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

555 One Michiana Square Bldg.                    574/236-8105
100 East Wayne Street                            FAX 574/236-8163
South Bend, Indiana 46601

## Office of the United States Trustee - Region 10
## South Bend, Indiana

Monthly Report
for
Debtors-in-Possession and Chapter 11 Trustees

Each month all Chapter 11 debtors must file two copies of this report with the Bankruptcy Clerk. The report must be filed with the attached reports identified below, ready for distribution to the U.S. Trustee no later than the 15th day of the month following the end of the calendar month covered by this report.

Debtor Name: _New Schoonbeck DairyLLC_ For the month ended: ~~~~~ _June_ _2010_

Case Number: _09-34327_                    Date Bankruptcy filed: _Sept 8 - 2009_

| Required Documents: | Attached | Previously Submitted |
|---|---|---|
| 1.   Monthly Income Statement (P&L) | _X_ | _____ |
| 2.   Monthly Cash Flow Report (CF; 3 pages) | _X_ | _____ |
| 3.   Statement of Operations | _X_ | _____ |
| 4.   Other reports/documents as required by the U.S. Trustee | _X_ | _____ |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying reports is complete, true and correct to the best of my knowledge, information, and belief.

By _Harry Behel_                Dated: _7/16/2010_

_Owner_ (Title) Debtor's telephone number _260-571-3940_

Reports prepared by: _Laura / Harry_ , _accountant Nietzke & Faupel_
     (Name) _Owner_     (Title)



**U.S. Department of Justice**

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

555 One Michiana Square Bldg.                    574/236-8105
100 East Wayne Street                        FAX 574/236-8163
South Bend, Indiana 46601

**Office of the United States Trustee - Region 10**
**South Bend, Indiana**

**Statement of Operations**
for the Month ended ___June ___ 2010

Debtor Name: _New Schoonebeek Dairy, LLC._

Case Number: _09 - 34327_

1.   **What efforts have been made toward the presentation of a plan to creditors?**
Make updated budget ~~with~~ plan is finalized + presented.

2.   **Has the Debtor in possession made any payments on the pre-petition unsecured debt since the filing of the bankruptcy?**
____X____ NO

_____ YES;  If yes, then identify to whom the payment was made, the date paid, and the amount(s).

3.   **Provide a brief narrative covering any significant events which occurred this past month.**

4.   **List the face value of accounts receivable as of the date that the bankruptcy was filed:** $_____
**What amount of these receivables is considered uncollectible?** $_____.

5.   **If assets have been sold this month in other than the ordinary course of business, provide the following information:**

   a.   assets(s) sold _____

   b.   date of sale _____

   c.   sales price _____

   d.   net amount received _____

Oprept REV.September 3, 1992                                    Page 1 of 2

6.     List payments made to principals, executives, or insiders (this includes draws or cash withdrawals by individuals or partners, dividends, lease payments on property owned by insider, loans, gross salaries, etc.)

| Payee Name | Position | Amount | Explanation |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

7.     Schedule of insurance coverage.

| Type of Policy | Expiration Date |
|---|---|
| Same from last month. | Same |
| _____ | _____ |

Has any insurance coverage either been reduced or allowed to lapse during this month?  If so, explain what changes have taken place.
No.

If any insurance coverage will expire within 60 days from this report, explain what steps are being taken to renew existing policies or to acquire new insurance coverage.  Provide the United States Trustee with a new certificate.

8.     Schedule of changes in personnel.

| | | Full Time | Part Time |
|---|---|---|---|
| a. | Total number of employees at beginning of this period. | 20 | 2 |
| b. | Number hired during this period. | 1 | — |
| c. | Number terminated or resigned. | 1 | — |
| d. | Total number of employees on payroll at the end of this period. | 19 | 2 |

Oprept REV.September 3, 1992

Page 2 of 2

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended June, 2010

## STATUS OF TAXES

| | BEGINNING *TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| **withholding | 104.00 | 129.00 | 175.00 | 58.00 |
| **FICA-employee | 1715.11 | 3,200.98 | 3,382.24 | 1,613.85 |
| **FICA-employer | 1715.11 | 3,280.48 | 3382.24 | 1,613.85 |
| unemployment | | | | |
| income | | | | |
| other - list | | | | |
| **a. Subtotal** | 3534.22 | 6,040.96 | 6,939.48 | 3285.70 |
| **STATE AND LOCAL** | | | | |
| withholding | 6239.91 | 2563.12 | 3,671.85 | 5124.46 |
| sales | | | | |
| excise | | | | |
| unemployment | | | | |
| other | | | | |
| real property | | | | |
| personal property | | | | |
| other - list | | | | |
| **b. Subtotal** | 6239.91 | 2503.12 | 3671.03 | 5124.46 |

TOTAL TAXES PAID - from a. & b. above                           10,612.31

(this sum is to be listed on page 1, as tax payments

Explain the reason for any past due post-petition taxes:

_____

*the beginning tax liability should
represent the liability from the prior month
or, if this is the first operating report,
this should be zero

**Attach photocopies of IRS Form 8123 of your
FTD coupon and payment receipt to verify
payments or deposits.

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended June 2010

Debtor Name    New Schoonebeek Dairy, LLC

Case Number

Reconciled bank balance and cash on hand from last month    75,479
(If this is the first report, insert the cash balance as of the
petition date.)

**CASH RECEIPTS**

| | |
|---|---|
| from cash sales/receipts | 519,204 |
| from collection of pre-petition receivables | |
| from collection of post-petition receivables | |
| from loans | |
| from contributions to capital or from gifts | 9,000 |
| other receipts (itemize on a separate sheet) | |
| TOTAL RECEIPTS (Do not include beginning bank balance) | 528,204 |

**CASH DISBURSEMENTS**

| | |
|---|---|
| inventory purchases | 49,050 |
| net payments to officers/owners | 5,000 |
| net payments to other employees | 104,015 |
| rent payments | |
| lease payments | 41,087 |
| mortgage or note payments | 20,007 |
| adequate protection payments | |
| insurance | 5075 |
| utilities/telephone | 9474 |
| tax payments | 10,017 |
| supplies | 7,364 |
| outside labor | |
| travel/entertainment | |
| payments to attorneys | |
| payments to accountants | |
| payments to other professionals | 2850 |
| U.S. Trustee Quarterly Fee | |
| other expenses (itemize on separate sheet) | 402,028 |
| TOTAL DISBURSEMENTS | 622,167 |

NET CASH FLOW (Total Receipts minus Total Disbursements)    (93,963)

Bank Balance and cash on hand at the end of the month    (18,484)
(beginning balance + cash receipts - cash disbursements)

\*   This figure is the actual cash paid. i.e. gross payroll less taxes withheld

\*\*   This figure comes from page 2 of this form

\*\*\*   Attach a copy of the court order authorizing such payments

## New Schoonebeek Dairy, LLC
## Monthly Cash Flow Report - Detail of Other Expenses

| Other Expenses: | June |
|---|---:|
| Animal health | 47,786 |
| Bank charges | 1,241 |
| Bedding | 4,318 |
| Breeding | 2,200 |
| Custom hire | - |
| Feed | 288,525 |
| Fuel | 10,656 |
| Milk hauling | 8,898 |
| Interest | 11,032 |
| Marketing | 12,895 |
| Misc | 59 |
| Repairs | 15,018 |
| Other taxes | - |
| | $   402,628 |

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY INCOME STATEMENT

As of June 2010

**Debtor Name** New Schmoebeek Dairy, LLC

**Case Number** _____

| INCOME | | CURRENT MONTH | YEAR TO DATE |
|---|---|---|---|
| Gross Receipts or Sales less: returns or allowances | | 519,204 | 3,436,841 |
| Cost of Goods | | | |
| Beginning Inventory | | | |
| Purchases | | | |
| Other Costs (list) | | | |
| less: ending inventory | | | |
| Cost of Goods Sold | | | |
| Gross Profit | | | |
| Interest | | | |
| Rents | | | |
| Gain (Loss) from sale of property | | | |
| Other Income | | | |
| Total Income | | 519,204 | 3,436,841 |

**GENERAL AND ADMINISTRATIVE EXPENSES**

| | CURRENT MONTH | YEAR TO DATE |
|---|---|---|
| Compensation of Officers | 70,269 | 415,379 |
| Salaries & Wages | 15,018 | 78,026 |
| Repairs & Maintenance | 7,364 | 38,148 |
| Supplies | | |
| Bad Debts | | |
| Rents | 41,057 | 230,906 |
| Payroll Taxes | | 12,114 |
| Other Taxes | | 616,895 |
| Interest Expense | 11,032 | 633,000 |
| Depreciation | 105,600 | 27,943 |
| Insurance | 5075 | |
| Travel & Entertainment | | |
| Utilities & Telephone | 9,473 | 48,146 |
| Professional & Legal | 2,660 | 35,259 |
| Other Expenses (Attach Schedule) | 376,575 | 2,031,639 |
| Total Expenses | 652,246 | 3,612,465 |
| Net Profit (Loss) | (133,042) | (175,614) |

## New Schoonebeek Dairy, LLC
## Monthly Income Statement - Detail of Other Expenses

| Other Expenses: | June | YTD |
|---|---|---|
| Animal Health | 47,766 | 279,758 |
| Bank charges | 1,241 | 7,898 |
| Bedding | 4,318 | 37,069 |
| Breeding | 2,200 | 25,204 |
| Custom Hire | - | 20,685 |
| Feed | 288,525 | 1,455,444 |
| Fuel | 10,656 | 78,186 |
| Milk Hauling | 8,898 | 51,092 |
| Marketing | 12,895 | 75,482 |
| Misc | 59 | 819 |
| | $ 376,578 | $ 2,031,639 |

# NEW SCHOONEBEEK DAIRY, LLC

## SCHEDULE OF INCOME AND EXPENSES
### PER CWT OF MILK PRODUCED AND PER COW PER DAY

| | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED APRIL 30, 2010 | | | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED MAY 31, 2010 | | | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED JUNE 30, 2010 | | |
|---|---|---|---|---|---|---|---|---|---|
| | AMOUNT | PER CWT PRODUCED | PER COW PER DAY | AMOUNT | PER CWT PRODUCED | PER COW PER DAY | AMOUNT | PER CWT PRODUCED | PER COW PER DAY |
| Quantity of milk in cwt | 31,619 | | | 32,237 | | | 29,505 | | |
| Average number of cows milked per day | 1,464 | | | 1,441 | | | 1,406 | | |
| Pounds of milk per cow per day | 72 | | | 72 | | | 70 | | |
| Number of calf cows | 10 | | | 73 | | | 35 | | |
| Annualized herd turnover rate | 8.32% | | | 50.35% | | | 24.98% | | |
| Average cows on farm for the period | 1,759 | | | 1,710 | | | 1,706 | | |
| Number of days in period | 30 | | | 31 | | | 30 | | |
| Breakeven milk price | $13.28 | | | $13.88 | | | $18.01 | | |
| Breakeven milk production per cow per day | 70 | | | 66 | | | 74 | | |
| **REVENUE FROM OPERATIONS:** | | | | | | | | | |
| Milk | $502,598 | 15.70 | 9.52 | $509,352 | 15.80 | 9.62 | $504,217 | 17.09 | 9.96 |
| Livestock revenue | 13,525 | 0.43 | 0.26 | 9,077 | 0.17 | 0.10 | 7,172 | 0.24 | 0.14 |
| Cull cow revenue | 11,577 | 0.36 | 0.22 | 27,780 | 0.32 | 0.22 | 11,247 | 0.38 | 0.22 |
| Other income | 23,250 | 0.92 | 0.55 | 29,436 | 0.50 | 0.59 | 29,644 | 1.00 | 0.59 |
| **TOTAL REVENUE FROM OPERATIONS** | 556,912 | 17.50 | 10.55 | 575,845 | 16.15 | 10.83 | 552,280 | 18.71 | 10.80 |
| **OPERATING COSTS AND EXPENSES:** | | | | | | | | | |
| Amortization | 500 | 0.02 | | 500 | 0.02 | | 500 | 0.02 | 0.01 |
| Animal health | 43,153 | 1.35 | 0.34 | 50,537 | 1.58 | 0.96 | 45,396 | 1.55 | 0.30 |
| Bank charges | 711 | | 4.81 | 1,303 | 0.04 | 0.02 | 1,241 | 0.04 | 0.02 |
| Bedding | 5,810 | | 0.23 | 7,023 | 0.25 | 0.15 | 4,928 | 0.17 | 0.10 |
| Breeding | 5,780 | 0.18 | 0.11 | 4,364 | 0.13 | 0.08 | 3,592 | 0.12 | 0.07 |
| Cull cow expense | 18,682 | | 0.39 | 139,322 | 4.32 | 2.63 | 61,942 | 2.10 | 1.21 |
| Custom hire | | | | | | | | | |
| Depreciation | 11,619 | | 0.34 | 18,000 | 0.56 | 0.34 | 18,000 | 0.61 | 0.35 |
| Feed | 253,551 | 7.97 | | 263,177 | 8.16 | 4.96 | 255,178 | 8.66 | 4.99 |
| Fuel | 12,193 | 0.38 | 0.23 | 12,017 | 0.37 | 0.23 | 10,459 | 0.36 | 0.21 |
| Heating - milk | 782 | | 0.17 | 8,896 | 0.28 | 0.17 | 8,075 | 0.27 | 0.16 |
| Insurance | 12,003 | | 0.27 | 2,941 | 0.09 | 0.05 | 3,078 | 0.19 | 0.06 |
| Interest | 14,305 | 0.45 | 0.27 | 14,816 | 0.46 | 0.28 | 14,787 | 0.50 | 0.29 |
| Wages, contract labor, benefits & taxes | 67,045 | 2.11 | 1.27 | 68,001 | 2.11 | 1.28 | 67,453 | 2.29 | 1.32 |
| Marketing | 8,548 | 0.30 | 0.18 | 9,671 | 0.30 | 0.18 | 8,852 | 0.30 | 0.17 |
| Miscellaneous | 60 | | | 285 | 0.01 | 0.01 | 99 | | |
| Professional fees | 2,759 | 0.09 | 0.06 | 1,982 | 0.06 | 0.04 | 1,925 | 0.07 | 0.04 |
| Repairs & maintenance | 13,277 | 0.42 | 0.25 | 9,967 | 0.31 | 0.19 | 13,155 | 0.45 | 0.26 |
| Rent | 40,065 | 1.28 | 0.76 | 41,287 | 1.25 | 0.78 | 41,067 | 1.39 | 0.80 |
| Supplies | 4,897 | 0.15 | 0.09 | 8,773 | 0.27 | 0.17 | 6,668 | 0.23 | 0.13 |
| Taxes | | | | 1,424 | 0.04 | 0.03 | 1,508 | 0.05 | 0.03 |
| Utilities | 8,759 | 0.27 | 0.17 | 9,761 | 0.30 | 0.18 | 10,321 | 0.35 | 0.20 |
| **TOTAL OPERATING COSTS AND EXPENSES** | 540,302 | 16.99 | 10.24 | 674,957 | 20.88 | 12.73 | 578,849 | 19.63 | 11.32 |
| **INCOME (LOSS) FROM OPERATIONS** | $16,610 | 0.51 | 0.31 | $(99,505) | (3.08) | (1.89) | $(26,560) | (0.92) | (0.52) |

(Continued)

11

Preliminary (watermark)

# NEW SCHOONEBEEK DAIRY, LLC

## FINANCIAL INFORMATION
## JUNE 30, 2010

Preliminary

# NEW SCHOONEBEEK DAIRY, LLC

## TABLE OF CONTENTS

| | PAGE NUMBER |
|---|---|
| Accountant's Compilation Report | 1 |
| Balance Sheet | 2 - 3 |
| Statements of Income | 4 |
| Statement of Changes in Member's Equity (Deficit) | 5 |
| SUPPLEMENTARY INFORMATION | 6 |
| Schedule of Feed Inventory | 7 |
| Schedule of Feed Expense | 8 |
| Schedule of Dairy Livestock | 9 |
| Schedule of Income and Expenses Per CWT for Milk Produced and Per Cow Per Day | 10 - 12 |

Preliminary

# NEW SCHOONEBEEK DAIRY, LLC

## BALANCE SHEET
## JUNE 30, 2010

### ASSETS

**CURRENT ASSETS:**

| | |
|---|---:|
| Commodity receivables | $ 140,378 |
| Other receivables | 34,049 |
| Inventory | 83,482 |
| Prepaid | 4,000 |
| **TOTAL CURRENT ASSETS** | 261,909 |

**PROPERTY AND EQUIPMENT - AT COST:**

| | |
|---|---:|
| Leasehold improvements | 160,843 |
| Buildings | 13,495 |
| Machinery and equipment | 1,110,872 |
| Dairy livestock | 2,941,470 |
| **TOTAL PROPERTY AND EQUIPMENT - AT COST** | 4,226,680 |
| Accumulated depreciation | (722,930) |
| **TOTAL PROPERTY AND EQUIPMENT - AT COST** | 3,503,750 |

**OTHER ASSETS:**

| | |
|---|---:|
| Investments in cooperatives - net of reserve | 211,515 |
| Loan fees - net of amortization | 2,356 |
| **TOTAL OTHER ASSETS** | 213,871 |
| **TOTAL ASSETS** | $ 3,979,530 |

Preliminary

(Continued)

2

# NEW SCHOONEBEEK DAIRY, LLC

## BALANCE SHEET
## JUNE 30, 2010

### LIABILITIES AND MEMBER'S EQUITY (DEFICIT)

**LIABILITIES NOT SUBJECT TO COMPROMISE**

**Current liabilities**

| | |
|---|---:|
| Bank float | $ 18,483 |
| Accounts payable | 122,044 |
| Accrued payroll taxes and wages | 23,493 |
| Notes payable - Rabo AgriFinance | 2,666,834 |
| Current portion of deferred revenue | 98,058 |
| **TOTAL LIABILITIES NOT SUBJECT TO COMPROMISE** | 2,928,912 |

**LIABILITIES SUBJECT TO COMPROMISE**

**Current liabilities**

| | |
|---|---:|
| Accounts payable | 434,632 |
| Forage payable | 690,981 |
| Accrued interest | 54,956 |
| Accrued expenses | 912,500 |
| **Total current liabilities** | 2,093,069 |
| Subordinated debt | 554,478 |
| **TOTAL LIABILITIES SUBJECT TO COMPROMISE** | 2,647,547 |
| **TOTAL LIABILITIES** | 5,576,459 |
| **MEMBER'S EQUITY (DEFICIT)** | (1,596,929) |
| **TOTAL LIABILITIES AND MEMBER'S EQUITY (DEFICIT)** | $ 3,979,530 |

Preliminary

See Accountant's Compilation Report.

# NEW SCHOONEBEEK DAIRY, LLC

## STATEMENTS OF INCOME

| | ONE MONTH ENDED JUNE 30, 2010 | SIX MONTHS ENDED JUNE 30, 2010 |
|---|---|---|
| **REVENUE FROM OPERATIONS:** | | |
| Milk | $ 504,217 | $ 3,088,167 |
| Livestock revenue | 7,172 | 44,091 |
| Cull cow revenue | 11,247 | 95,848 |
| Other income | 29,644 | 176,388 |
| **TOTAL REVENUE FROM OPERATIONS** | 552,280 | 3,384,494 |
| | | |
| **OPERATING COSTS AND EXPENSES:** | | |
| Amortization | 500 | 3,000 |
| Animal health | 45,936 | 273,401 |
| Bank charges | 1,241 | 7,898 |
| Bedding | 4,926 | 36,358 |
| Breeding | 3,515 | 26,716 |
| Cull cow expense | 61,942 | 354,423 |
| Custom hire | | 21,608 |
| Depreciation | 18,000 | 108,000 |
| Feed | 255,178 | 1,599,653 |
| Fuel | 10,656 | 78,187 |
| Hauling and trucking | 8,075 | 50,371 |
| Insurance | 3,076 | 23,644 |
| Interest | 14,787 | 87,625 |
| Wages, contract labor, benefits and taxes | 67,453 | 400,519 |
| Marketing | 8,852 | 55,488 |
| Miscellaneous | 59 | 819 |
| Professional fees | 1,925 | 14,074 |
| Repairs and maintenance | 13,156 | 71,059 |
| Rent | 41,087 | 264,897 |
| Supplies | 6,658 | 38,628 |
| Taxes | 1,500 | 3,614 |
| Utilities | 10,321 | 49,086 |
| **TOTAL OPERATING COSTS AND EXPENSES** | 578,840 | 3,569,068 |
| | | |
| **INCOME (LOSS) FROM OPERATIONS** | (26,560) | (184,574) |
| | | |
| **OTHER INCOME (EXPENSE):** | | |
| Legal and accounting fees | | (20,260) |
| Gain on sale - leaseback | 9,000 | 54,000 |
| **TOTAL OTHER INCOME (EXPENSE)** | 9,000 | 33,740 |
| | | |
| **NET INCOME (LOSS)** | $ (17,560) | $ (150,834) |

See Accountant's Compilation Report.

4

## NEW SCHOONEBEEK DAIRY, LLC

### STATEMENT OF CHANGES IN MEMBER'S EQUITY (DEFICIT)
### FOR THE SIX MONTHS ENDED JUNE 30, 2010

| | |
|---|---:|
| **MEMBER'S EQUITY (DEFICIT), BEGINNING OF THE PERIOD** | $ (1,424,998) |
| Net income (loss) | (150,834) |
| Member's withdrawals | (21,097) |
| **MEMBER'S EQUITY (DEFICIT), END OF THE PERIOD** | $ (1,596,929) |



See Accountant's Compilation Report.          5

· 07/19/2010 11:58 FAX       ⌀017
07/16/2010   16:4 Case 09-34327-hcd    Doc 135    Filed 07/20/10   Page 16 of 23      P.008/014
(FAX)

## SUPPLEMENTARY INFORMATION

Preliminary

# NEW SCHOONBEEK DAIRY, LLC

## SCHEDULE OF FEED INVENTORY
## FOR THE ONE MONTH ENDED JUNE 30, 2010

| | Balance at 5/31/2010 | Feed Delivered | Feed Used | Shrink | Balance at 6/30/2010 |
|---|---|---|---|---|---|
| **Corn Silage 2008** | | | | | |
| **Tons** | 2,750 | – | 825 | 41 | 1,884 |
| **Amount/ton** | $ 44.31 | $ – | $ 44.31 | $ 44.31 | $ 44.31 |
| **Total Dollars** | $ 121,858 | $ – | $ 36,557 | $ 1,817 | $ 83,482 |

| **Summary of Forages Used:** | | Used | Shrink | Total |
|---|---|---|---|---|
| Corn Silage | | $ 36,557 | $ 1,817 | $ 38,374 |
| | | $ 36,557 | $ 1,817 | $ 38,374 |

See Accountant's Compilation Report.

7

NEW SCHONEEBEEK DAIRY, LLC

SCHEDULE OF FEED EXPENSE

FOR THE MONTHS AND SIX MONTHS ENDED JUNE 30, 2010

| | 1/31/2010 | 2/28/2010 | 3/31/2010 | 4/30/2010 | 5/31/2010 | 6/30/2010 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| **Forages Used:** | | | | | | | |
| Haylage | $ 31,493 | $ 26,814 | $ 21,387 | $ 9,530 | $ | $ 38,374 | $ 127,598 |
| **Total Forages Used** | 31,493 | 26,814 | 21,387 | 9,530 | | 38,374 | 127,598 |
| | | | | | | | |
| **Other Feed Purchased:** | | | | | | | |
| Cargill Animal Nutrition Inc. | (218) | - | - | | | - | (218) |
| Fleck Farms | 11,579 | 28,373 | 16,749 | 20,203 | 54,304 | 46,299 | 186,907 |
| Sanimax Marketing | 13,710 | 32,983 | 8,656 | 28,200 | 9,500 | 19,680 | 104,123 |
| Synergy Feeds | 157,534 | 109,756 | 118,496 | 333,139 | 149,574 | 119,730 | 819,229 |
| Pleasant Home Farm | 42,161 | 41,016 | 41,006 | 40,693 | 34,989 | - | 200,167 |
| Zeeland Farm Services Inc. | 34,277 | 23,106 | 38,100 | 20,474 | 14,800 | 31,095 | 161,847 |
| **Total Other Feed Purchased** | 259,043 | 235,379 | 253,653 | 244,099 | 263,177 | 216,804 | 1,472,055 |
| **Total Feed Expense** | $ 290,536 | $ 262,058 | $ 275,040 | $ 253,629 | $ 263,177 | $ 255,178 | $ 1,599,653 |
| | | | | | | | |
| **Per Cow Info:** | | | | | | | |
| Average Dairy Cows on the... | 1,759 | 1,756 | 1,757 | 1,759 | 1,710 | 1,705 | 1,741 |
| Days in Month | 31 | 28 | 31 | 30 | 31 | 30 | 181 |
| Estimated Feed per Cow per Day | $ 5.33 | $ 5.33 | $ 5.05 | $ 4.81 | $ 4.96 | $ 4.99 | $ 5.06 |

8

See Accountant's Compilation Report.

NEW SCHOONEBEEK DAIRY, LLC

## SCHEDULE OF DAIRY LIVESTOCK
### FOR THE MONTHS AND THE SIX MONTHS ENDED JUNE 30, 2010

*Preliminary* (watermark)

| | Beginning Balance | Purchases | Sub Total | Sales | Died | Total Cull Cows | Ending Balance |
|---|---|---|---|---|---|---|---|
| **January** | | | | | | | |
| Number of cows | 1,661 | 24 | 1,685 | (20) | (8) | (28) | 1,657 |
| Average cost | $ 1,863 | $ 1,400 | $ 1,856 | $ 1,880 | $ 1,880 | $ 1,880 | $ 1,856 |
| Dollar amount | $ 3,094,443 | $ 33,600 | $ 3,128,043 | $ (37,600) | $ (15,051) | $ (52,651) | $ 3,075,392 |
| **February** | | | | | | | |
| Number of cows | 1,657 | 24 | 1,681 | (18) | | (25) | 1,656 |
| Average cost | $ 1,856 | $ 1,450 | $ 1,850 | $ 1,797 | 797 | $ 1,797 | $ 1,851 |
| Dollar amount | $ 3,075,392 | $ 34,800 | $ 3,110,192 | $ (32,346) | $ (12,590) | $ (44,936) | $ 3,065,256 |
| **March** | | | | | | | |
| Number of cows | 1,656 | 24 | 1,680 | | (3) | (23) | 1,657 |
| Average cost | $ 1,851 | $ 1,400 | $ 1,845 | 1,59? | $ 1,597 | $ 1,597 | $ 1,848 |
| Dollar amount | $ 3,065,256 | $ 33,600 | $ 3,09?,?? | $ (28,940) | $ (4,780) | $ (36,720) | $ 3,062,136 |
| **April** | | | | | | | |
| Number of cows | 1,657 | | 1,6? | (10) | | (10) | 1,661 |
| Average cost | $ 1,848 | 1,4? | $ 1,844 | $ 1,885 | $ 1,885 | $ 1,885 | $ 1,844 |
| Dollar amount | $ 3,062,136 | 19,?00 | $ 3,081,736 | $ (18,850) | $ (2) | $ (18,852) | $ 3,062,884 |
| **May** | | | | | | | |
| Number of cows | 1,599 | 11? | 1,672 | (41) | (32) | (73) | 1,599 |
| Average cost | $ 1,84? | $ 1,400 | $ 1,841 | $ 1,909 | $ 1,909 | $ 1,909 | $ 1,838 |
| Dollar amount | $ 3,062,884 | | $ 3,078,284 | $ (78,269) | $ (61,053) | $ (139,322) | $ 2,938,962 |
| **June** | | | | | | | |
| Number of cows | 1,599 | 46 | 1,645 | (18) | (17) | (35) | 1,610 |
| Average cost | $ 1,838 | $ 1,401 | $ 1,826 | $ 1,770 | $ 1,770 | $ 1,770 | $ 1,827 |
| Dollar amount | $ 2,938,962 | $ 64,450 | $ 3,003,412 | $ (31,860) | $ (30,082) | $ (61,942) | $ 2,941,470 |
| **Year to Date** | | | | | | | |
| Number of cows | 1,661 | 143 | 1,804 | (127) | (67) | (194) | 1,610 |
| Average cost | $ 1,863 | $ 1,409 | $ 1,827 | $ 1,827 | $ 1,827 | $ 1,827 | $ 1,827 |
| Dollar amount | $ 3,094,443 | $ 201,450 | $ 3,295,893 | $ (230,865) | $ (123,558) | $ (354,423) | $ 2,941,470 |

See Accountant's Compilation Report

9

# NEW SCHOONEBEEK DAIRY, LLC

## SCHEDULE OF INCOME AND EXPENSES
### PER CWT OF MILK PRODUCED AND PER COW PER DAY

Preliminary

| | FOR THE ONE MONTH ENDED JANUARY 31, 2010 | | | FOR THE ONE MONTH ENDED FEBRUARY 28, 2010 | | | FOR THE ONE MONTH ENDED MARCH 31, 2010 | | |
|---|---|---|---|---|---|---|---|---|---|
| | AMOUNT | PER CWT PRODUCED | PER COW PER DAY | AMOUNT | PER CWT PRODUCED | PER COW PER DAY | AMOUNT | PER CWT PRODUCED | PER COW PER DAY |
| Quantity of milk in cwt | 30,512 | | | 28,753 | | | 32,130 | | |
| Average number of cows milked per day | 1,440 | | | 1,444 | | | 1,453 | | |
| Pounds of milk per cow per day | 68 | | | 71 | | | 71 | | |
| Number of cull cows | 28 | | | 26 | | | 23 | | |
| Annualized herd turnover rate | 18.74% | | | 18.55% | | | 15.41% | | |
| Average cows on farm for the period | 1,799 | | | 1,735 | | | 1,757 | | |
| Number of days in period | 31 | | | 28 | | | 31 | | |
| Breakeven milk price | $ 19.03 | | | $ 18.51 | | | $ 15.96 | | |
| Breakeven milk production per cow per day | 77 | | | 75 | | | 69 | | |
| **REVENUE FROM OPERATIONS:** | | | | | | | | | |
| Milk | $ 514,203 | 16.85 | 9.43 | $ 504,878 | 17.56 | | $ 533,949 | 16.59 | 9.76 |
| Livestock revenue | | | | | | | | | |
| Cull cow revenue | 19,916 | 0.65 | 0.37 | 8,693 | 0.30 | | 3,656 | 0.13 | 0.07 |
| Other income | 28,000 | 0.92 | 0.51 | | | | 30,612 | 0.95 | 0.56 |
| **TOTAL REVENUE FROM OPERATIONS** | 562,118 | 18.42 | 10.31 | | | | 583,282 | 18.16 | 10.70 |
| **OPERATING COSTS AND EXPENSES:** | | | | | | | | | |
| Amortization | 500 | 0.02 | 0.01 | | 0.02 | 0.01 | 500 | 0.02 | 0.01 |
| Animal health | 45,485 | 1.49 | | | 1.17 | 0.68 | 54,265 | 1.69 | 1.00 |
| Bank charges | 1,831 | 0.05 | 0.03 | | 0.05 | 0.03 | 1,538 | 0.05 | 0.03 |
| Bedding | 5,378 | 0.21 | 0.12 | 5,844 | 0.20 | 0.11 | 5,067 | 0.18 | 0.10 |
| Breeding | 4,900 | 0.16 | 0.09 | 5,000 | 0.17 | 0.10 | 3,280 | 0.10 | 0.06 |
| Cull cow expense | 52,051 | | | 44,638 | 1.55 | 0.91 | 36,720 | 1.14 | 0.67 |
| Custom hire | | 0.11 | | 13,373 | 0.47 | 0.27 | 2,300 | 0.07 | 0.04 |
| Depreciation | | 0.33 | | 18,000 | 0.63 | 0.37 | 18,000 | 0.56 | 0.33 |
| Feed | | 5.33 | | 262,653 | 9.12 | 5.33 | 275,040 | 8.56 | 5.05 |
| Feed | | 0.26 | | 19,185 | 0.66 | 0.40 | 8,828 | 0.27 | 0.16 |
| Heating - milk | | 0.49 | | 7,892 | 0.27 | 0.16 | 8,967 | 0.27 | 0.16 |
| Insurance | | 0.27 | | 5,386 | 0.19 | 0.11 | 146 | | |
| Interest | 15,878 | 0.52 | 0.29 | 13,728 | 0.48 | 0.28 | 14,811 | 0.46 | 0.27 |
| Wages, contract labor, benefits & taxes | 73,292 | 2.40 | 1.34 | 65,513 | 2.28 | 1.33 | 59,215 | 1.84 | 1.09 |
| Marketing | 9,154 | 0.30 | 0.17 | 8,628 | 0.30 | 0.18 | 9,639 | 0.30 | 0.18 |
| Miscellaneous | 25 | | | 157 | 0.01 | | 233 | 0.01 | |
| Professional fees | 1,750 | 0.06 | 0.03 | 1,696 | 0.06 | 0.03 | 3,572 | 0.12 | 0.07 |
| Repairs & maintenance | 19,089 | 0.62 | 0.35 | 6,725 | 0.30 | 0.19 | 6,938 | 0.22 | 0.13 |
| Rent | 51,014 | 1.67 | 0.94 | 50,526 | 1.76 | 1.03 | 40,307 | 1.27 | 0.75 |
| Supplies | 5,836 | 0.19 | 0.10 | 7,591 | 0.26 | 0.15 | 4,963 | 0.15 | 0.09 |
| Taxes | 25 | | | 25 | | | 685 | 0.02 | 0.01 |
| Utilities | 5,735 | 0.19 | 0.11 | 7,279 | 0.25 | 0.15 | 7,112 | 0.22 | 0.13 |
| **TOTAL OPERATING COSTS AND EXPENSES** | 629,408 | 20.65 | 11.57 | 561,247 | 20.23 | 11.61 | 563,514 | 17.52 | 10.33 |
| **INCOME (LOSS) FROM OPERATIONS** | $ (68,290) | (2.23) | (1.26) | $ (29,796) | (0.95) | (0.53) | $ 19,958 | 0.64 | 0.37 |

(Continued)

10

**NEW SCHOONEBEEK DAIRY, LLC**

SCHEDULE OF INCOME AND EXPENSES
PER CWT OF MILK PRODUCED AND PER COW PER DAY

Preliminary

| | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED APRIL 30, 2010 | | | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED MAY 31, 2010 | | | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED JUNE 30, 2010 | | |
|---|---|---|---|---|---|---|---|---|---|
| | AMOUNT | PER CWT PRODUCED | PER COW PER DAY | AMOUNT | PER CWT PRODUCED | PER COW PER DAY | AMOUNT | PER CWT PRODUCED | PER COW PER DAY |
| Quantity of milk in cwt | 31,919 | | | 32,237 | | | 29,505 | | |
| Average number of cows milked per day | 1,454 | | | 1,441 | | | 1,408 | | |
| Pounds of milk per cow per day | 72 | | | 72 | | | 70 | | |
| Number of null cows | 10 | | | 73 | | | 35 | | |
| Annualized herd turnover rate | 6.92% | | | 50.26% | | | 24.99% | | |
| Average cows on farm for the period | 1,759 | | | 1,749 | | | 1,765 | | |
| Number of days in period | 30 | | | 31 | | | 30 | | |
| Breakeven milk price | $ 13.28 | | | $ 18.85 | | | $ 18.01 | | |
| Breakeven milk production per cow per day | 70 | | | 86 | | | 74 | | |
| | | | | | | | | | |
| **REVENUE FROM OPERATIONS:** | | | | | | | | | |
| Milk | $ 522,590 | $ 15.79 | $ 9.52 | $ 509,382 | $ 15.81 | | $ 504,317 | $ 17.09 | $ 9.96 |
| Livestock revenue | 13,925 | 0.43 | 0.26 | 9,677 | | 0.17 | 7,172 | 0.24 | 0.14 |
| Cull cow revenue | 11,577 | 0.36 | 0.22 | 27,760 | | 0.32 | 11,247 | 0.38 | 0.22 |
| Other income | 29,820 | 0.92 | 0.55 | 29,482 | | 0.58 | 29,844 | 1.00 | 0.59 |
| **TOTAL REVENUE FROM OPERATIONS** | 554,912 | 17.50 | 10.55 | 575,801 | | 10.48 | 552,289 | 18.71 | 10.89 |
| | | | | | | | | | |
| **OPERATING COSTS AND EXPENSES:** | | | | | | | | | |
| Amortization | 530 | 0.02 | 0.01 | | 0.02 | 0.01 | 500 | 0.02 | 0.01 |
| Animal health | 43,183 | 1.05 | 0.82 | | 1.58 | 0.05 | 45,938 | 1.56 | 0.90 |
| Bank charges | 711 | 0.02 | | 1,533 | 0.04 | 0.02 | 1,261 | 0.04 | 0.02 |
| Bedding | 5,810 | 0.18 | 0.11 | 7,985 | 0.25 | 0.15 | 4,926 | 0.17 | 0.10 |
| Breeding | 5,780 | 0.18 | 0.11 | 4,284 | 0.13 | 0.08 | 3,572 | 0.12 | 0.07 |
| Cull cow expense | 10,822 | | 0.38 | 139,322 | 4.32 | 2.63 | 61,942 | 2.10 | 1.21 |
| Custom hire | | | | | | | | | |
| Depreciation | 223,087 | 7.97 | 0.34 | 18,069 | 0.56 | 0.34 | 18,000 | 0.61 | 0.35 |
| Feed | 222,195 | | 4.81 | 263,177 | 8.16 | 4.96 | 255,176 | 8.65 | 4.99 |
| Fuel | 762 | 0.36 | 0.23 | 12,017 | 0.37 | 0.23 | 10,685 | 0.36 | 0.21 |
| Hauling - milk | 10,883 | 0.28 | 0.17 | 8,898 | 0.28 | 0.17 | 8,075 | 0.27 | 0.16 |
| Insurance | 14,325 | 0.39 | 0.23 | 2,941 | 0.09 | 0.06 | 3,078 | 0.10 | 0.06 |
| Interest | 14,325 | 0.45 | 0.27 | 14,818 | 0.46 | 0.28 | 14,767 | 0.50 | 0.29 |
| Wages, contract labor, benefits & taxes | 67,045 | 2.11 | 1.27 | 68,001 | 2.11 | 1.28 | 67,483 | 2.28 | 1.32 |
| Marketing | 9,548 | 0.30 | 0.18 | 9,671 | 0.30 | 0.18 | 9,862 | 0.33 | 0.17 |
| Miscellaneous | 60 | | | 285 | 0.01 | 0.01 | 59 | | |
| Professional fees | 2,750 | 0.08 | 0.05 | 1,982 | 0.06 | 0.04 | 1,925 | 0.07 | 0.04 |
| Repairs & maintenance | 13,277 | 0.42 | 0.25 | 9,987 | 0.31 | 0.19 | 13,166 | 0.45 | 0.26 |
| Rent | 40,068 | 1.25 | 0.76 | 41,297 | 1.28 | 0.78 | 41,987 | 1.39 | 0.80 |
| Supplies | 4,997 | 0.16 | 0.09 | 8,773 | 0.27 | 0.17 | 6,558 | 0.22 | 0.13 |
| Taxes | | | | 1,424 | 0.04 | 0.03 | 1,599 | 0.05 | 0.03 |
| Utilities | 8,750 | 0.27 | 0.17 | 9,751 | 0.30 | 0.18 | 10,321 | 0.35 | 0.20 |
| **TOTAL OPERATING COSTS AND EXPENSES** | 542,382 | 16.99 | 0.21 | 674,857 | 20.93 | 12.75 | 578,848 | 19.63 | 11.32 |
| **INCOME (LOSS) FROM OPERATIONS** | $ 16,610 | $ 0.51 | $ 0.31 | $ (99,506) | $ (3.09) | $ (1.99) | $ (26,560) | $ (0.92) | $ (0.52) |

(Continued)

11

## NEW SCHOONEBEEK DAIRY, LLC

### SCHEDULE OF INCOME AND EXPENSES
### PER CWT OF MILK PRODUCED AND PER COW PER DAY

| | NEW SCHOONEBEEK DAIRY, LLC FOR THE SIX MONTHS ENDED JUNE 30, 2010 | | | METZKE & FAUPEL, PC DAIRY AVERAGES - THREE MONTHS ENDED MARCH 31, 2010 | | |
|---|---|---|---|---|---|---|
| | AMOUNT | PER CWT PRODUCED | PER COW PER DAY | AMOUNT | PER CWT | PER COW PER DAY |
| Quantity of Milk in CWT | 194,858 | | | 110,024 | | |
| Average Number of Cows Milked Per Day | 1,442 | | | 1,695 | | |
| Pounds of Milk Per Cow Per Day | 71 | | | 73 | | |
| Number of Calf Cows | 194 | | | 180 | | |
| Annualized Herd Turnover Rate | 22.47% | | | 36.67% | | |
| Average Cows on Farm for the Period | 1,741 | | | 2,024 | | |
| Number of Days in Period | 181 | | | 90 | | |
| Breakeven Milk Price | $ 17.39 | | | $ 16.32 | | |
| Breakeven Milk Production Per Cow Per Day | 75 | | | 71 | | |
| | | | | | | |
| **REVENUE FROM OPERATIONS:** | | | | | | |
| Milk | $ 3,066,197 | $ 18.59 | $ 9.74 | | | $ 18.10 |
| Livestock revenue | 44,691 | 0.24 | 0.14 | | 0.4 | 0.28 |
| Cull cow revenue | 95,848 | 0.52 | 0.30 | | | 0.46 |
| Other income | 178,398 | 0.91 | | | | 0.21 |
| **TOTAL REVENUE FROM OPERATIONS** | 3,384,494 | 18.39 | 10.74 | | 19.27 | 11.04 |
| | | | | | | |
| **OPERATING COSTS AND EXPENSES:** | | | | | | |
| Amortization | 3,000 | | 0.01 | 2,789 | 0.03 | 0.02 |
| Animal health | 273,401 | 1.47 | 0.87 | 60,715 | 0.55 | 0.33 |
| Bank charges | 7,248 | 0.04 | 0.03 | 1,474 | 0.01 | 0.01 |
| Bedding | | 0.20 | 0.12 | 18,358 | 0.16 | 0.09 |
| Breeding | 26,216 | 0.14 | 0.08 | 12,058 | 0.11 | 0.07 |
| Cull cow expense | 184,547 | 1.82 | 1.12 | 319,348 | 2.89 | 1.75 |
| Custom hire | | 0.12 | 0.07 | 28,428 | 0.26 | 0.16 |
| Depreciation | 1,000 | 0.58 | 0.34 | 123,537 | 1.12 | 0.68 |
| Feed | 1,586,633 | 8.55 | 5.06 | 839,228 | 7.63 | 4.51 |
| Fuel | 78,157 | 0.42 | 0.25 | 30,704 | 0.28 | 0.17 |
| Hauling - milk | 50,371 | 0.27 | 0.16 | 27,726 | 0.25 | 0.15 |
| Insurance | 23,044 | 0.13 | 0.08 | 14,148 | 0.13 | 0.08 |
| Interest | 87,525 | 0.47 | 0.28 | 110,771 | 1.00 | 0.60 |
| Wages, contract labor, benefits & taxes | 400,519 | 2.17 | 1.27 | 171,684 | 1.56 | 0.94 |
| Marketing | 55,468 | 0.30 | 0.18 | 28,851 | 0.26 | 0.16 |
| Miscellaneous | 679 | 0.00 | | 2,991 | 0.03 | 0.02 |
| Professional fees | 14,074 | 0.08 | 0.04 | 14,141 | 0.13 | 0.08 |
| Repairs & maintenance | 71,059 | 0.38 | 0.23 | 35,927 | 0.34 | 0.20 |
| Rent | 264,997 | 1.43 | 0.84 | 40,757 | 0.37 | 0.22 |
| Supplies | 38,528 | 0.21 | 0.12 | 51,687 | 0.47 | 0.28 |
| Taxes | 3,614 | 0.02 | 0.01 | 7,263 | 0.07 | 0.04 |
| Utilities | 49,065 | 0.27 | 0.16 | 26,579 | 0.24 | 0.15 |
| **TOTAL OPERATING COSTS AND EXPENSES** | 3,569,098 | 19.20 | 11.34 | 1,968,442 | 17.88 | 10.01 |
| **INCOME (LOSS) FROM OPERATIONS** | $ (184,574) | $ (1.00) | $ (0.60) | $ 43,047 | $ 0.39 | $ 0.23 |

See Accountant's Compilation Report.

12

Preliminary

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to:

Nancy J. Gargula
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2349

Alex Edgar
100 E Wayne Street
One Michiana Square
RM 555
South Bend, IN 46601

by first-class mail, postage fully prepaid on this the 20th day of July, 2010.

R. William Jonas, Jr. (5025-71)