UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NEW SCHOONEBEEK DAIRY, LLC, ) | CASE NO. 09-34327-hcd |
| Debtor. ) | Chapter 11 |

### MOTION TO DISALLOW SECURED CLAIM OF NORTH CENTRAL CO-OP

Comes now the Debtor, by counsel, and moves pursuant to 11 USC § 506(a) to disallow the secured claim of North Central Co-op, filed herein as Claim No. 2 in the amount of $146,186.98 on the grounds that:

1. The creditor is a junior secured creditor whose claim is wholly unsecured because the amount of the claim of the senior secured creditor exceeds the value of the collateral.

2. The amount of the claim is not in dispute.

3. Debtor proposes that Claim No. 2, in the amount of $146,186.98, be allowed as unsecured.

WHEREFORE, Debtor prays that Claim No. 2 of North Central Co-op be allowed in the amount of $146,186.98, as an unsecured claim, and for all other just and proper relief.

Respectfully submitted,

R. William Jonas, Jr. (#5025-71)
Attorney for the Debtor
Hammerschmidt, Amaral & Jonas
137 N. Michigan St.
South Bend, IN 46601
574-282-1231
574-282-1234 fax

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon:

Nancy Gargula
United States Trustee
One Michiana Square
100 East Wayne Street, Room 555
South Bend, IN 46601

Alexander L. Edgar
Office of the U.S. Trustee
One Michiana Square
Fifth Floor
100 E. Wayne Street
South Bend, IN 46601

Mr. Matthew J. Connelly
Blume Commelly, Jordan, Stucky & Lauer, LLP
110 W. Berry St., Suite 1700
Fort Wayne, IN 46802

by United States First Class Mail, postage prepaid this 20th day of October, 2010.

R. WILLIAM JONAS, JR.