

**U.S. Department of Justice**

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

555 One Michiana Square Bldg.      574/236-8105
100 East Wayne Street              FAX 574/236-8163
South Bend, Indiana 46601

Office of the United States Trustee – Region 10
South Bend, Indiana

Monthly Report
for
Debtors-in-Possession and Chapter 11 Trustees

Each month all Chapter 11 debtors must file two copies of this report with the Bankruptcy Clerk. The report must be filed with the attached reports identified below, ready for distribution to the U.S. Trustee no later than the 15th day of the month following the end of the calendar month covered by this report.

Debtor Name: New Schoonebeek Dairy LLC   For the month ended: March 2011

Case Number: 09-34327   Date Bankruptcy filed: Sept 8 2009

| Required Documents: | Attached | Previously Submitted |
|---|---|---|
| 1. Monthly Income Statement (P&L) | ✓ | |
| 2. Monthly Cash Flow Report (CF; 3 pages) | ✓ | |
| 3. Statement of Operations | ✓ | |
| 4. Other reports/documents as required by the U.S. Trustee | ✓ | |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying reports is complete, true and correct to the best of my knowledge, information, and belief.

By Harry Bekel   Dated: 4/18/2011

Owner (Title)   Debtor's telephone number 260-571-3940

Reports prepared by: Laura (Niehl) & Faupel   Accountant
   (Name)                        (Title)
   Harry Bekel         Owner New Sch. D.



U.S. Department of Justice

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

*555 One Michiana Square Bldg.*          *574/236-8105*
*100 East Wayne Street*                   *FAX 574/236-8163*
*South Bend, Indiana 46601*

**Office of the United States Trustee - Region 10**
**South Bend, Indiana**

**Statement of Operations**
**for the Month ended** March 2011

Debtor Name: Nece Schoenebeck Dairy, LLC.

Case Number: 09-34327

1. What efforts have been made toward the presentation of a plan to creditors?
   Make updated budget with & provided new updated plan.

2. Has the Debtor in possession made any payments on the pre-petition unsecured debt since the filing of the bankruptcy?
   __X__ NO

   _____ YES; If yes, then identify to whom the payment was made, the date paid, and the amount(s).

3. Provide a brief narrative covering any significant events which occurred this past month.


4. List the face value of accounts receivable as of the date that the bankruptcy was filed: $____
   What amount of these receivables is considered uncollectible? $____.

5. If assets have been sold this month in other than the ordinary course of business, provide the following information:

   a. assets(s) sold _____
   b. date of sale _____
   c. sales price _____
   d. net amount received _____

Oprept REV.September 3, 1992                                    Page 1 of 2

6. List payments made to principals, executives, or insiders (this includes draws or cash withdrawals by individuals or partners, dividends, lease payments on property owned by insider, loans, gross salaries, etc.)

| Payee Name | Position | Amount | Explanation |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

7. Schedule of insurance coverage.

| Type of Policy | Expiration Date |
|---|---|
| Same from last month. | Same |

Has any insurance coverage either been reduced or allowed to lapse during this month? If so, explain what changes have taken place.
No.

If any insurance coverage will expire within 60 days from this report, explain what steps are being taken to renew existing policies or to acquire new insurance coverage. Provide the United States Trustee with a new certificate.

8. Schedule of changes in personnel.

|   |   | Full Time | Part Time |
|---|---|---|---|
| a. | Total number of employees at beginning of this period. | 20 | 0 |
| b. | Number hired during this period. | — | 2 |
| c. | Number terminated or resigned. | 2 | — |
| d. | Total number of employees on payroll at the end of this period. | 18 | 2 → (Seizonal) Manure Hauling |

Oprept REV.September 3, 1992

Page 2 of 2

# OFFICE OF THE U.S. TRUSTEE - REGION 10
## MONTHLY CASH FLOW REPORT
for the month ended **March 2011**

### STATUS OF TAXES

| | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| *withholding | 0 | 690.00 | 690.00 | 0 |
| **FICA-employee | 0 | 2,224.88 | 2,224.88 | 0 |
| **FICA-employer | | 3,012.45 | 3,012.45 | 0 |
| unemployment | | | | |
| income | | | | |
| other - list | | | | |
| a. Subtotal | 0 | 5,927.33 | 5,927.33 | 0 |
| **STATE AND LOCAL** | | | | |
| withholding | 2,178.56 | 2,219.02 | 2,178.54 | 2,219.02 |
| sales | | | | |
| excise | | | | |
| unemployment | | | | |
| other | | | | |
| real property | | | | |
| personal property | | | | |
| other - list | | | | |
| b. Subtotal | 2,178.56 | | 8,105.89 | 2,219.02 |

TOTAL TAXES PAID - from a. & b. above
[this sum is to be listed on page 1, as tax payments

Explain the reason for any past due post-petition taxes:

- *the beginning tax liability should represent the liability from the prior month or, if this is the first operating report, this should be zero

- **Attach photocopies of IRS Form 6123 of your FTD coupon and payment receipt to verify payments or deposits.

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended March 2011

**Debtor Name** New Schoonebeek Dairy, LLC

**Case Number** _____

Reconciled bank balance and cash on hand from last month   11,256
(If this is the first report, insert the cash balance as of the petition date.)

**CASH RECEIPTS**
from cash sales/receipts   693,841
from collection of pre-petition receivables   _____
from collection of post-petition receivables   _____
from loans   _____
from contributions to capital or from gifts   _____
other receipts (itemize on a separate sheet)   _____
  TOTAL RECEIPTS (Do not include beginning bank balance)   693,841

**CASH DISBURSEMENTS**
  inventory purchases   146,490
\* net payments to officers/owners   5000
\* net payments to other employees   36,150
  rent payments   5026
  lease payments   _____
  mortgage or note payments   _____
  adequate protection payments   _____
  insurance   2432
  utilities/telephone   7952
\*\* tax payments   8106
  supplies   10493
  outside labor   _____
  travel/entertainment   _____
\*\*\* payments to attorneys   _____
\*\*\* payments to accountants   _____
\*\*\* payments to other professionals   1500
  U.S. Trustee Quarterly Fee   _____
  other expenses (itemize on separate sheet)   456,684
  TOTAL DISBURSEMENTS   698,823

NET CASH FLOW (Total Receipts minus Total Disbursements)   (4982)

Bank Balance and cash on hand at the end of the month   6,274
(beginning balance + cash receipts - cash disbursements)

\*   This figure is the actual cash paid, i.e. gross payroll less taxes withheld
\*\*   This figure comes from page 2 of this form
\*\*\*   Attach a copy of the court order authorizing such payments

## New Schoonebeek Dairy, LLC
## Monthly Cash Flow Report - Detail of Other Expenses

| Other Expenses: | March |
|---|---:|
| Animal health | 41,945 |
| Bank charges | 671 |
| Bedding | 7,872 |
| Breeding | 3,840 |
| Custom hire | - |
| Feed | 337,109 |
| Fuel | 17,191 |
| Milk hauling | 7,284 |
| Interest | 10,982 |
| Marketing | 7,419 |
| Misc | 1 |
| Repairs | 22,370 |
| Other taxes | - |
| | $ 456,684 |

## OFFICE OF THE U.S. TRUSTEE - REGION 10
## MONTHLY INCOME STATEMENT
### As of March 2011

**Debtor Name:** New Schoonebeek Dairy, LLC

**Case Number:** _____

| | CURRENT MONTH | YEAR TO DATE |
|---|---|---|
| **INCOME** | | |
| Gross Receipts or Sales | 695,750 | 1,856,044 |
| less: returns or allowances | | |
| **Cost of Goods** | | |
| Beginning Inventory | | |
| Purchases | | |
| Other Costs (list) | | |
| less: ending inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| Interest | | |
| Rents | | |
| Gain (Loss) from sale of property | | |
| Other income | | |
| Total income | 695,750 | 1,856,044 |
| **GENERAL AND ADMINISTRATIVE EXPENSES** | | |
| Compensation of Officers | 64,296 | 178,014 |
| Salaries & Wages | 22,270 | 59,706 |
| Repairs & Maintenance | 16,493 | 37,988 |
| Supplies | | |
| Bad Debts | 5,026 | 15,691 |
| Rents | | |
| Payroll Taxes | | 344 |
| Other Taxes | 10,902 | 35,298 |
| Interest Expense | 10,000 | 203,000 |
| Depreciation | 2,422 | 1,517 |
| Insurance | | |
| Travel & Entertainment | 7952 | 32,014 |
| Utilities & Telephone | 1500 | 33,878 |
| Professional & Legal | 423,331 | 1,247,337 |
| Other Expenses (Attach Schedule) | 649,272 | 1,952,017 |
| Total Expenses | | |
| Net Profit (Loss) | (46,378) | (95,973) |

## New Schoonebeek Dairy, LLC
## Monthly Income Statement - Detail of Other Expenses

| Other Expenses: | March | YTD |
|---|---:|---:|
| Animal Health | 41,945 | 101,710 |
| Bank charges | 671 | 1,264 |
| Bedding | 7,872 | 15,050 |
| Breeding | 3,840 | 8,616 |
| Custom Hire | - | 4,903 |
| Feed | 337,109 | 1,022,896 |
| Fuel | 17,191 | 41,658 |
| Milk Hauling | 7,284 | 23,681 |
| Marketing | 7,419 | 27,463 |
| Misc | - | 66 |
| | $ 423,331 | $ 1,247,337 |

# NEW SCHOONEBEEK DAIRY, LLC

## FINANCIAL INFORMATION
## MARCH 31, 2011 AND 2010

*Preliminary*

# NEW SCHOONEBEEK DAIRY, LLC

## TABLE OF CONTENTS

|  | PAGE NUMBER |
|---|---|
| Independent Accountant's Compilation Report | 1 |
| Balance Sheets | 2 - 3 |
| Statements of Income | 4 |
| Statements of Changes in Member's Equity (Deficit) | 5 |
| Selected Information | 6 |
| Supplementary Information | 7 |
| Schedule of Feed Expense | 8 |
| Schedule of Dairy Livestock | 9 |
| Schedule of Income and Expense Per CWT of Milk Produced and Per Cow Per Day | 10 - 11 |

*Preliminary* (watermark)

# NEW SCHOONEBEEK DAIRY, LLC

## BALANCE SHEETS

|  | MARCH 31, 2011 | MARCH 31, 2010 |
|---|---:|---:|
| **ASSETS** | | |
| **CURRENT ASSETS:** | | |
| Cash | $ 6,274 | $ 15,489 |
| Commodity receivables | 162,390 | 171,282 |
| Other receivables | 21,401 | 32,304 |
| Feed Inventory | - | 131,386 |
| Prepaid expenses | 122,096 | - |
| TOTAL CURRENT ASSETS | 312,161 | 350,461 |
| | | |
| **PROPERTY AND EQUIPMENT - AT COST:** | | |
| Leasehold improvements | 160,843 | 160,843 |
| Buildings | 13,495 | 13,495 |
| Machinery and equipment | 1,110,872 | 1,110,872 |
| Dairy livestock | 2,549,100 | 3,062,136 |
| TOTAL PROPERTY AND EQUIPMENT - AT COST | 3,834,310 | 4,347,346 |
| Accumulated depreciation | (861,546) | (668,930) |
| NET PROPERTY AND EQUIPMENT - AT COST | 2,982,764 | 3,678,416 |
| | | |
| **OTHER ASSETS:** | | |
| Loan fees - net of amortization | 283 | 3,856 |
| Investments in cooperatives - net of reserve | 238,586 | 202,159 |
| TOTAL OTHER ASSETS | 238,869 | 206,015 |
| | | |
| **TOTAL ASSETS** | $ 3,533,794 | $ 4,234,892 |

*Preliminary*

(Continued)

2

04/18/2011 23:21 FAX                                                                                                                          ☒013
04/18/2011  13:53 Nietzke & Pauper P.C.  Case 09-34827-hcd   Doc 236   Filed 04/19/11   Page 12 of 17          P.009/013

# SUPPLEMENTARY INFORMATION

*Preliminary*

## NEW SCHOONEBECK DAIRY, LLC

### SCHEDULE OF FEED EXPENSE
### FOR THE MONTHS AND THREE MONTHS ENDED MARCH 31, 2011

|  | JANUARY 31, 2011 | FEBRUARY 28, 2011 | MARCH 31, 2011 | YEAR TO DATE |
|---|---:|---:|---:|---:|
| **Other Feed Purchased:** | | | | |
| Flack Farms | $ 57,302 | $ 57,500 | $ 55,000 | $ 169,802 |
| Mark Deardorff | 20,000 | 100,000 | 65,008 | 185,008 |
| Sanimax Marketing | 11,780 | 13,020 | 14,120 | 38,920 |
| Sunshine Dairy | 82,500 | - | - | 82,500 |
| Synergy Feeds | 160,706 | 88,817 | 114,726 | 364,249 |
| Zeeland Farm Service Inc. | 36,460 | 39,630 | 47,560 | 123,670 |
| **Total Feed Expense** | $ 368,768 | $ 298,967 | $ 296,414 | $ 964,149 |

**Per Cow Information:**

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| Average Dairy Cows on the Farm | 1,608 | 1,544 | 1,427 | 1,526 |
| Days in Month | 31 | 28 | 31 | 90 |
| Estimated Feed Per Cow Per Day | $ 7.40 | $ 6.92 | $ 6.70 | $ 7.02 |

*Preliminary*

See Independent Accountant's Compilation Report.    8

**NEW SCHOONEBEEK DAIRY, LLC**

**SCHEDULE OF DAIRY LIVESTOCK**

**FOR THE MONTHS AND THE THREE MONTHS ENDED MARCH 31, 2011**

| | Beginning Balance | Purchases | Sub Total | Sales | Died | Total Cull Cows | Ending Balance |
|---|---|---|---|---|---|---|---|
| **January** | | | | | | | |
| Number of cows | 1,530 | 8 | 1,538 | (28) | (25) | (53) | 1,485 |
| Average cost | 1,789 | 1,625 | 1,788 | 1,792 | 1,792 | 1,792 | 1,788 |
| Dollar amount | $ 2,737,170 | $ 13,000 | $ 2,750,170 | $ (50,176) | $ (44,814) | $ (94,990) | $ 2,655,180 |
| **February** | | | | | | | |
| Number of cows | 1,485 | 61 | 1,546 | (105) | (3) | (143) | 1,403 |
| Average cost | 1,788 | 1,392 | 1,772 | 1,766 | 1,766 | 1,766 | 1,773 |
| Dollar amount | $ 2,655,180 | $ 84,900 | $ 2,740,080 | $ (185,430) | $ (6,131) | $ (252,561) | $ 2,487,519 |
| **March** | | | | | | | |
| Number of cows | 1,403 | 93 | 1,496 | (25) | (21) | (46) | 1,450 |
| Average cost | 1,773 | 1,506 | 1,756 | 1,707 | 1,707 | 1,707 | 1,758 |
| Dollar amount | $ 2,487,519 | $ 140,090 | $ 2,627,609 | $ (42,675) | $ (35,834) | $ (78,509) | $ 2,549,100 |
| **Year to Date** | | | | | | | |
| Number of cows | 1,530 | 162 | 1,692 | (158) | (84) | (242) | 1,450 |
| Average cost | 1,789 | 1,416 | 1,758 | 1,761 | 1,761 | 1,761 | 1,758 |
| Dollar amount | $ 2,737,170 | $ 237,990 | $ 2,975,160 | $ (278,281) | $ (147,779) | $ (426,060) | $ 2,549,100 |

*Preliminary*

9

See Independent Accountant's Compilation Report

NEW SCHOONEBEEK DAIRY, LLC

SCHEDULE OF INCOME AND EXPENSES
PER CWT OF MILK PRODUCED AND PER COW PER DAY

| | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED JANUARY 31, 2011 | | | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED FEBRUARY 28, 2011 | | | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED MARCH 31, 2011 | | |
|---|---|---|---|---|---|---|---|---|---|
| | AMOUNT | PER CWT PRODUCED | PER COW PER DAY | AMOUNT | PER CWT PRODUCED | PER COW PER DAY | AMOUNT | PER CWT PRODUCED | PER COW PER DAY |
| Quantity of milk in cwt | 29,525 | | | 24,730 | | | 29,044 | | |
| Average number of cows milked per day | 1,332 | | | 1,291 | | | 1,262 | | |
| Pounds of milk per cow per day | 69 | | | 64 | | | 74 | | |
| Number of cull cows | 53 | | | 143 | | | 45 | | |
| Annualized herd turnover rate | 28.81% | | | 120.73% | | | 37.95% | | |
| Average cows on farm for the period | 1,508 | | | 1,544 | | | 1,527 | | |
| Number of days in period | 31 | | | 28 | | | 31 | | |
| Breakeven milk price | $ 23.24 | | | $ 24.09 | | | $ 29.63 | | |
| Breakeven milk production per cow per day | 69 | | | 85 | | | 72 | | |
| | | | | | | | | | |
| REVENUE FROM OPERATIONS: | | | | | | | | | |
| Milk | $ 614,323 | 18.03 | 10.32 | $ 481,120 | 19.25 | 1.26 | $ 619,274 | 21.22 | 14.00 |
| Livestock revenue | 3,260 | 1.05 | 0.07 | 59,030 | | .37 | 9,818 | 0.34 | 0.22 |
| Bank charges | 589 | .02 | 0.01 | 10 | | .11 | 672 | 0.02 | 0.33 |
| Cull cow revenue | 45,117 | 0.53 | 0.30 | 91,015 | 0.09 | | 14,781 | 0.51 | 0.40 |
| Other income | 33,568 | 1.18 | 0.67 | 37,872 | 1.53 | 0.87 | 17,839 | 0.61 | |
| TOTAL REVENUE FROM OPERATIONS | 596,208 | 18.85 | 11.38 | 578,051 | 17.27 | 15.71 | 661,723 | 22.78 | 14.95 |
| | | | | | | | | | |
| OPERATING COSTS AND EXPENSES: | | | | | | | | | |
| Amortization | 50 | | | | | | 50 | | |
| Animal health | 30,146 | 1.05 | 0.58 | 20,297 | 1.18 | 0.66 | 37,266 | 1.28 | 0.84 |
| Bank charges | | | 0.01 | | | | | 0.02 | 0.02 |
| Bedding | 2,675 | 0.10 | 0.06 | 2,319 | 0.09 | 0.05 | 9,131 | 0.31 | 0.21 |
| Breeding | 4,776 | 0.16 | 0.10 | 1,020 | 0.04 | 0.02 | 4,829 | 0.17 | 0.11 |
| Cull cow expense | 94,980 | 3.33 | 1.91 | 282,551 | 10.21 | 5.84 | 78,509 | 2.78 | 1.77 |
| Custom hire | 603 | 0.03 | 0.02 | 4,901 | 0.19 | 0.11 | | | |
| Depreciation | 9,500 | 0.53 | 0.30 | 15,000 | 0.61 | 0.35 | 15,000 | 0.52 | 0.34 |
| Feed | 217,738 | 12.88 | 7.40 | 298,967 | 12.09 | 6.92 | 266,414 | 10.21 | 6.70 |
| Fuel | 12,338 | 0.43 | 0.24 | 12,357 | 0.50 | 0.29 | 17,191 | 0.58 | 0.39 |
| Hauling - milk | 8,258 | 0.29 | 0.17 | 7,204 | 0.29 | 0.17 | 8,312 | 0.29 | 0.19 |
| Insurance | 5,511 | 0.19 | 0.11 | 1,534 | 0.06 | 0.04 | 2,422 | 0.08 | 0.05 |
| Interest | 15,758 | 0.55 | 0.32 | 14,551 | 0.68 | 0.34 | 15,926 | 0.55 | 0.36 |
| Wages, contract labor, benefits & taxes | 59,643 | 2.69 | 1.20 | 59,063 | 2.35 | 1.34 | 50,581 | 1.74 | 1.14 |
| Marketing | 5,705 | 0.20 | 0.11 | 4,946 | 0.20 | 0.11 | 5,909 | 0.20 | 0.13 |
| Miscellaneous | | | | 65 | | | 290 | 0.01 | 0.01 |
| Professional fees | | 0.39 | 0.22 | | 0.69 | 0.51 | | 0.62 | 0.54 |
| Repairs & maintenance | 11,149 | 2.04 | 1.17 | 22,097 | 2.31 | 1.32 | 23,860 | 1.93 | 1.27 |
| Rent | 58,181 | 0.35 | 0.22 | 57,012 | 0.55 | 0.31 | 56,061 | 0.35 | 0.23 |
| Supplies | 11,017 | 0.03 | 0.04 | 13,498 | 0.07 | 0.04 | 10,045 | 0.05 | 0.06 |
| Taxes | 1,750 | | 0.15 | 1,845 | 0.38 | 0.20 | 1,538 | 0.27 | 0.16 |
| Utilities | 7,934 | 0.26 | | 8,790 | | | 7,852 | | |
| TOTAL OPERATING COSTS AND EXPENSES | 714,633 | 25.89 | 14.35 | 905,066 | 32.50 | 18.64 | 641,740 | 22.08 | 14.51 |
| INCOME (LOSS) FROM OPERATIONS | $ (148,425) | (5.21) | (2.98) | $ (127,378) | (5.19) | (2.95) | $ 19,983 | 0.69 | 0.44 |

(Continued)
See Independent Accountants Compilation Report.

10

**NEW SCHOOMEBEEK DAIRY, LLC**

**SCHEDULE OF INCOME AND EXPENSES**
**PER CWT OF MILK PRODUCED AND PER COW PER DAY**

| | NEW SCHOOMEBEEK DAIRY, LLC FOR THE THREE MONTHS ENDED MARCH 31, 2011 | | | NIETZKE & FAUPEL, PC DAIRY AVERAGES FOR THE NINE MONTHS ENDED SEPTEMBER 30, 2010 | | |
|---|---|---|---|---|---|---|
| | AMOUNT | PER CWT PRODUCED | PER COW PER DAY | AMOUNT | PER CWT PRODUCED | PER COW PER DAY |
| Quantity of milk in cwt | 82,289 | | | 525,983 | | |
| Average number of cows milked per day | 1,255 | | | 1,834 | | |
| Pounds of milk per cow per day | 71 | | | 74 | | |
| Number of cull cows | 242 | | | 618 | | |
| Annualized herd turnover rate | 64.31% | | | 36.15% | | |
| Average cows on farm for the period | 1,529 | | | 1,918 | | |
| Number of days in period | 90 | | | 273 | | |
| Breakeven milk price | $ 22.85 | | | $ 16.05 | | |
| Breakeven milk production per cow per day | 82 | | | 71 | | |

| REVENUE FROM OPERATIONS: | | | | | | |
|---|---|---|---|---|---|---|
| Milk | $ 1,524,717 | $ 18.74 | $ 11.83 | | $ 17.77 | $ 18.45 |
| Livestock revenue | 72,089 | 0.88 | 0.52 | | 0.48 | 0.30 |
| Cull cow revenue | 120,823 | 1.47 | | | 0.77 | 0.48 |
| Other income | 69,894 | | | | 0.24 | 0.15 |
| TOTAL REVENUE FROM OPERATIONS | 1,806,623 | 23.17 | 13.66 | | 19.26 | 19.38 |

| OPERATING COSTS AND EXPENSES: | | | | | | |
|---|---|---|---|---|---|---|
| Amortization | 150 | | | 7,451 | 0.02 | 0.01 |
| Animal health | | 1.13 | 0.70 | 179,591 | 0.55 | 0.34 |
| Bank charges | | 0.02 | 0.01 | 4,195 | 0.01 | 0.01 |
| Bedding | | 0.17 | 0.10 | 59,654 | 0.16 | 0.10 |
| Breeding | 10,755 | 0.13 | 0.08 | 33,251 | 0.10 | 0.06 |
| Cull cow expense | | 5.18 | 3.10 | 891,504 | 2.73 | 1.70 |
| Custom hire | | 0.07 | 0.04 | 93,854 | 0.29 | 0.18 |
| Depreciation | 45,000 | 0.55 | 0.33 | 343,711 | 1.05 | 0.65 |
| Feed | 964,149 | 11.72 | 7.02 | 2,426,478 | 7.44 | 4.64 |
| Fuel | 41,658 | 0.51 | 0.30 | 93,387 | 0.29 | 0.18 |
| Hauling - milk | 23,822 | 0.29 | 0.17 | 85,961 | 0.25 | 0.16 |
| Insurance | 9,517 | 0.12 | 0.07 | 40,157 | 0.12 | 0.08 |
| Interest | 46,236 | 0.56 | 0.34 | 306,439 | 0.94 | 0.58 |
| Wages, contract labor, benefits & taxes | 168,238 | 2.04 | 1.22 | 503,519 | 1.54 | 0.96 |
| Marketing | 16,490 | 0.20 | 0.12 | 63,143 | 0.25 | 0.18 |
| Miscellaneous | 385 | 0.00 | - | 8,790 | 0.03 | 0.02 |
| Professional fees | | - | - | 45,459 | 0.14 | 0.09 |
| Repairs & maintenance | 57,032 | 0.69 | 0.42 | 117,769 | 0.36 | 0.23 |
| Rent | 171,244 | 2.08 | 1.25 | 135,199 | 0.41 | 0.26 |
| Supplies | 34,539 | 0.42 | 0.26 | 156,341 | 0.48 | 0.30 |
| Taxes | 5,055 | 0.06 | 0.04 | 21,432 | 0.07 | 0.04 |
| Utilities | 24,278 | 0.29 | 0.18 | 98,224 | 0.30 | 0.19 |
| TOTAL OPERATING COSTS AND EXPENSES | 2,162,441 | 26.28 | 15.74 | 5,725,823 | 17.55 | 10.96 |
| INCOME (LOSS) FROM OPERATIONS | $ (255,818) | $ (3.11) | $ (1.88) | $ 225,051 | $ 0.71 | $ 0.42 |

See Independent Accountant's Compilation Report.

11

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon:

Nancy J. Gargula
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2349

Alex Edgar
100 E Wayne Street
One Michiana Square
RM 555
South Bend, IN 46601

by United States First Class Mail, postage prepaid this 19th day of April, 2011.

_____
R. WILLIAM JONAS, JR.