### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 09-34327 |
| NEW SCHOONEBEEK DAIRY, LLC ) | Chapter 11 |
| TAX ID/EIN: 61-1409707 ) | |
| ) | |
| 1858 E. 800 S. ) | |
| La Fontaine, IN 46940 ) | |
| ) | |
| Debtor. ) | |

### JOINT MOTION TO CONTINUE VALUATION HEARING

COME NOW Debtor, New Schoonebeek Dairy, LLC ("Debtor"), by counsel, and secured creditor North Central Cooperative, Inc. ("NCC"), by counsel, and respectfully petition the Court to continue the Valuation Hearing scheduled for June 29, 2011 for the following reasons:

1. In the Court's March 31, 2011, Memorandum Of Decision, the Court found that NCC holds a secured lien on the property of Debtor's estate to the extent that there are assets remaining for distribution at the time of confirmation of the Chapter 11 Plan. The Court further found that the valuation of NCC's secured status must be resolved by a Valuation Hearing. Therefore, the Court scheduled a Rule 3012 Hearing on Valuation for June 29, 2011.

2. At a Hearing on June 7, 2011, on Confirmation of the Debtor's Chapter 11 Plan, the Debtor moved to withdraw the Plan and the Court granted that Motion and instructed the Debtor to file an Amended Chapter 11 Plan no later than July 7, 2011.

3. Before litigating the issue of the valuation of NCC's secured claim, NCC would like the opportunity of reviewing the Debtor's Amended Chapter 11 Plan. NCC's and the Debtor's attorneys have conducted preliminary discussions regarding the possible treatment of

Amended Plan, and counsel for the parties believe that the terms of the Amended Plan as discussed may very well resolve the parties' dispute regarding the value of NCC's secured claim.

4. In furtherance of judicial economy and in an effort to resolve this valuation issue without the necessity of a Rule 3012 Hearing, the parties hereto would respectfully request the Court to continue the June 29, 2011 Valuation Hearing in order to allow the parties to review and discuss the terms of the anticipated Amended Chapter 11 Plan, which may obviate the necessity for the Valuation Hearing.

WHEREFORE, the parties hereto, by counsel, respectfully petition the Court to continue without date the Valuation Hearing currently scheduled for June 29, 2011.

Respectfully Submitted,

_____
Matthew J. Connelly, #3332-02
**Blume, Connelly, Jordan, Stucky & Lauer, LLP**
110 West Berry Street, Suite 1700
Fort Wayne, IN 46802
Telephone: (260) 423-3525
Facsimile: (260) 423-3529
Email: lsavitz@bcjslaw.com
Attorney for NCC

_____
R. William Jonas, Jr., #5025-71
**Hammerschmidt, Amaral & Jonas**
137 N. Michigan St.
South Bend, IN 46601
Telephone: 574-282-1231
Facsimile: 574-282-1234
Email: rwj@hajlaw.com
Attorney for Debtor

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ___20___ day of June, 2011, a true and correct copy of the above and foregoing Joint Motion to Continue Valuation Hearing was served upon the following by filing electronically and via U.S. Mail, postage pre-paid:

Alexander L. Edgar  
Office of the U.S. Trustee  
One Michiana Square, Fifth Floor  
100 E. Wayne Street  
South Bend, IN 46601  

Nancy Gargula  
United States Trustee  
One Michiana Square  
100 East Wayne Street, Room 555  
South Bend, IN 46601  

Jay P. Kennedy  
KROGER, GARDIS & REGAS, LLP  
111 Monument Circle, Suite 900  
Indianapolis, IN 46204  

_____  
R. William Jonas, Jr., Esq.

3