

**U.S. Department of Justice**

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

555 One Michiana Square Bldg.
100 East Wayne Street
South Bend, Indiana 46601

574/236-8105
FAX 574/236-8163

**Office of the United States Trustee - Region 10**
**South Bend, Indiana**

**Statement of Operations**
**for the Month ended** __

**Debtor Name:** New Schoonebeek Dairy, LLC

**Case Number:** 09-34327

1. **What efforts have been made toward the presentation of a plan to creditors?**
make updated budget ~~with~~
New plan with investor is on file by court, on July 1 2011

2. **Has the Debtor in possession made any payments on the pre-petition unsecured debt since the filing of the bankruptcy?**

___X___ **NO**

________ **YES; If yes, then identify to whom the payment was made, the date paid, and the amount(s).**

3. **Provide a brief narrative covering any significant events which occurred this past month.**

4. ***List* the face value of accounts receivable as of the date that the bankruptcy was filed: $____ What amount of these receivables is considered uncollectible? $________.**

5. **If assets have been sold this month in other than the ordinary course of business, provide the following information:**

   a. **assets(s) sold** — 
   b. **date of sale** — 
   c. **sales price** — 
   d. **net amount received** —

  


**U.S. Department of Justice**

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

*555 One Michiana Square Bldg.*
*100 East Wayne Street*
*South Bend, Indiana 46601*

*574/236-8105*
*FAX 574/236-8163*

# Office of the United States Trustee - Region 10
# South Bend, Indiana

## Monthly Report
## for
## Debtors-in-Possession and Chapter 11 Trustees

Each month all Chapter 11 debtors must file two copies of this report with the Bankruptcy Clerk. The report must be filed with the attached reports identified below, ready for distribution to the U.S. Trustee no later than the 15th day of the month following the end of the calendar month covered by this report.

Debtor Name: New Schoonebeek Dairy LLC    For the month ended: June 2011

Case Number: 09-34327    Date Bankruptcy filed: Sept. 8 2009

| Required Documents: | | Attached | Previously Submitted |
|---|---|---|---|
| 1. | Monthly Income Statement (P&L) | ✓ | |
| 2. | Monthly Cash Flow Report (CF; 3 pages) | ✓ | |
| 3. | Statement of Operations | ✓ | |
| 4. | Other reports/documents as required by the U.S. Trustee | ✓ | |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying reports is complete, true and correct to the best of my knowledge, information, and belief.

By Harry Bekel    Dated: 7/19/2011

Owner (Title)    Debtor's telephone number 260-571-3940

Reports prepared by: Laura (Nietzke & Faupel) & Harry Bekel (Name) — Accountant — Owner New Schoonebeek Dairy (Title)

6. List payments made to principals, executives, or insiders (this includes draws or cash withdrawals by individuals or partners, dividends, lease payments on property owned by insider, loans, gross salaries, etc.)

| Payee Name | Position | Amount | Explanation |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

7. Schedule of insurance coverage.

| Type of Policy | Expiration Date |
|---|---|
| Same from | Same |
| last month. | |

Has any insurance coverage either been reduced or allowed to lapse during this month? If so, explain what changes have taken place.

No.

If any insurance coverage will expire within 60 days from this report, explain what steps are being taken to renew existing policies or to acquire new insurance coverage. Provide the United States Trustee with a new certificate.

8. *Schedule of changes in personnel.*

| | | Full Time | Part Time |
|---|---|---|---|
| a. | Total number of employees at beginning of this period. | 17 | 2 |
| b. | Number hired during this period. | — | 1 |
| c. | Number terminated or resigned. | 1 | — |
| d. | Total number of employees on payroll at the end of this period. | 16 | 3 |

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended June 2011

STATUS OF TAXES

| | BEGINNING *TAX LIABILITY | AMOUNT WITHHELD OR ACCURED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| **withholding | 0 | 1049.00 | 1049.00 | 0 |
| **FICA-employee | 0 | 2328.18 | 2328.18 | 0 |
| **FICA-employer | 0 | 3152.33 | 3152.33 | 0 |
| unemployment | | | | |
| income | | | | |
| other - list | | | | |
| a. Subtotal | | 6529.51 | 6529.51 | |
| **STATE AND LOCAL** | | | | |
| withholding | 2293.00 | 2363.10 | 2293.00 | 2363.10 |
| sales | | | | |
| excise | | | | |
| unemployment | | | | |
| other | | | | |
| real property | | | | |
| personal property | | | | |
| other - list | | | | |
| b. Subtotal | 2293.00 | 2363.10 | 2293.00 | 2363.10 |
| TOTAL TAXES PAID - from a. & b. above (this sum is to be listed on page 1, as tax payments | | | 8822.57 | |

Explain the reason for any past due post-petition taxes: ____________________

*the beginning tax liability should represent the liability from the prior month or, if this is the first operating report, this should be zero

**Attach photocopies of IRS Form 6123 of your FTD coupon and payment receipt to verify payments or deposits.

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended June 2011

Debtor Name New Schoonebeek Dairy, LLC

Case Number

Reconciled bank balance and cash on hand from last month (If this is the first report, insert the cash balance as of the petition date.) 4,119

CASH RECEIPTS

| | | |
|---|---|---|
| from cash sales/receipts | 587,622 | |
| from collection of pre-petition receivables | | |
| from collection of post-petition receivables | | |
| from loans | | |
| from contributions to capital or from gifts | | |
| other receipts (itemize on a separate sheet) | | |
| TOTAL RECEIPTS (Do not include beginning bank balance) | | 587,622 |

CASH DISBURSEMENTS

| | | | |
|---|---|---|---|
| | inventory purchases | 62,900 | |
| * | net payments to officers/owners | 5,070 | |
| * | net payments to other employees | 40,454 | |
| | rent payments | 26,060 | |
| | lease payments | | |
| | mortgage or note payments | | |
| | adequate protection payments | | |
| | insurance | 1412 | |
| | utilities/telephone | 10,678 | |
| ** | tax payments | 8823 | |
| | supplies | 12,811 | |
| | outside labor | | |
| | travel/entertainment | | |
| *** | payments to attorneys | | |
| *** | payments to accountants | 2000 | |
| *** | payments to other professionals | | |
| | U.S. Trustee Quarterly Fee | | |
| | other expenses (itemize on separate sheet | 435,839 | |
| | TOTAL DISBURSEMENTS | | 588,647 |

NET CASH FLOW (Total Receipts minus Total Disbursements) (1,025)

Bank Balance and cash on hand at the end of the month (beginning balance + cash receipts - cash disbursements) 3094

* This figure is the actual cash paid. i.e. gross payroll less taxes withheld

** This figure comes from page 2 of this form

*** Attach a copy of the court order authorizing such payments

# New Schoonebeek Dairy, LLC
## Monthly Cash Flow Report - Detail of Other Expenses

| Other Expenses: | June |
|---|---|
| Animal health | 24,559 |
| Bank charges | 290 |
| Bedding | 3,987 |
| Breeding | 4,264 |
| Custom hire | 1,600 |
| Feed | 330,764 |
| Fuel | 13,018 |
| Milk hauling | 8,542 |
| Interest | 12,166 |
| Marketing | 8,812 |
| Misc | - |
| Repairs | 27,845 |
| Other taxes | - |
| | $ 435,839 |

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY INCOME STATEMENT

As of June 2011

Debtor Name: New Schoonebeek Dairy, LLC

Case Number: 

| INCOME | | CURRENT MONTH | YEAR TO DATE |
|---|---|---|---|
| Gross Receipts or Sales | | 587,022 | 3,744,015 |
| less: returns or allowances | | | |
| **Cost of Goods** | | | |
| Beginning Inventory | | | |
| Purchases | | | |
| Other Costs (list) | | | |
| less: ending inventory | | | |
| Cost of Goods Sold | | | |
| Gross Profit | | | |
| Interest | | | |
| Rents | | | |
| Gain (Loss) from sale of property | | | |
| Other Income | | | |
| Total Income | | 587,022 | 3,744,015 |
| **GENERAL AND ADMINISTRATIVE EXPENSES** | | | |
| Compensation of Officers | | 49,348 | 340,010 |
| Salaries & Wages | | 27,845 | 118,740 |
| Repairs & Maintenance | | 12,811 | 75,082 |
| Supplies | | | |
| Bad Debts | | 8,000 | 35,101 |
| Rents | | | |
| Payroll Taxes | | | 13,724 |
| Other Taxes | | 17,158 | 71,380 |
| Interest Expense | | 101,000 | 606,000 |
| Depreciation | | 1,412 | 14,878 |
| Insurance | | | |
| Travel & Entertainment | | 10,678 | 52,040 |
| Utilities & Telephone | | 2,000 | 64,277 |
| Professional & Legal | | 395,836 | 2,452,996 |
| Other Expenses (Attach Schedule) | | | |
| Total Expenses | | 621,748 | 3,850,228 |
| Net Profit (Loss) | | (34,126) | (106,213) |

**New Schoonebeek Dairy, LLC**
**Monthly Income Statement - Detail of Other Expenses**

| Other Expenses: | June | YTD |
|---|---|---|
| Animal Health | 24,559 | 175,077 |
| Bank charges | 290 | 2,853 |
| Bedding | 3,967 | 31,463 |
| Breeding | 4,264 | 21,168 |
| Custom Hire | 1,600 | 6,809 |
| Feed | 330,764 | 2,036,989 |
| Fuel | 13,018 | 76,863 |
| Milk Hauling | 8,542 | 48,660 |
| Marketing | 8,812 | 53,401 |
| Misc | - | 713 |
| | $ 395,836 | $ 2,462,996 |

# NEW SCHOONEBEEK DAIRY, LLC

## FINANCIAL INFORMATION
## JUNE 30, 2011 AND 2010

# NEW SCHOONEBEEK DAIRY, LLC

## TABLE OF CONTENTS

| | PAGE NUMBER |
|---|---|
| **Independent Accountant's Compilation Report** | 1 |
| Balance Sheets | 2 - 3 |
| Statements of Income | 4 |
| Statements of Changes in Member's Equity (Deficit) | 5 |
| Selected Information | 6 |
| **Supplementary Information** | 7 |
| Schedule of Feed Expense | 8 |
| Schedule of Dairy Livestock | 9 |
| Schedule of Income and Expenses Per CWT of Milk Produced and Per Cow Per Day | 10 - 12 |

# NEW SCHOONEBEEK DAIRY, LLC

## BALANCE SHEETS

| | JUNE 30, 2011 | JUNE 30, 2010 |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS:** | | |
| Cash | $ 3,094 | |
| Commodity receivables | 117,365 | $ 140,378 |
| Other receivables | 14,947 | 34,049 |
| Feed inventory | - | 83,482 |
| Prepaid expenses | 122,593 | 4,000 |
| **TOTAL CURRENT ASSETS** | 257,999 | 261,909 |
| **PROPERTY AND EQUIPMENT - AT COST:** | | |
| Leasehold improvements | 160,843 | 160,843 |
| Buildings | 13,495 | 13,495 |
| Machinery and equipment | 1,110,872 | 1,110,872 |
| Dairy livestock | 2,619,245 | 2,941,470 |
| **TOTAL PROPERTY AND EQUIPMENT - AT COST** | 3,904,455 | 4,226,680 |
| Accumulated depreciation | (896,546) | (722,930) |
| **NET PROPERTY AND EQUIPMENT - AT COST** | 3,007,909 | 3,503,750 |
| **OTHER ASSETS:** | | |
| Loan fees - net of amortization | 133 | 2,356 |
| Investments in cooperatives – net of reserve | 247,019 | 211,515 |
| **TOTAL OTHER ASSETS** | 247,152 | 213,871 |
| **TOTAL ASSETS** | $ 3,513,060 | $ 3,979,530 |

(Continued)

# NEW SCHOONEBEEK DAIRY, LLC

## BALANCE SHEETS

| | JUNE 30, 2011 | JUNE 30, 2010 |
|---|---|---|
| **LIABILITIES AND MEMBER'S EQUITY (DEFICIT)** | | |
| **LIABILITIES NOT SUBJECT TO COMPROMISE:** | | |
| Current liabilities: | | |
| Bank float | | $ 18,483 |
| Accounts payable | $ 57,415 | 122,044 |
| Accrued wages and payroll taxes | 20,894 | 23,493 |
| Notes payable - Rabo AgriFinance | 2,567,125 | 2,666,834 |
| Current portion of deferred revenue | - | 98,058 |
| Current liabilities not subject to compromise | 2,645,434 | 2,928,912 |
| **TOTAL LIABILITIES NOT SUBJECT TO COMPROMISE** | 2,645,434 | 2,928,912 |
| **LIABILITIES SUBJECT TO COMPROMISE:** | | |
| Accounts payable | 434,632 | 434,632 |
| Forage payable | 690,981 | 690,981 |
| Accrued interest | 100,321 | 54,956 |
| Accrued expenses | 1,496,251 | 912,600 |
| Subordinated debt | 554,478 | 554,478 |
| **TOTAL LIABILITIES SUBJECT TO COMPROMISE** | 3,276,663 | 2,647,547 |
| **TOTAL LIABILITIES** | 5,922,097 | 5,576,459 |
| **MEMBER'S EQUITY (DEFICIT)** | (2,409,037) | (1,596,929) |
| **TOTAL LIABILITIES AND MEMBER'S EQUITY (DEFICIT)** | $ 3,513,060 | $ 3,979,530 |

See selected information and Independent Accountant's Compilation Report.

# NEW SCHOONEBEEK DAIRY, LLC

## STATEMENTS OF INCOME

| | MONTH ENDED JUNE 30, | | SIX MONTHS ENDED JUNE 30, | |
|---|---|---|---|---|
| | 2011 | 2010 | 2011 | 2010 |
| **REVENUE FROM OPERATIONS:** | | | | |
| Milk | $ 559,388 | $ 504,217 | $ 3,378,235 | $ 3,068,167 |
| Livestock revenue | 8,475 | 7,172 | 94,149 | 44,091 |
| Cull cow revenue | 22,233 | 11,247 | 180,573 | 95,848 |
| Other income | 824 | 29,644 | 93,397 | 176,388 |
| **TOTAL REVENUE FROM OPERATIONS** | 590,920 | 552,280 | 3,741,354 | 3,384,494 |
| **OPERATING COSTS AND EXPENSES:** | | | | |
| Amortization | 50 | 500 | 300 | 3,000 |
| Animal health | 24,620 | 45,936 | 169,351 | 273,401 |
| Bank charges | 290 | 1,241 | 2,864 | 7,896 |
| Bedding | 8,940 | 4,925 | 28,531 | 36,358 |
| Breeding | 4,264 | 3,612 | 21,168 | 26,716 |
| Cull cow expense | 69,198 | 61,942 | 579,673 | 354,423 |
| Custom hire | 7,670 | - | 26,612 | 21,608 |
| Depreciation | 15,000 | 18,000 | 90,000 | 108,000 |
| Feed | 332,622 | 256,178 | 1,937,636 | 1,699,663 |
| Fuel | 13,018 | 10,656 | 76,863 | 78,187 |
| Hauling - milk | 7,705 | 8,075 | 48,224 | 50,371 |
| Insurance | 1,441 | 3,076 | 14,878 | 23,644 |
| Interest | 14,704 | 14,787 | 92,824 | 87,625 |
| Wages, contract labor, benefits & taxes | 58,158 | 67,453 | 336,896 | 400,519 |
| Marketing | 5,385 | 6,662 | 33,326 | 68,468 |
| Miscellaneous | - | 69 | 712 | 819 |
| Professional fees | - | 1,925 | - | 14,074 |
| Repairs and maintenance | 30,346 | 13,166 | 116,361 | 71,069 |
| Rent | 6,580 | 41,087 | 295,806 | 264,897 |
| Supplies | 14,153 | 8,668 | 71,735 | 38,626 |
| Taxes | 3,000 | 1,500 | 11,975 | 3,614 |
| Utilities | 14,260 | 10,321 | 58,132 | 49,066 |
| **TOTAL OPERATING COSTS AND EXPENSES** | 617,449 | 578,840 | 4,010,628 | 3,569,068 |
| **INCOME (LOSS) FROM OPERATIONS** | (26,529) | (26,560) | (269,274) | (184,574) |
| **OTHER INCOME (EXPENSE):** | | | | |
| Gain on sale - leaseback | - | 9,000 | 44,058 | 54,000 |
| **TOTAL OTHER INCOME (EXPENSE)** | - | 9,000 | 44,058 | 54,000 |
| **INCOME (LOSS) BEFORE REORGANIZATION ITEMS** | (26,529) | (17,560) | (225,216) | (130,574) |
| **REORGANIZATION ITEMS:** | | | | |
| Legal and accounting fees | (2,125) | - | (57,452) | (20,260) |
| **TOTAL REORGANIZATION ITEMS** | (2,125) | - | (57,452) | (20,260) |
| **NET INCOME (LOSS)** | $ (28,654) | $ (17,560) | $ (282,668) | $ (150,834) |

See selected Information and Independent Accountant's Compilation Report.

# NEW SCHOONEBEEK DAIRY, LLC

## STATEMENTS OF CHANGES IN MEMBER'S EQUITY (DEFICIT)

| | SIX MONTHS ENDED JUNE 30, | |
|---|---|---|
| | 2011 | 2010 |
| MEMBER'S EQUITY (DEFICIT), BEGINNING OF THE PERIOD | $ (2,089,175) | $ (1,424,998) |
| Net income (loss) | (282,668) | (150,834) |
| Member's (withdrawals) | (37,194) | (21,097) |
| MEMBER'S EQUITY (DEFICIT), END OF THE PERIOD | $ (2,409,037) | $ (1,596,929) |

See selected Information and Independent Accountant's Compilation Report.

# NEW SCHOONEBEEK DAIRY, LLC

## SELECTED INFORMATION – Substantially All Disclosures Required By Accounting Principles Generally Accepted In the United States of America Are Not Included

## JUNE 30, 2011 AND 2010

**NOTE 1 - PETITION FOR RELIEF UNDER CHAPTER 11:**

On September 7, 2009, New Schoonebeek Dairy, LLC (the Debtor) filed petitions for relief under Chapter 11 of the federal bankruptcy laws in the United States Bankruptcy Court for the District of Indiana - Region 10. Under Chapter 11, certain claims against the Debtor in existence before the filing of the petitions for relief under the federal bankruptcy laws are stayed while the Debtor continues business operations as Debtor-in-possession. These claims are reflected in the June 30, 2011 and 2010, balance sheets as liabilities subject to compromise. Additional claims (liabilities subject to compromise) may arise after the filing date resulting from rejection of executory contracts, including leases, and from the determination by the court (or agreed to by parties in interest) of allowed claims for contingencies and other disputed amounts. Claims secured against the Debtor's assets (secured claims) also are stayed, although the holders of such claims have the right to move the court for relief from the stay. Secured claims are secured primarily by liens on the Debtor's property and equipment.

The Debtor received approval from the Bankruptcy Court to pay or otherwise honor certain of its prepetition obligations, including employee wages. The Debtor has determined that there is insufficient collateral to cover the interest portion of scheduled payments on its prepetition debt obligations.

**NOTE 2 - GOING CONCERN:**

On September 7, 2009, the Company filed petitions under Chapter 11 of the Bankruptcy laws. This creates an uncertainty as to the Company's ability to continue as a going concern. The financial statements do not include any adjustments that might be necessary should the Company be unable to continue as a going concern.

See Independent Accountant's Compilation Report.

# SUPPLEMENTARY INFORMATION

## NEW SCHOONEBECK DAIRY, LLC

### SCHEDULE OF FEED EXPENSE
### FOR THE MONTHS AND SIX MONTHS ENDED JUNE 30, 2011

| | JANUARY 31, 2011 | FEBRUARY 28, 2011 | MARCH 31, 2011 | APRIL 30, 2011 | MAY 31, 2011 | JUNE 30, 2011 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| **Other Feed Purchased:** | | | | | | | |
| Flack Farms | $ 57,302 | $ 57,500 | $ 55,000 | $ 57,500 | $ 53,500 | $ 37,500 | $ 318,302 |
| Mark Deardorff | 20,000 | 100,000 | 65,008 | 74,000 | - | - | 259,008 |
| Sanimax Marketing | 11,780 | 13,020 | 14,120 | 14,680 | 13,060 | 12,880 | 79,540 |
| Sunshine Dairy | 82,500 | - | - | 5,000 | 80,500 | 85,500 | 253,500 |
| Synergy Feeds | 160,708 | 88,817 | 114,726 | 119,568 | 132,726 | 141,812 | 758,355 |
| Zeeland Farm Service Inc. | 36,480 | 39,630 | 47,560 | 47,800 | 55,630 | 54,830 | 281,930 |
| **Total Other Feed Purchased** | 368,768 | 298,967 | 296,414 | 318,548 | 335,416 | 332,522 | 1,950,635 |
| **Total Feed Before Adjustments** | 368,768 | 298,967 | 296,414 | 318,548 | 335,416 | 332,522 | 1,950,635 |
| **Adjustments:** | | | | | | | |
| Prepaid feed | - | - | - | - | (13,000) | - | (13,000) |
| **Total Feed Expense** | $ 368,768 | $ 298,967 | $ 296,414 | $ 318,548 | $ 322,416 | $ 332,522 | $ 1,937,635 |
| **Per Cow Info:** | | | | | | | |
| Average Dairy Cows on the Farm | 1,698 | 1,544 | 1,427 | 1,464 | 1,489 | 1,501 | 1,505 |
| Days in Month | 31 | 28 | 31 | 30 | 31 | 30 | 181 |
| Estimated Feed per Cow per Day | $ 7.48 | $ 6.92 | $ 6.70 | $ 7.25 | $ 6.98 | $ 7.38 | $ 7.11 |

# NEW SCHOONEBEEK DAIRY, LLC

## SCHEDULE OF DAIRY LIVESTOCK
## FOR THE MONTHS AND THE SIX MONTHS ENDED JUNE 30, 2011

| | Beginning Balance | Purchases | Sub Total | Sales | Died | Total Cull Cows | Ending Balance |
|---|---|---|---|---|---|---|---|
| **January** | | | | | | | |
| Number of cows | 1,530 | 8 | 1,538 | (28) | (25) | (53) | 1,485 |
| Average cost | $ 1,789 | $ 1,625 | $ 1,788 | $ 1,792 | $ 1,792 | $ 1,792 | $ 1,788 |
| Dollar amount | $ 2,737,170 | $ 13,000 | $ 2,750,170 | $ (50,176) | $ (44,814) | $ (94,990) | $ 2,655,180 |
| **February** | | | | | | | |
| Number of cows | 1,485 | 61 | 1,546 | (105) | (38) | (143) | 1,403 |
| Average cost | $ 1,788 | $ 1,392 | $ 1,772 | $ 1,766 | $ 1,766 | $ 1,766 | $ 1,773 |
| Dollar amount | $ 2,655,180 | $ 84,900 | $ 2,740,080 | $ (185,430) | $ (67,131) | $ (252,561) | $ 2,487,519 |
| **March** | | | | | | | |
| Number of cows | 1,403 | 93 | 1,496 | (25) | (21) | (46) | 1,450 |
| Average cost | $ 1,773 | $ 1,506 | $ 1,758 | $ 1,707 | $ 1,707 | $ 1,707 | $ 1,758 |
| Dollar amount | $ 2,487,519 | $ 140,890 | $ 2,627,909 | $ (42,675) | $ (35,834) | $ (78,509) | $ 2,549,180 |
| **April** | | | | | | | |
| Number of cows | 1,450 | 44 | 1,494 | (9) | (8) | (17) | 1,477 |
| Average cost | $ 1,758 | $ 1,527 | $ 1,751 | $ 1,595 | $ 1,595 | $ 1,595 | $ 1,753 |
| Dollar amount | $ 2,549,100 | $ 67,200 | $ 2,616,300 | $ (14,355) | $ (12,764) | $ (27,119) | $ 2,589,181 |
| **May** | | | | | | | |
| Number of cows | 1,477 | [illegible] | 1,538 | (29) | (8) | (37) | 1,501 |
| Average cost | $ 1,753 | $ 1,547 | $ 1,745 | $ 1,819 | $ 1,819 | $ 1,819 | $ 1,743 |
| Dollar amount | $ 2,589,181 | $ 94,358 | $ 2,683,539 | $ (52,751) | $ (14,545) | $ (67,296) | $ 2,616,243 |
| **June** | | | | | | | |
| Number of cows | 1,501 | 36 | 1,537 | (28) | (8) | (36) | 1,501 |
| Average cost | $ 1,743 | $ 1,728 | $ 1,743 | $ 1,644 | $ 1,644 | $ 1,644 | $ 1,745 |
| Dollar amount | $ 2,616,243 | $ 62,200 | $ 2,678,443 | $ (46,032) | $ (13,166) | $ (59,198) | $ 2,619,245 |
| **Year to Date** | | | | | | | |
| Number of cows | 1,530 | 303 | 1,833 | (224) | (108) | (332) | 1,501 |
| Average cost | $ 1,789 | $ 1,524 | $ 1,745 | $ 1,746 | $ 1,746 | $ 1,746 | $ 1,745 |
| Dollar amount | $ 2,737,170 | $ 461,748 | $ 3,198,918 | $ (391,419) | $ (188,254) | $ (579,673) | $ 2,619,245 |

See Independent Accountant's Compilation Report.

# NEW SCHOONEBEEK DAIRY, LLC

## SCHEDULE OF INCOME AND EXPENSES
## PER CWT OF MILK PRODUCED AND PER COW PER DAY

| | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED JANUARY 31, 2011 | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED FEBRUARY 28, 2011 | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED MARCH 31, 2011 |
|---|---|---|---|
| Quantity of milk in cwt | 28,325 | 24,739 | 29,044 |
| Average number of cows milked per day | 1,332 | 1,291 | 1,282 |
| Pounds of milk per cow per day | 69 | 68 | 74 |
| Number of cull cows | 53 | 143 | 48 |
| Annualized herd turnover rate | 38.91% | 120.73% | 37.95% |
| Average cows on farm for the period | 1,608 | 1,544 | 1,427 |
| Number of days in period | 31 | 28 | 31 |
| Breakeven milk price | $ 23.24 | $ 24.89 | $ 20.59 |
| Breakeven milk production per cow per day | 80 | 86 | 72 |

| | January AMOUNT | January PER CWT PRODUCED | January PER COW PER DAY | February AMOUNT | February PER CWT PRODUCED | February PER COW PER DAY | March AMOUNT | March PER CWT PRODUCED | March PER COW PER DAY |
|---|---|---|---|---|---|---|---|---|---|
| **REVENUE FROM OPERATIONS:** | | | | | | | | | |
| Milk | $ 514,323 | $ 18.08 | $ 10.32 | $ 491,129 | $ [illegible] | $ 11.38 | $ 619,274 | $ 21.32 | $ 14.00 |
| Livestock revenue | 3,259 | 0.11 | 0.07 | 59,030 | [illegible] | 1.37 | 9,819 | 0.34 | 0.22 |
| Cull cow revenue | 15,117 | 0.53 | 0.30 | 91,045 | 3.68 | 2.11 | 14,791 | 0.51 | 0.33 |
| Other income | 33,518 | 1.18 | 0.67 | 37,827 | 1.52 | 0.87 | 17,839 | 0.61 | 0.40 |
| TOTAL REVENUE FROM OPERATIONS | 566,208 | 19.85 | 11.36 | 679,032 | 27.46 | 15.71 | 661,723 | 22.78 | 14.95 |
| **OPERATING COSTS AND EXPENSES:** | | | | | | | | | |
| Amortization | 59 | - | - | 60 | - | - | 60 | - | - |
| Animal health | 30,140 | 1.06 | [illegible] | 29,267 | 1.18 | 0.68 | 37,296 | 1.28 | 0.84 |
| Bank charges | 593 | 0.02 | 0.01 | 10 | - | - | 672 | 0.02 | 0.02 |
| Bedding | 2,675 | 0.10 | [illegible] | 2,319 | 0.09 | 0.05 | 9,131 | 0.31 | 0.21 |
| Breeding | 4,776 | 0.17 | [illegible] | 1,029 | 0.04 | 0.02 | 4,820 | 0.17 | 0.11 |
| Cull cow expense | 94,898 | 3.33 | 1.91 | 252,681 | 10.21 | 5.84 | 78,569 | 2.70 | 1.77 |
| Custom hire | 843 | [illegible] | 0.02 | 4,601 | 0.19 | 0.11 | - | - | - |
| Depreciation | 15,000 | [illegible] | 0.30 | 15,000 | 0.61 | 0.35 | 15,000 | 0.52 | 0.34 |
| Feed | 368,768 | [illegible] | 7.40 | 298,987 | 12.09 | 6.92 | 296,414 | 10.21 | 6.70 |
| Fuel | 12,130 | [illegible] | 0.24 | 12,287 | 0.50 | 0.29 | 17,101 | 0.59 | 0.39 |
| Hauling - milk | [illegible] | 0.29 | 0.17 | 7,284 | 0.29 | 0.17 | 8,312 | 0.29 | 0.19 |
| Insurance | 5,511 | 0.19 | 0.11 | 1,584 | 0.06 | 0.04 | 2,422 | 0.08 | 0.05 |
| Interest | 15,769 | [illegible] | 0.32 | 14,561 | 0.59 | 0.34 | 15,926 | 0.55 | 0.36 |
| Wages, contract labor, benefits & taxes | [illegible] | 2.09 | 1.20 | 58,058 | 2.35 | 1.34 | 50,531 | 1.74 | 1.14 |
| Marketing | 6,[illegible] | 0.20 | 0.11 | 4,946 | 0.20 | 0.11 | 5,869 | 0.20 | 0.13 |
| Miscellaneous | - | - | - | 56 | - | - | 299 | 0.01 | 0.01 |
| Professional fees | - | - | - | - | - | - | - | - | - |
| Repairs & maintenance | 11,140 | 0.39 | 0.22 | 22,087 | 0.89 | 0.51 | 23,900 | 0.82 | 0.54 |
| Rent | 58,181 | 2.04 | 1.17 | 57,012 | 2.31 | 1.32 | 55,661 | 1.93 | 1.27 |
| Supplies | 11,017 | 0.39 | 0.22 | 13,488 | 0.55 | 0.31 | 10,045 | 0.35 | 0.23 |
| Taxes | 1,750 | 0.06 | 0.04 | 1,645 | 0.07 | 0.04 | 1,600 | 0.06 | 0.03 |
| Utilities | 7,334 | 0.26 | 0.15 | 8,738 | 0.36 | 0.20 | 7,952 | 0.27 | 0.18 |
| TOTAL OPERATING COSTS AND EXPENSES | 714,633 | 25.06 | 14.35 | 806,098 | 32.58 | 18.64 | 641,740 | 22.09 | 14.51 |
| INCOME (LOSS) FROM OPERATIONS | $ (148,425) | $ (5.21) | $ (2.99) | $ (127,376) | $ (5.13) | $ (2.93) | $ 19,983 | $ 0.69 | $ 0.44 |

(Continued)

See Independent Accountant's Compilation Report.

# NEW SCHOONEBEEK DAIRY, LLC

## SCHEDULE OF INCOME AND EXPENSES
## PER CWT OF MILK PRODUCED AND PER COW PER DAY

| | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED APRIL 30, 2011 | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED MAY 31, 2011 | NEW SCHOONEBEEK DAIRY, LLC FOR THE ONE MONTH ENDED JUNE 30, 2011 |
|---|---|---|---|
| Quantity of milk in cwt | 28,042 | 28,573 | 26,823 |
| Average number of cows milked per day | 1,313 | 1,333 | 1,313 |
| Pounds of milk per cow per day | 71 | 71 | 68 |
| Number of cull cows | 17 | 37 | 35 |
| Annualized herd turnover rate | 14.13% | 29.26% | 28.18% |
| Average cows on farm for the period | 1,484 | 1,489 | 1,501 |
| Number of days in period | 30 | 31 | 30 |
| Breakeven milk price | $ 20.45 | $ 20.51 | $ 21.76 |
| Breakeven milk production per cow per day | 70 | 71 | 72 |

| | APRIL 30, 2011 AMOUNT | PER CWT PRODUCED | PER COW PER DAY | MAY 31, 2011 AMOUNT | PER CWT PRODUCED | PER COW PER DAY | JUNE 30, 2011 AMOUNT | PER CWT PRODUCED | PER COW PER DAY |
|---|---|---|---|---|---|---|---|---|---|
| REVENUE FROM OPERATIONS: | | | | | | | | | |
| Milk | $ 585,051 | $ 20.86 | $ 13.32 | $ 584,079 | $ 20.57 | $ 13.09 | $ 558,368 | $ 20.76 | $ 12.42 |
| Livestock revenue | 6,825 | 0.24 | 0.15 | 6,750 | 0.23 | 0.15 | 8,475 | 0.31 | 0.19 |
| Cull cow revenue | 9,263 | 0.33 | 0.21 | 28,154 | 0.96 | 0.61 | 22,293 | 0.83 | 0.49 |
| Other income | 2,781 | 0.10 | 0.06 | 908 | 0.03 | 0.02 | 624 | 0.03 | 0.02 |
| TOTAL REVENUE FROM OPERATIONS | 603,920 | 21.53 | 13.75 | 639,891 | 21.79 | 13.87 | 589,620 | 21.95 | 13.12 |
| OPERATING COSTS AND EXPENSES: | | | | | | | | | |
| Amortization | 80 | - | - | 60 | - | - | 60 | - | - |
| Animal health | 23,855 | 0.85 | 0.54 | 23,942 | 0.82 | 0.52 | 24,820 | 0.92 | 0.55 |
| Bank charges | 770 | 0.03 | 0.02 | 329 | 0.02 | 0.01 | 290 | 0.01 | 0.01 |
| Bedding | 2,287 | 0.08 | 0.05 | 4,900 | 0.17 | 0.11 | 6,940 | 0.26 | 0.15 |
| Breeding | 4,018 | 0.14 | 0.09 | 2,270 | 0.08 | 0.05 | 4,294 | 0.16 | 0.09 |
| Cull cow expense | 27,119 | 0.97 | 0.62 | 67,288 | 2.29 | 1.46 | 59,198 | 2.20 | 1.31 |
| Custom hire | 7,092 | 0.25 | 0.16 | 6,248 | 0.21 | 0.14 | 7,670 | 0.28 | 0.17 |
| Depreciation | 15,000 | 0.53 | 0.34 | 15,000 | 0.51 | 0.32 | 15,000 | 0.56 | 0.33 |
| Feed | 318,548 | 11.36 | 7.25 | 322,446 | 10.98 | 6.98 | 332,522 | 12.36 | 7.38 |
| Fuel | 14,973 | [illegible] | 0.34 | 6,214 | 0.21 | 0.13 | 13,018 | 0.48 | 0.29 |
| Hauling - milk | 8,155 | 0.29 | 0.19 | 8,542 | 0.29 | 0.18 | 7,705 | 0.29 | 0.17 |
| Insurance | - | - | - | 3,930 | 0.13 | 0.09 | 1,411 | 0.05 | 0.03 |
| Interest | 15,261 | 0.54 | 0.35 | 16,000 | 0.57 | 0.35 | 14,784 | 0.55 | 0.33 |
| Wages, contract labor, benefits & taxes | [illegible] | 1.99 | 1.27 | 55,694 | 1.90 | 1.21 | 56,134 | 2.09 | 1.25 |
| Marketing | 5,606 | 0.20 | 0.13 | 5,875 | 0.20 | 0.13 | 5,385 | 0.20 | 0.12 |
| Miscellaneous | 312 | 0.01 | 0.01 | 25 | - | - | - | - | - |
| Professional fees | - | - | - | - | - | - | - | - | - |
| Repairs & maintenance | 15,172 | 0.54 | 0.35 | 12,807 | 0.44 | 0.28 | 30,345 | 1.13 | 0.67 |
| Rent | 58,257 | 2.08 | 1.33 | 59,605 | 2.03 | 1.29 | 6,580 | 0.24 | 0.15 |
| Supplies | 10,368 | 0.37 | 0.24 | 12,634 | 0.43 | 0.27 | 14,153 | 0.53 | 0.31 |
| Taxes | 1,716 | 0.06 | 0.04 | 2,164 | 0.07 | 0.05 | 3,000 | 0.11 | 0.07 |
| Utilities | 8,547 | 0.30 | 0.19 | 11,049 | 0.38 | 0.24 | 14,260 | 0.53 | 0.32 |
| TOTAL OPERATING COSTS AND EXPENSES | 592,888 | 21.12 | 13.51 | 637,850 | 21.73 | 13.83 | 617,449 | 22.95 | 13.70 |
| INCOME (LOSS) FROM OPERATIONS | $ 11,032 | $ 0.41 | $ 0.24 | $ 2,041 | $ 0.06 | $ 0.04 | $ (26,829) | $ (0.99) | $ (0.58) |

(Continued)

See Independent Accountant's Compilation Report.

# NEW SCHOONEBEEK DAIRY, LLC

## SCHEDULE OF INCOME AND EXPENSES
## PER CWT OF MILK PRODUCED AND PER COW PER DAY

| | NEW SCHOONEBEEK DAIRY, LLC FOR THE SIX MONTHS ENDED JUNE 30, 2011 | NIETZKE & FAUPEL, PC DAIRY AVERAGES FOR THE THREE MONTHS ENDED MARCH 31, 2011 |
|---|---|---|
| Quantity of milk in cwt | 166,587 | 115,743 |
| Average number of cows milked per day | 1,308 | 1,737 |
| Pounds of milk per cow per day | 70 | 74 |
| Number of cull cows | 332 | 222 |
| Annualized herd turnover rate | 44.49% | 43.88% |
| Average cows on farm for the period | 1,505 | 2,062 |
| Number of days in period | 181 | 90 |
| Breakeven milk price | $ 21.88 | $ 17.10 |
| Breakeven milk production per cow per day | 78 | 68 |

| | AMOUNT | PER CWT PRODUCED | PER COW PER DAY | AMOUNT | PER CWT PRODUCED | PER COW PER DAY |
|---|---|---|---|---|---|---|
| REVENUE FROM OPERATIONS: | | | | | | |
| Milk | $ 3,373,235 | $ 20.24 | $ 12.58 | $ 2,218,628 | $ 18.17 | $ 11.98 |
| Livestock revenue | 94,149 | 0.56 | 0.35 | 53,291 | 0.45 | 0.29 |
| Cull cow revenue | 180,573 | 1.08 | 0.66 | 131,834 | 1.14 | 0.71 |
| Other income | 93,597 | 0.56 | 0.34 | 17,841 | 0.15 | 0.10 |
| TOTAL REVENUE FROM OPERATIONS | 3,741,554 | 22.45 | 13.93 | 2,421,269 | 20.92 | 13.05 |
| OPERATING COSTS AND EXPENSES: | | | | | | |
| Amortization | 300 | 0.00 | - | 2,118 | 0.02 | 0.01 |
| Animal health | 169,351 | 1.02 | 0.62 | 62,834 | 0.54 | 0.34 |
| Bank charges | 2,654 | 0.02 | 0.01 | 1,043 | 0.01 | 0.01 |
| Bedding | 26,531 | 0.17 | 0.10 | 18,308 | 0.16 | 0.10 |
| Breeding | 21,158 | 0.13 | 0.08 | 13,120 | 0.11 | 0.07 |
| Cull cow expense | 579,573 | 3.48 | 2.13 | 365,525 | 3.16 | 1.97 |
| Custom hire | 26,612 | 0.16 | 0.10 | 24,568 | 0.21 | 0.13 |
| Depreciation | 90,000 | 0.54 | 0.33 | 118,869 | 1.03 | 0.64 |
| Feed | 1,937,395 | 11.63 | 7.11 | 1,001,995 | 8.65 | 6.40 |
| Fuel | [illegible] | 0.46 | 0.28 | 39,273 | 0.34 | 0.21 |
| Hauling - milk | 48,234 | 0.29 | 0.18 | 29,900 | 0.26 | 0.16 |
| Insurance | 14,578 | 0.09 | 0.05 | 13,201 | 0.11 | 0.07 |
| Interest | 92,594 | 0.56 | 0.34 | 91,742 | 0.79 | 0.49 |
| Wages, contract labor, benefits & [illegible] | 336,568 | 2.02 | 1.23 | 175,994 | 1.52 | 0.95 |
| Marketing | 33,326 | 0.20 | 0.12 | 21,544 | 0.19 | 0.12 |
| Miscellaneous | 712 | 0.00 | - | 2,971 | 0.03 | 0.02 |
| Professional fees | - | - | - | 16,641 | 0.14 | 0.09 |
| Repairs & maintenance | 116,281 | 0.69 | 0.42 | 43,774 | 0.38 | 0.24 |
| Rent | 295,098 | 1.77 | 1.09 | 41,526 | 0.36 | 0.22 |
| Supplies | 71,795 | 0.43 | 0.26 | 58,326 | 0.50 | 0.31 |
| Taxes | 11,975 | 0.07 | 0.04 | 8,155 | 0.07 | 0.04 |
| Utilities | 58,132 | 0.35 | 0.21 | 30,164 | 0.26 | 0.16 |
| TOTAL OPERATING COSTS AND EXPENSES | 4,010,828 | 24.07 | 14.70 | 2,180,768 | 18.85 | 11.75 |
| INCOME (LOSS) FROM OPERATIONS | $ (269,274) | $ (1.62) | $ (0.99) | $ 240,501 | $ 2.07 | $ 1.31 |

See Independent Accountant's Compilation Report.

**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon:

Nancy J. Gargula
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2349

Alex Edgar
100 E Wayne Street
One Michiana Square
RM 555
South Bend, IN 46601

by United States First Class Mail, postage prepaid this 20th day of July, 2011.

R. WILLIAM JONAS, JR.