UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NEW SCHOONEBEEK DAIRY, LLC, ) | CASE NO. 09-34327-hcd |
| Debtor. ) | Chapter 11 |

### APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES

Comes now the firm of Hammerschmidt, Amaral & Jonas, by R. William Jonas, Jr., and prays this court for entry of an Order approving fees and expenses to Hammerschmidt, Amaral & Jonas in connection with its services performed as counsel for New Schoonebeek Dairy, LLC, Debtor. The amount of fees and expenses which applicant seeks to have this court approve is $25,213.32 as more fully described below. The applicable period for which this application is made is March 22, 2011 through July 19, 2011. In support of its application, HAMMERSCHMIDT, AMARAL & JONAS would show the court the following:

1. Applicant has been counsel for the Debtor since the filing of the Chapter 11 proceeding on behalf of New Schoonebeek Dairy, LLC, Debtor.

2. Services include multiple emails to the Trustee, various attorneys and client, telephone conferences with Trustee, client and various attorneys, research, drafting pleadings, conferences with client and various attorneys, preparation and attendance at the trial for relief from stay and abandonment, Preparation and filing of Second Amended Plan of Reorganization and Second Amended Disclosure Statement.

3. Attached hereto as Exhibit "A" is an itemized summary of time spent by R. William Jonas, Jr. and the law clerk in this matter during the period covered by the application. The itemized summary reveals a total of 75.10 hours expended by counsel for the Debtor, R. William Jonas, Jr., whose time is charged by the firm at $295.00 per hour and a total of 16 hours expended by the law

clerk, whose time is charged by the firm at $75.00 per hour. The net fees which applicant asks the Court to allow is a total of $23,354.50. Out-of-pocket expenses were incurred during the reporting period for which applicant seeks reimbursement as follows:

| | | | |
|---|---|---|---|
| 3/22/2011 | Photocopies - Application for Allowance of Attorney fees - 56 copies x 6 pages each @ $.25 per copy | | $84.00 |
| 3/22/2011 | Postage - Applicatioin for Allowance of Attorney Fees - 56 copies @$.44 each | | $24.64 |
| 3/25/2011 | Photocopies - Order fixing tim for accepting or rejecting a proposed plan - 56 copies x 28 pages each @ $.25 per copy | | $392.00 |
| 3/25/2011 | Postage - Order fixing time for accepting or rejecting a proposed pan - 56 @ $1.39 each | | $77.84 |
| 5/23/2011 | Photocopies - Verified Report of the Results of Balloting - 54 copies x 19 pages each @ $.25 per copy | | $256.50 |
| 5/23/2011 | Postage - Verified Report of the Results of Balloting - 54 @ $1.08 each | | $58.32 |
| 7/14/2011 | Photocopies - Service of Order Fixing Time for Accepting or Rejecting a Proposed Plan & Notice of Hearing on Confirmation - 54 copies x 60 pages each = 3240 @ $.25 per copy | | $810.00 |
| 7/14/2011 | Postage - Service of Order Fixint Time for Accepting or Rejecting a Proposed Plan & Notice of Hearing on Confirmation - 54 @ $2.88 each | | $155.52 |
| | | | |
| | Total Expenses | | $1,858.82 |

4.  No agreement exists whereby Hammerschmidt, Amaral & Jonas will share or has agreed to share any compensation received or to be received for its representation of the Debtor with any party other than its employees.

WHEREFORE, applicant prays that this court, after notice and hearing allow the sum of net fees which applicant asks the Court to allow totaling $23,354.50 plus expenses and advances in the amount of $1,858.82 for a total amount due from Debtor of $25,213.32 as more fully set out in the exhibit hereto, and that the court allow said amount as an administrative expense payable through the Debtor's Chapter 11 Plan, and for such other and further relief as this court

may deem just and proper.

Respectfully submitted,

_____
R. William Jonas (5025-71)

Attorney for Debtor
Hammerschmidt, Amaral & Jonas
137 N. Michigan Street
South Bend, IN 46601
574-282-1231

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to: Nancy Gargula, Office of the United States Trustee, One Michiana Square, 100 East Wayne Street, Rm 555, South Bend, IN 46601 by first-class mail, postage fully prepaid on this the 26 day of July, 2011.

_____
R. William Jonas, Jr. (5025 - 71)

Hammerschmidt, Amaral & Jonas

137 N. Michigan St.
South Bend, IN 46601
Telephone 574-282-1231
Fax 574-282-1234

New Schoonebeek Dairy, LLC
7555 S 390 E
Wabash, IN 46992

Re: Insolvency

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/29/2011 | Meeting with Harry Bekel and Peter | 1.30 | $383.50 |
| 4/5/2011 | Email to client regarding cliams decision, investor status and status of fee application | 0.30 | $88.50 |
| 4/14/2011 | Telephone conference with Harry Bekel regarding investor issues, cow numbers and fee payment | 0.40 | $118.00 |
| 4/19/2011 | Conference call regarding sale of assets | 1.00 | $295.00 |
| 4/22/2011 | Review email from H. Bekel regarding terms of agreement with investor (.1); reply to Mr. Bekel regarding bankrutpcy court approval and other conditions to approval of agreement (.2); strategy regarding deal (.3) | 0.60 | $177.00 |
| 4/28/2011 | Telephone conference with Harry Bekel regarding negotiations with Bel Air and Peter Vendervegt and status of Chapter 11 Plan pending vote from creditors | 0.80 | $236.00 |
| 4/28/2011 | Telephone conference with Peter van der Vegt | 0.60 | $177.00 |
| 5/3/2011 | Review Motion for Relief from Stay filed by Rabo Agrifinance (.4); email to Attorney Kennedy regarding scheduling issues (.3); telephone call to Attorney Connelly regarding scheduling issues (not in, voicemail malfunctioned); letter to Attorney Connelly regarding scheduling issues with North Central Co-op valuation hearing (.3); begin outline of response to motion for relief from stay and evidence for hearing (.8) | 1.80 | $531.00 |
| 5/5/2011 | Draft motion to continue cash collateral hearing and consolidate with hearing on motion for relief from stay and hearing on confirmation (.4); telephone conference with Harry Bekel (.3) | 0.70 | $206.50 |
| 5/6/2011 | Review Rabo bank Motion for Relief from Stay and Abandonment (.2); draft objection to same (.4) | 0.60 | $177.00 |
| 5/12/2011 | Review email from client(.1); email to client regarding scheduling meeting with potential buyer(.2); prepare template Asset Purchase Agreement for presentation to buyer (2.3) | 2.60 | $767.00 |
| 5/12/2011 | Office meeting with Theo Mol and Harry Bekel regarding Mol investment in New Schoonebeek Dairy and reorganization of New Schoonebeek Dairy | 2.40 | $708.00 |
| 5/17/2011 | Work on operating agreement and preparation for hearing on relief from stay | 1.80 | $531.00 |
| 5/22/2011 | Work on negotiation stategy, bankrutpcy case strategy and prep for stay hearing | 2.00 | $590.00 |
| 5/23/2011 | Continue hearing preparation (2.3); emails to client regarding evidence for hearing, negotiation strategy (.2) | 2.50 | $737.50 |
| 5/24/2011 | Review budget profections assuming addition of 420 dairy cows | 1.50 | $442.50 |

EXHIBIT A

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/24/2011 | Review emails from Harry Bekel regarding outline of restructure proposal | 0.50 | $147.50 |
| 5/26/2011 | Complete revisions to restructure proposal based on expense information corrected by client (4.3); telephone conference with Harry Bekel regarding investment by Bel Air Capital and strategy for discussions with them and settlement with Rabo (.6); conference call with Peter, Bruce from Bel Air and Harry Bekel regarding specifics of request for investment, proposal to Rabo and capital structure of NSD post-investment (1.1); email to Attorney Kennedy regarding thoughts on restructure and request to confer regarding same (.3) | 6.30 | $1,858.50 |
| 5/27/2011 | Telephone conference with Attorney Kennedy to follow up on email from last evening | 0.30 | $88.50 |
| 5/27/2011 | Telephone call to Attorney Walz regarding testimony at trial (.1); email to client regarding appraisal evidence (.1); email to client regarding telephone conference with Attorney Kennedy (.3) | 0.50 | $147.50 |
| 5/31/2011 | Draft witness and exhibit list (.5); research and draft outline of response to motion for relief from stay and abandonment (3.5); email to client regarding outline of response and information necessary for hearing (.3); review reply from client (.2); telephone call to Attorney Walz regarding Rick Ayres (left message .1) | 4.60 | $1,357.00 |
| 6/2/2011 | Hearing preparation (1.5); letter to Attorney Kennedy regarding evidence, settlement proposal response (.5); telephone conference with Attorney Kennedy (.3); review letter from Attorney Kenendy with settlement response (.4); conference call with H. Bekel and representatives from investor (1); review appraisal report from Robert Kath of Steffes Auctineers (.8); outline cross-examination of Robert Kath and make adjustments to appraisal based on increased herd size and passage of time (1.2) | 5.70 | $1,681.50 |
| 6/7/2011 | Preparation of evidence (2); final revisions to outline of evidence (.8); preparation meeting with client (.6); trial of relief from stay and abandonment motion (4) | 7.40 | $2,183.00 |
| 6/10/2011 | Complete first draft of Findings of Fact and Conclusions of Law | 2.00 | $590.00 |
| 6/14/2011 | Research regarding valuation standards and motion for relief from stay and abandonment | 2.50 | $737.50 |
| 6/14/2011 | Prepare Second Amended Plan of Reorganization (1.5) and Second Amended Disclosure Statement (2.3) | 3.80 | $1,121.00 |
| 6/14/2011 | Research and revise Proposed Findings of Fact and Conclusions of Law | 2.60 | $767.00 |
| 6/15/2011 | Revise Proposed findings of Fact and Conclusion of Law and email updated draft to Harry Bekel (2); telephone conference with Harry Bekel to review amended plan and disclosure statement (.5); revise plan and disclosure staetment (.7); draft letter to Bel Air Capital (1.1); email to Harry Bekel for review and approval (.1) | 4.40 | $1,298.00 |
| 6/16/2011 | Telephone conferenece with Peter van der Vegt regarding letter of intent from Bel Air Capital (.3); email to Mr. van der Vegt with comparison of old plan of reorganization with second amended plan (.5) | 0.80 | $236.00 |
| 6/16/2011 | Telephone conference with Peter van der Vegt regarding original Rabo loan amounts (.3); email to Mr. van der Vegt with original Rabo loan amounts (.3) | 0.60 | $177.00 |
| 6/17/2011 | Revise Findings of Fact and conclusions of Law (.8); telephone conference with Peter van der Vegt and Bruce Eisen regarding letter of intent | 1.80 | $531.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/21/2011 | Final revisions to Proposed Findigns of Fact and Conclusions of Law (.5); telephone conference with Peter van der Vegt regarding elements of letter of intent (.4) | 0.90 | $265.50 |
| 6/22/2011 | Telephone conference with Asst. Trustee A. Edgar (.3); revise Proposed Findings of Fact and Conclusions of Law (.5); telephone call (left message and email to Attorney Walz (.3); email to client (.2) | 1.30 | $383.50 |
| 6/23/2011 | Email to Attorney Kennedy regarding proposed plan treatment for Rabo in second amended plan | 0.50 | $147.50 |
| 6/29/2011 | Review email from client and reply to same (.3); complete and update second amended plan or reorganization and disclosure statement in preparation for filing with bankruptcy court (1.5) | 1.80 | $531.00 |
| 6/30/2011 | Email to Asst. U.S. Trustee Edgar regarding filing of plan and disclosure statement (.2); review email from Bruce Eisen regarding LOI discussions (.2); reply to Eisen (.3); review email from Eisen regarding scheudling conference call (.1); reply to Eisen regarding scheduling (.1) | 0.90 | $265.50 |
| 6/30/2011 | Telephone conference with Bruce Eisen to discuss LOI and, especially, capital structure features (.4); email to client regaring position of Bel Air Capital with respect to capital structure issues (.4) | 0.80 | $236.00 |
| 7/13/2011 | Review email from Bruce Eisen and reply regarding Bel Air Capital Partners letter of intent | 0.40 | $118.00 |
| 7/13/2011 | Review letter from Attorney Connelly regarding NCC acceptance of plan and valuation hearing | 0.30 | $88.50 |
| 7/13/2011 | Review email from Mr. Eisen (.2); review 6/29 email and draft and send email to client seeking authority to send response to Eisen (.3) | 0.50 | $147.50 |
| 7/14/2011 | Review email from client and reply to same | 0.30 | $88.50 |
| 7/15/2011 | Telephone conference with Harry Bekel (.5); email to Harry Bekel with draft of email to Bruce Eisen (.1) | 0.60 | $177.00 |
| 7/18/2011 | Telephone conference with Bruce Eisen regardign remaining items on letter of intent (.8); email to Harry Bekel regarding same (.3); | 1.10 | $324.50 |
| 7/18/2011 | Review email from Matt Connelly regarding ballot of NCC regarding plan or reorganization and second amended plan regarding typo (.2); reply to same (.1) | 0.30 | $88.50 |
| 7/19/2011 | Review voice mail from Harry Bekel regarding Bel Air Captial (.1); draft email to Bruce Eisen with Harry's response (copy of email to Harry (.4) | 0.50 | $147.50 |
| 7/19/2011 | Review email from Bruce Eisen and forward same to Harry Bekel | 0.20 | $59.00 |
| | R. William Jonas, Jr. | 75.10 | $22,154.50 |
| 5/27/2011 | Legal Research | 7.00 | $525.00 |
| 6/3/2011 | Legal Research | 2.00 | $150.00 |
| 6/10/2011 | Legal Research | 7.00 | $525.00 |
| | Law Clerk | 16.00 | $1,200.00 |
| | For Professional Services Rendered | 91.10 | $23,354.50 |
| 3/22/2011 | Photocopies - Application for Allowance of Attorney fees - 56 copies x 6 pages each @ $.25 per copy | | $84.00 |

| Date | Description | Amount |
|---|---|---|
| 3/22/2011 | Postage - Application for Allowance of Attorney Fees - 56 copies @$.44 each | $24.64 |
| 3/25/2011 | Photocopies - Order fixing tim for accepting or rejecting a proposed plan - 56 copies x 28 pages each @ $.25 per copy | $392.00 |
| 3/25/2011 | Postage - Order fixing time for accepting or rejecting a proposed pan - 56 @ $1.39 each | $77.84 |
| 5/23/2011 | Photocopies - Verified Report of the Results of Balloting - 54 copies x 19 pages each @ $.25 per copy | $256.50 |
| 5/23/2011 | Postage - Verified Report of the Results of Balloting - 54 @ $1.08 each | $58.32 |
| 7/14/2011 | Photocopies - Service of Order Fixing Time for Accepting or Rejecting a Proposed Plan & Notice of Hearing on Confirmation - 54 copies x 60 pages each = 3240 @ $.25 per copy | $810.00 |
| 7/14/2011 | Postage - Service of Order Fixint Time for Accepting or Rejecting a Proposed Plan & Notice of Hearing on Confirmation - 54 @ $2.88 each | $155.52 |
| | **Total Expenses** | **$1,858.82** |
| | **Total Current Charges** | **$25,213.32** |
| | **Balance Due** | **$25,213.32** |

Terms: Net 30

A minimum service charge of $5.00 or 1.5% per month (18%APR) will be added to all balances not paid within 30 days.