UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NEW SCHOONEBEEK DAIRY, LLC,  ) | CASE NO. 09-34327-hcd |
| Debtor. ) | Chapter 11 |

## ORDER

An application for allowance of attorney fees having been filed by Hammerschmidt, Amaral & Jonas in the amount of $25,213.32 and such notice as is proper in the circumstances having been given, and no objections or requests for hearing having been filed by any party in interest, and the Court having examined and considered said application, together with supporting exhibits,

IT IS ORDERED:

1. That the application for attorney fees of Hammerschmidt, Amaral & Jonas in the sum of $25,213.32 is reasonable and allowed as an administrative expense.

2. That the administrative claim in the amount of $25,213.32 of Hammerschmidt, Amaral & Jonas be paid by the Trustee in accordance with the Debtor's Chapter 11 Plan.

Dated **AUG 26 2011**

Harry C. Dees, Jr., Judge
United States Bankruptcy Court